UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN<br><br>  Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., CLYDE KOFMAN<br>and JUERGEN STARK<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: _____<br>)<br>) 04-12580 NG<br>)<br>)<br>)<br>) |

## DEFENDANT MOTOROLA'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the Defendant, Motorola, Inc. ("Defendant"), hereby states that no publicly held company owns ten percent or more of Defendant's stock and that Defendant has no parent corporation.

Respectfully submitted,
MOTOROLA, INC., CLYDE KOFMAN
and JUERGEN STARK
By their Attorneys,


_____
Richard L. Alfred (BBO# 015000)
Yvette Politis (BBO# 644986)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Telecopier:   (617) 946-4801

Dated: December 9, 2004

## CERTIFICATE OF SERVICE

I, Yvette Politis, hereby certify that on this 9th day of December, 2004, a true copy of the foregoing document was mailed, postage prepaid, to John G. H. Coster, Attorney at Law, 92 State Street, Suite 900, Boston, Massachusetts, 02109, Counsel for Plaintiff.

_____
Yvette Politis

BO1 15685055.1