UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 DEC 13 P 5: 05

| | |
|---|---|
| JAY S. REIN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOTOROLA, INC., CLYDE KOFMAN )<br>JUERGEN STARK )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.: 04-12580 NG |

### ASSENTED-TO MOTION TO EXTEND TIME FOR DEFENDANTS
### TO ANSWER, MOVE OR OTHERWISE RESPOND TO AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), defendants Motorola, Inc. ("Motorola"), Clyde Kofman, ("Kofman") and Juergen Stark ("Stark") (collectively "Defendants") hereby move for an extension of time to answer, move or otherwise respond to the Amended Complaint in the above-captioned action. As grounds for this motion, defendants state as follows:

1. The Complaint in this matter was filed in Massachusetts Superior Court for Middlesex County on about November 16, 2004. An Amended Complaint was filed in Massachusetts Superior Court for Middlesex County on or about November 24, 2004.

2. Defendants removed this case to this Court on December 9, 2004.

3. Defendants' counsel has conferred with plaintiff's counsel, John G.H. Coster, about this request, and he has assented to defendants' proposed extension of time for defendants to answer, move or otherwise respond to the Amended Complaint through and including January 7, 2005.

WHEREFORE, the defendants respectfully request that this Court allow its assented-to motion to extend the time for defendants to answer, move or otherwise respond to the Amended Complaint in the above-captioned action, through and including January 7, 2005.

Respectfully submitted,

**MOTOROLA, INC, CLYDE KOFMAN AND JUERGEN STARK**
By their attorneys,

Richard L. Alfred (BBO# 015000)
Yvette Politis (BBO# 644986)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
Tel. (617) 946-4800
Fax (617) 946-4801


ASSENTED TO:

**JAY S. REIN**
By his attorney,

John G.H. Coster (BBO #101450)
92 State Street
Suite 900
Boston, MA 02109
Tel.: (617) 423-2224
Fax: (617) 338-0919


Dated: December 13, 2004

---

Certificate of Service

I hereby certify that a true and correct copy of the above document was served upon the attorney of record for the plaintiff by mailing a copy of same, postage prepaid, to John G. H. Coster, Attorney at Law, 92 State Street, Suite 900, Boston, MA 02109 on December 13, 2004.

Richard L. Alfred

---