UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 04-12580 NG |
| | ) |
| MOTOROLA, INC., CLYDE KOFMAN and JUERGEN STARK | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Kristin Glennan McGurn on behalf of the Defendants Motorola, Inc., Clyde Kofman and Juergen Stark in connection with the above-captioned action.

Respectfully submitted,
MOTOROLA, INC., CLYDE
KOFMAN AND JUERGEN STARK
By their Attorneys,


/s/ Kristin G. McGurn
Richard L. Alfred (BBO# 015000)
Kristin G. McGurn (BBO# 559687)
Yvette Politis (BBO# 644986)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Dated: March 3, 2005             Telecopier:   (617) 946-4801