**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JAY S. REIN | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) CIVIL ACTION NO. 04-12580 NG |
|  | ) |
| MOTOROLA, INC., CLYDE KOFMAN | ) |
| and JUERGEN STARK | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Rule 16.1(B) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the Plaintiff, Jay S. Rein ("Rein") and counsel for the Defendants Motorola, Inc. ("Motorola"), Clyde Kofman ("Kofman") and Juergen Stark ("Stark") (collectively the "Defendants") certify that they have conferred for the purposes of: preparing an agenda of matters to be discussed at the scheduling conference; preparing a proposed pretrial schedule for the case, including a plan for discovery; considering whether the parties will consent to a trial by magistrate judge; and the possibility of a settlement of the case. The parties hereby set forth below their joint statement pursuant to Local Rule 16.1(D) and respectfully request that the Court approve the following proposed pretrial schedule and discovery plan:

    **A.**    **PRE-DISCOVERY DISCLOSURES**

The parties agree to exchange all automatic disclosure statements and documents required under Local Rules 26.1(B) and 26.2(A) by March 7, 2005.

**B.     PROPOSED DISCOVERY PLAN AND MOTION SCHEDULE**

The parties were able to agree on all aspects of the proposed discovery plan and motion schedule with the exception of discovery event limitations and the timing of expert disclosures. The parties agree that conducting discovery in phases would not be desirable or efficient in this case. The parties agree that Plaintiff shall be limited to a maximum of: (i) ten (10) depositions; (ii) twenty-five (25) interrogatories; (iii) twenty-five (25) requests for admission; and (iv) two (2) separate sets of requests for production.

1.     Plaintiff's proposal concerning discovery event limitations:

Plaintiff proposes that all of the Defendants, Motorola, Kofman and Stark, collectively, shall be limited to a maximum of: (i) ten (10) depositions; (ii) twenty-five (25) interrogatories; (iii) twenty-five (25) requests for admission; and (iv) two (2) separate sets of requests for production.

2.     Defendants' proposal concerning discovery event limitations:

Defendants propose that each Defendant, Motorola, Kofman and Stark be permitted to reserve his right to conduct independent discovery, subject to the discovery event limitations set forth above.

The parties respectfully propose the following discovery and motion schedule:

| Deadline | Event |
| --- | --- |
| March 7, 2005 | The parties shall exchange Initial Disclosures on or before this date. |
| August 1, 2005 | All written discovery shall be served on or before this date. |
| September 30, 2005 | All fact depositions shall be completed on or before this date. |

| | |
|---|---|
| October 31, 2005 | All dispositive motions with supporting documents shall be served and filed on or before this date. Oppositions to dispositive motions shall be served and filed within 30 days of the filing of said motion. The parties reserve their rights to request leave of this Court to submit reply briefs and/or surreply briefs. |
| Within 45 days of the last disclosure of expert(s) and production of expert report(s) | The parties shall complete expert discovery, including, without limitation, deposition(s) of experts. |
| Within 60 days of the close of expert discovery | Proposed start date for Trial. |
| <u>Plaintiff's proposal concerning expert disclosure:</u> | Within 30 days of the ruling on dispositive motions, all parties shall disclose expert(s) and produce expert report(s). |
| <u>Defendants' proposal concerning expert disclosure:</u> | Within 30 days of the ruling on dispositive motions, Plaintiff shall disclose expert(s) and produce expert report(s) and Defendants shall disclose expert(s) and produce expert report(s) 30 days thereafter. |

### C.    **MODIFICATION OF SCHEDULED DATES**

The parties submit that they will be ready for a Pre-Trial Conference in this action within 45 days of the completion of expert discovery.

The parties agree that all dates, other than the trial date, may be modified subject to written agreement of the parties and approval by the Court, or upon motion to the Court for good cause.

### D.    **TRIAL BY MAGISTRATE JUDGE**

The parties do not consent at this time to trial by Magistrate Judge.

3

E. **CONSENT TO COURT-ORDERED ALTERNATE DISPUTE RESOLUTION**

The parties do not consent to court-ordered alternative dispute resolution at this time. Both parties are prepared to reconsider the appropriateness of alternative dispute resolution at the close of discovery.

F. **CERTIFICATION OF COUNSEL UNDER LOCAL RULE 16.1(D)(3)**

The undersigned counsel hereby certify that they have conferred with their clients with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs. The parties have submitted, or will submit, separately the certifications required by Local Rule 16.1(D)(3).

| | |
|---|---|
| JAY S. REIN | MOTOROLA, INC., CLYDE KOFMAN, and JUERGEN STARK, |
| By his attorney, | By their attorneys, |
| /s/ John G. H. Coster | /s/ Yvette Politis |
| John G. H. Coster (BBO #101450) | Richard L. Alfred (BBO# 015000) |
| 92 State Street | Kristin G. McGurn (BBO# 559687) |
| Suite 900 | Yvette Politis (BBO# 644986) |
| Boston, Massachusetts 02109 | SEYFARTH SHAW LLP |
| (617) 423-2224 | World Trade Center East |
| | Two Seaport Lane, Suite 300 |
| | Boston, MA 02210-2028 |
| | Telephone:   (617) 946-4800 |
| | Telecopier:   (617) 946-4801 |

Dated: March 4, 2005

4