## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 04-12580 NG |
| | ) |
| MOTOROLA, INC., CLYDE KOFMAN and | ) |
| JUERGEN STARK | ) |
| | ) |
| Defendants. | ) |
| | ) |

### DEFENDANTS' LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1, the Defendants, Motorola, Inc., Clyde Kofman and Juergen Stark, and their counsel hereby certify that they have conferred:

(a)    with a view to establishing a budget for the cost of conducting the full course - and various alternative courses - of this litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DEFENDANT
MOTOROLA, INC.

By: _____

Name: _MANUEL CUEVAS-TRISAN_

Title: _SENIOR LABOR COUNSEL_

DATE: March _8_, 2005

DEFENDANT
CLYDE KOFMAN

_____

DATE: March _8_, 2005

DEFENDANT
JUERGEN STARK

DATE: March _B_, 2005

Their Counsel,

/s/Yvette Politis

DATE: March _8_, 2005

Richard L. Alfred (BBO# 015000)
Kristin G. McGurn (BBO# 559687)
Yvette Politis (BBO# 644986)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Telecopier:    (617) 946-4801

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was served upon the attorney of record for the plaintiff by mailing a copy of same, postage prepaid, to John G. H. Coster, Attorney at Law, 92 State Street, Suite 900, Boston, MA 02109 on March _8_, 2005.

/s/Yvette Politis

Yvette Politis

2