UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
JAY S. REIN,                    )
                                )
        Plaintiff,              )
                                )
v.                              )    Civil Action No. 04-12580 NG
                                )
MOTOROLA, INC., CLYDE           )
KOFMAN, and JUERGEN STARK,      )
                                )
        Defendants.             )
                                )
```

FILED
CLERKS OFFICE
2005 MAR -7 P 3: 00
U.S. DISTRICT COURT
DISTRICT OF MASS

PLAINTIFF'S CERTIFICATION
PURSUANT TO LOCAL RULE 16.1(D)(3)

I, John G. H. Coster, the attorney of record for Plaintiff, Jay S. Rein, hereby certify that, pursuant to Rule 16.1(D)(3) of the Local Rules of the Federal District Court for the District of Massachusetts, I have conferred with my client on the following:

1.  Establishing a budget for the cost of conducting the full course and various alternative courses of this litigation; and,

2.  To consider the resolution of the litigation through the use of alternative

dispute resolution programs, such as those outlined in Local Rule 16.4.

        JAY S. REIN

        By his attorney,

        _____
        John G. H. Coster
        (BBO #101450)
        92 State Street, Suite 900
        Boston, Massachusetts 02109
        (617) 423-2224

_____
Jay S. Rein