UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-12580 NG |
| ) | |
| MOTOROLA, INC., CLYDE KOFMAN ) | |
| and JUERGEN STARK ) | |
| ) | |
| Defendants. ) | |

### [PROPOSED] ORDER

AND NOW, this ___ day of October 2005, upon consideration of Defendants' Motion to Compel continued deposition testimony of the Plaintiff, Jay S. Rein and for sanctions, dated October 31, 2005;

IT IS HEREBY ORDERED THAT,

(1) Plaintiff produce himself for deposition upon oral examination by defendants in Boston on or before ____, 2005; and

(2) Plaintiff pay to defendant Motorola, Inc. the sum of $_____, representing its reasonable fees and costs in connection with investigation of the subject laptop, the continued deposition, and its pursuit of this Motion.

_____
Judge Nancy Gertner
United States District Court
for the District of Massachusetts