UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-12580 NG |
| ) | |
| MOTOROLA, INC., CLYDE ) | |
| KOFMAN, and JUERGEN ) | |
| STARK, ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF JOHN G. H. COSTER

I, John G. H. Coster ("Coster") do declare under pains and penalty of perjury that:

1. I am a member of the Commonwealth of Massachusetts and this Court, and am the attorney for the Plaintiff Jay S. Rein ("Rein" or the "Plaintiff") in the above captioned case. This affidavit is based upon my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of a June 22, 2005 letter from Kristin G. McGurn ("McGurn") to Coster.

3. Attached hereto as Exhibit 2 is a true and correct copy of a July 13, 2005 letter from Coster to McGurn.

4. Attached hereto as Exhibit 3 is a true and correct copy of a July 14, 2005 letter from Coster to McGurn.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from Rein's deposition, dated August 16, 2005.

6. Attached hereto as Exhibit 5 is a true and correct copy of an August 22, 2005 letter from McGurn to Coster.

7. Attached hereto as Exhibit 6 is a true and correct copy of Plaintiff's Responses and Objections to Defendants Request for Documents, dated April 8, 2005.

8. Attached hereto as Exhibit 7 is a true and correct copy of an August 16, 2005 letter from McGurn to Coster.

9. Attached hereto as Exhibit 8 is a true and correct copy of an August 19, 2005 letter from Coster to McGurn.

10. Attached hereto as Exhibit 9 is a true and correct copy of an Evidence Seizure Form submitted by the Defendants as Exhibit I to their Motion to Compel Deposition of Plaintiff and for Sanctions.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from Rein's deposition, dated August 26, 2005.

12. Attached hereto as Exhibit 11 is a true and correct copy of an October 14, 2005 letter from McGurn to Coster.

13. Attached hereto as Exhibit 12 is a true and correct copy of an October 26, 2005 e-mail from Coster to McGurn.

14. Attached hereto as Exhibit 13 is a true and correct copy of a February 24, 2004 e-mail from Rein to Peter J. Tobin.

Signed under the pains and penalties of perjury this 5th day of November, 2005.

John G. H. Coster

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.