UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN,<br><br>     Plaintiff,<br><br>v.<br><br>MOTOROLA, INC., CLYDE KOFMAN<br>and JUERGEN STARK<br><br>     Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-12580 NG<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF YVETTE POLITIS

I, Yvette Politis, declare under penalty of perjury:

1. I am a member of the Bar of this Court and a member of the firm of Seyfarth Shaw LLP, attorneys for Motorola, Inc., Clyde Kofman and Juergen Stark (collectively, "Defendants") in the above-captioned case. This affidavit is based on my personal knowledge in support of Defendants' Reply to Plaintiff's Opposition to the Motion to Compel Plaintiff's Continued Deposition and for Sanctions.

2. Annexed hereto as Exhibit 1 is a true and correct copy of excerpts of the August 26, 2005 deposition of Jay S. Rein.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this 16 day of November, 2005 at Boston, Massachusetts.

                 _____
                 YVETTE POLITIS

BO1 15746656.2

```
 1       A      Atlanta, Georgia.
 2       Q      Is that where your office is located as
 3   well?
 4       A      Yes.
 5       Q      What's the address of your employer at
 6   Worldspan?
 7       A      300 Galleria Parkway Southeast, Atlanta,
 8   Georgia 30339.
 9       Q      What is the nature of Worldspan's
10   business?
11       A      Computer reservation system.
12       Q      What does that mean?
13       A      Provide technology services to the
14   travel industry for purposes of reservations and
15   bookings.
16       Q      How long have you held this position at
17   Worldspan?
18       A      Ten days.
19       Q      What is your role there?
20       A      Vice president.
21       Q      Is that a comparable level to a
22   principal at Motorola?
23              MR. COSTER:  Objection.
24       A      Don't know.
```

```
 1      Q    Do you perceive it to be comparable?
 2      A    From a title?  From what perspective?
 3      Q    From any perspective.  Do you perceive
 4  it to be a comparable position that you've
 5  attained at Worldspan?
 6      A    No.
 7      Q    Why is that?
 8      A    The salary is significantly less than at
 9  Motorola, and the bonus may be less than at
10  Motorola.
11      Q    What's the salary?
12      A    $180,000 per year.
13      Q    And how much were you making when you
14  left Motorola?
15      A    I believe it was 193,800 or -- I don't
16  remember the hundreds figure.  There was a small
17  raise given after the 190.
18      Q    So 13 or $14,000 difference?
19      A    Per year, yes.
20      Q    And you indicated that the bonus might
21  be less.  Is that a bonus that -- the value of
22  which you have yet to determine; is that fair?
23      A    Correct.
24      Q    Is that a bonus based on any kind of
```

Page 59

```
 1      Q     How did you attain this position at
 2   Worldspan?
 3      A     A recruiter contacted me.
 4      Q     Who was that?
 5      A     A fellow by the name of Cliff West.
 6      Q     Where does Cliff work?
 7      A     Where does he work?
 8      Q     Um-hm.  What company does he work for?
 9      A     I believe it's a company called Trimark.
10      Q     Have you ever previously been placed in
11   employment by Cliff West?
12      A     No.
13      Q     When did you first become aware of the
14   position at Worldspan?
15      A     When he contacted me.
16      Q     When was that?
17      A     April or May of 2005.
18      Q     Following your departure from Motorola
19   and prior to your Worldspan position, which you
20   attained it sounds like ten days ago, did you have
21   any other employment?
22      A     Yes.
23      Q     Where was that?
24      A     A company called GTSI.
```

```
1    Q    And when did you begin to work at GTSI?
2    A    October of 2004.
3    Q    And when did you leave?
4    A    June of 2005.
5    Q    Between June of --
6    A    No, sorry, July of 2005.
7    Q    Do you recall the date in July?
8    A    July 22nd.
9    Q    Between July 22nd and --
10   A    August 1st.
11   Q    -- August 1st, did you have any other
12 intervening employment?
13   A    You mean for six days?
14   Q    Sorry. Thank you for clarifying. I was
15 thinking we had a month because I heard you say
16 June.
17        What is the address and phone number
18 of your supervisor at GTSI?
19   A    3901 Stonecroft Boulevard, Chantilly,
20 Virginia 20151.
21   Q    And your supervisor's name?
22   A    Scott Edwards.
23   Q    And what's Scott's phone number?
24   A    I do not have that with me.
```

```
                                                                   457
 1    January 12th, 2004?
 2         A    Um-hm.
 3         Q    Did you accept -- did you decline the
 4    offer prior to that time?
 5         A    No, I did not need to.
 6         Q    Why?
 7         A    Because I believe there may have been a
 8    number of iterations of this document, so that
 9    date wound up getting pushed.
10         Q    Did you produce any of those other
11    iterations in connection with this litigation?
12         A    I don't believe I have access to them
13    anymore.
14         Q    Did you at one point maintain them?
15         A    Yes.
16         Q    Did you destroy them?
17         A    No.
18         Q    Why do you no longer have access to
19    them.
20         A    Because they were on a hard drive on my
21    wife's HP Pavilion computer that died.
22         Q    Okay.  Fair enough.  Those computers.
23              Does this offer accurately reflect
24    the compensation structure with respect to salary
```