UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAY S. REIN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOTOROLA, INC., CLYDE KOFMAN )<br>and JUERGEN STARK )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 04-12580 NG<br><br>**TELEPHONIC SCHEDULING<br>CONFERENCE REQUESTED** |

### DEFENDANTS' MOTION TO ENLARGE TIME

The Defendants, Motorola, Inc., Clyde Kofman and Juergen Stark (collectively, "Defendants") hereby move that the Court enlarge the time for filing motions for summary judgment, and the remaining deadlines in this case, as set forth below. As grounds for this motion, Defendants state as follows:

1. Yesterday, November 29, 2005, the Plaintiff filed his Sur-Reply to Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Compel and for Sanctions ("Motion"). Defendants contend that a ruling on the Motion may impact their motion for summary judgment, and may result in additional testimony of the Plaintiff and, according to the Plaintiff, potentially of others, which also may impact the parties' submissions in connection with the motion for summary judgment.

2. Defendants request additional time to complete their summary judgment papers, as well as the opportunity to have the Motion ruled on, and its' impact made clear, before their summary judgment papers must be filed.

3. Should the Court grant Defendants' motion to enlarge, the deadlines in this case would be as follows:

| | |
|---|---|
| January 6, 2006 | All dispositive motions with supporting documents shall be served and filed on or before this date. |
| February 3, 2006 | Oppositions to dispositive motions shall be served and filed on or before this date.  The parties reserve their rights to request leave of this Court to submit reply briefs and/or sur-reply briefs |
| Within 30 days of the ruling on dispositive motions. | Plaintiff shall disclose expert(s) and produce expert report(s) by this date and Defendants shall disclose expert(s) and produce expert report(s) 30 days thereafter. |
| Within 45 days of the last disclosure of expert(s) and production of expert report(s) | The parties shall complete expert discovery by this date, including, without limitation, deposition(s) of experts. |
| Within 60 days of the close of expert discovery, if any. | Proposed start date for Trial.[1] |

---

[1] At the parties' November 7, 2005 status conference, the Court set a trial date of February 13, 2006.  This date was set before commencement of the extended briefing schedule on the Motion, which concluded yesterday, and does not account for the parties' reservation of the right to conduct expert discovery, if necessary, as outlined in the parties' endorsed Joint Motion [Electronic Clerk Notes dated 11/8/05].  The proposed deadlines set forth in this motion should result in a change to the trial date to account for full briefing and a determination on summary judgment in advance of trial.   Defendants propose that the trial be commenced in April or May 2006.

2

WHEREFORE, the Defendants request that the period for filing motions for summary judgment be enlarged, and that the remaining deadlines in the Court's Scheduling Order be extended, as set forth above.

Respectfully submitted,

MOTOROLA, INC., CLYDE KOFMAN,
and JUERGEN STARK,

By their attorneys,

/s/ Yvette Politis
Richard L. Alfred (BBO# 015000)
Kristin G. McGurn (BBO# 559687)
Yvette Politis (BBO# 644986)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Undersigned counsel for the Defendants hereby certifies that she conferred with counsel for the Plaintiff on November 30, 2005, and while he did not disagree in principal with the requested extension of filing Defendants' Motion for Summary Judgment, the parties were not able to resolve all issues concerning the instant Motion.

/s/ Kristin G. McGurn

3