UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JAY S. REIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-12580 NG |
| | ) | |
| MOTOROLA, INC., CLYDE KOFMAN, and JUERGEN STARK, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY**

The Plaintiff, Jay S. Rein ("Rein"), hereby moves for leave to file a brief Reply to the Defendants' Opposition to the Plaintiff's Motion to Compel Deposition of Charles Lehwald, Deposition of Motorola Pursuant to Rule 30(b)(6) and Production of Motorola's Laptop Computer ("Defendants' Opposition). Such a Reply will address certain factual statements and legal arguments raised by the Defendants' Opposition, including:

(i) The Defendants' assertion that Plaintiff's counsel failed to make a a good faith effort to resolve or narrow the issues raised by his motion, as required by Local Rule 7.1(A)(2);

(ii) The Defendants' assertion that they agreed to a "reasonable, cost-effective solution" that obviated the need for Plaintiff to inspect the laptop computer;

(iii) The Defendants' assertion that the discovery sought is duplicative of information that is already available to the Plaintiff;

(iv) The Defendants' assertion that the additional discovery sought from it will be extremely burdensome;

(v) The Defendants' assertion that Plaintiff's proposed Rule 30(b)(6) deposition is unreasonable in scope; and,

  (vi)  The Defendants assertion that the requested discovery will unnecessarily delay this litigation.

Plaintiff's counsel has conferred with counsel for the Defendants, who has indicated that she does not object to the Plaintiff filing a Reply.

WHEREFORE, the Plaintiff respectfully requests that this Motion be allowed and the Plaintiff be granted leave to file a Reply.

              JAY S. REIN

               By his attorney,

              /s/ John G. H. Coster
              Law Offices of John Coster
              92 State Street, Suite 900
              Boston, MA 02109
              (617) 423-2224

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorney of record for the defendants by first class mail, postage pre-paid on March 29, 2006.

              /s/ John G. H. Coster

CERTIFICATION PURSUANT TO LOCAL RULE 7.1

  Pursuant to Local Rule 7.1 on March 29, 2006 counsel for Rein conferred with counsel for Motorola concerning his intention to file this Motion.

              /s/ John G. H. Coster