## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN )<br>     Plaintiff, )<br> )<br>v. )<br> )<br>MOTOROLA, INC., CLYDE KOFMAN )<br>and JUERGEN STARK )<br>     Defendants. )<br> ) | CIVIL ACTION NO. 04-12580 NG |

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY

  The Defendants, Motorola, Inc., Clyde Kofman and Juergen Stark (collectively, "Defendants"), hereby move for leave to file a brief Sur-Reply to Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion to Compel Additional Discovery. As grounds for this Motion, Defendants state that the Sur-Reply will correct several mischaracterizations of Defendants' position, and will respond to certain factual misstatements, in the Plaintiff's Reply.

  Defendants' counsel conferred with counsel for the Plaintiff, who indicated that he does not object to this Motion or the granting of the relief it seeks.

  WHEREFORE, Defendants respectfully request that this Motion be allowed and they be granted leave to file a short Sur-Reply.

                    Respectfully submitted,
                    MOTOROLA, INC., CLYDE KOFMAN and
                    JUERGEN STARK
                    By their Attorneys,

                    /s/ Kristin G. McGurn
                    Richard L. Alfred (BBO# 015000)
                    Kristin G. McGurn (BBO# 559687)
                    SEYFARTH SHAW LLP
                    World Trade Center East
                    Two Seaport Lane, Suite 300
                    Boston, MA 02210-2028
Dated: April 6, 2006            Telephone: (617) 946-4800

| CERTIFICATE OF SERVICE | CERTIFICATION PURSUANT TO LOCAL RULE 7.1 |
|---|---|
| I hereby certify that a true and correct copy of the above document was served upon the attorney of record for the plaintiff via ECF and by mailing a copy of same, postage prepaid, to John G. H. Coster, Attorney at Law, 92 State Street, Suite 900, Boston, MA 02109 on April 6, 2006.<br><br>   /s/ Kristin G. McGurn | Pursuant to Local Rule 7.1, on March 29, 2006 counsel for Defendants conferred with Plaintiff's counsel regarding the filing of Reply and Sur-Reply briefs concerning the Motion to Compel. Plaintiff's counsel indicated that he would not oppose a sur-reply.<br><br>   /s/ Kristin G. McGurn |