# SEYFARTH SHAW LLP
ATTORNEYS

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

617-946-4800
fax 617-946-4801
www.seyfarth.com

Writer's direct phone
617-946-4858

Writer's e-mail
kmcgurn@seyfarth.com

April 10, 2006

Maryellen Molloy
Clerk of the Court
United States District Court
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Rein v. Motorola, Inc., et al.
      Civil Action No. 04-12580

Dear Ms. Molloy:

This letter responds to the Court's Electronic Order dated April 2, 2006. By this letter, Defendants hereby inform the Court that their Renewed Motion for Sanctions will seek monetary as well as evidentiary sanctions against the Plaintiff.

As a result of Plaintiff's conduct and testimony regarding the laptop computer, Defendants intend to request certain instructions, such as an adverse inference instruction and/or an instruction that Plaintiff intentionally destroyed evidence. Defendants also intend to seek rulings regarding the exclusion of certain evidence at trial and/or rulings regarding after-acquired evidence.

Given the condition of Motorola's laptop computer when Plaintiff finally returned it to the Company, and his testimony regarding the laptop's condition, Defendants agree that issues surrounding the laptop have assumed significance in this case. Nevertheless, for the reasons set forth in Defendants' Opposition to Plaintiff's Motion to Compel and in Defendants' Sur-Reply, which they will file promptly given the Court's April 7, 2006 Order granting leave, Plaintiff is not entitled to the unfettered discovery that his Motion to Compel seeks. Plaintiff seeks discovery that is unreasonable in scope, unnecessary, burdensome and designed to harass. Further, the requested inspection is so ill-defined as to jeopardize the very physical evidence that has now assumed greater significance in the case. Accordingly, Defendants again request that the Court deny Plaintiff's Motion to Compel. In light of the gravity of these issues, Defendants reiterate their request for a hearing on Plaintiff's Motion to Compel.

Thank you for you attention to the foregoing.

Very truly yours,

SEYFARTH SHAW LLP

Kristin G. McGurn

cc:   Manuel Cuevas
      Richard L. Alfred

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA