UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOTOROLA, INC., CLYDE KOFMAN )<br>and JUERGEN STARK )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 04-12580 NG |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

The parties to the above action hereby jointly request that the Court amend the scheduling order dated April 2, 2006, as set forth below. As grounds for this motion, the parties state as follows:

1. On December 29, 2005, this Court issued its Order on Defendants Motion to Compel Plaintiff's Continued Deposition and for Sanctions ("Order on Sanctions"). On January 13, 2006, pursuant to the Order on Sanctions, Defendants resumed the Plaintiff's deposition to seek testimony regarding the condition of a laptop computer which Plaintiff used while employed by Motorola ("Laptop").

2. As a result of Plaintiff's resumed deposition testimony, Defendants intend to renew their Motion for Sanctions, as contemplated by the Order on Sanctions (the "Renewed Motion").

3. On March 10, 2006, four days after this Court granted Defendants' unopposed Motion to Amend the scheduling order, Plaintiff filed a Motion to Compel further discovery concerning the Laptop, contending that such discovery could impact his Opposition to the Renewed Motion. Defendants filed an Opposition to the Motion to Compel on March 24, 2006. The parties concurred that discovery, if any, following a ruling on the Plaintiff's Motion to Compel could impact the parties' submissions concerning Defendants' Renewed Motion.

4. On April 14, 2006, two weeks after amending the applicable scheduling order, this Court issued an order granting, in part, Plaintiff's Motion to Compel ("April Order"). The April Order ordered the parties to agree on certain laptop inspection protocols, and granted Plaintiff certain supplemental discovery concerning the Laptop.

5.     On April 24, 2006, Defendants proposed laptop inspection protocols to the Plaintiff. They reached agreement as to the protocol terms on May 23, 2006.  According to the protocols, the Plaintiff's Laptop inspection is to be completed within fourteen (14) calendar days of the receipt by Plaintiff's expert of the Laptop.

6.     On April 24, 2006, Plaintiff served certain supplemental discovery on Defendants, as well as a deposition notice pursuant to the April Order.  Plaintiff's counsel has elected to complete inspection of the Laptop prior to conducting the deposition.  Defendants are preparing responses to the supplemental discovery, which will be served shortly. The parties anticipate that the deposition will be conducted soon thereafter, following the Laptop inspection, but not later than June 21, 2006.

7.     Defendants continue to contend that any ruling on the Renewed Motion will substantively impact the parties' summary judgment submissions.  Defendants continue to contend, therefore, that the time for completing the briefing and filing of dispositive motions should not precede a ruling on the Renewed Motion.

8.     The Plaintiff contends that the issues likely to be raised in Defendants' Renewed Motion do not relate to the underlying merits and will have no impact on the parties' summary judgment submissions.  Plaintiff suggests a deadline of August 1, 2006 for the filing of summary judgment motions.  The Defendants agree in principle to such a deadline but reserve their right to request further amendment to the schedule if the discovery that the Plaintiff is now undertaking does not proceed in as timely a fashion as currently anticipated, or necessitates additional discovery that impacts the schedule now proposed by the parties.

Accordingly, the parties jointly propose the following amended deadlines in this case:

| | |
|---|---|
| Within 14 days of the deposition of Charles Lehwald, which shall be conducted after the Laptop inspection is completed, but not later than June 21, 2006 | Defendants shall file the Renewed Motion. Any opposition to the Renewed Motion shall be filed within 14 days thereafter. |
| Within 20 days of a ruling on the Renewed Motion[1] | All dispositive motions with supporting documents shall be served and filed on or before this date. Oppositions to dispositive motions shall be served and filed thirty (30) days thereafter. The parties reserve their rights to request leave of this Court to submit reply briefs and/or sur-reply briefs |
| Within 14 days of the ruling on summary judgment motion | Plaintiff shall disclose expert(s) and produce expert report(s) by this date and Defendants shall disclose expert(s) and produce expert report(s) 14 days thereafter. |
| Within 14 days of the last disclosure of expert(s) and production of expert report(s) | The parties shall complete expert discovery by this date, including, without limitation, deposition(s) of experts. |
| Pretrial Conference and Trial Scheduled | At the Court's convenience. Due to the ruling on the Motion to Compel and additional discovery described above, the parties acknowledge that the September pretrial conference and trial date may be impacted. |

---

[1] The Plaintiff requests that a firm date be set for the filing of dispositive motions and suggests August 1, 2006. The Defendants agree that a firm deadline is needed, but suggest that it be established based on the ruling on the Renewed Motion, or scheduled in a manner consistent with the conditions discussed in paragraph 8, above.

WHEREFORE, the parties request that the Court amend its Scheduling Order dated April 2, 2006, as set forth above.

Respectfully submitted,

| | |
|---|---|
| JAY S. REIN | MOTOROLA, INC., CLYDE KOFMAN, and JUERGEN STARK, |
| By his attorney, | By their attorneys, |
| /s/ John G. H. Coster | /s/ Kristin G. McGurn |
| John G. H. Coster (BBO #101450) | Richard L. Alfred (BBO# 015000) |
| 92 State Street | Kristin G. McGurn (BBO# 559687) |
| Suite 900 | SEYFARTH SHAW LLP |
| Boston, Massachusetts 02109 | World Trade Center East |
| Telephone:   (617) 423-2224 | Two Seaport Lane, Suite 300 |
| | Boston, MA 02210-2028 |
| | Telephone:   (617) 946-4800 |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Counsel for both parties hereby certify that we conferred on May 23, 2006, and agree to the granting of the instant Motion.

/s/ John G. H. Coster                    /s/ Kristin G. McGurn
John G.H. Coster                          Kristin G. McGurn

4

BO1 15779231.3