UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOTOROLA, INC., CLYDE KOFMAN )<br>and JUERGEN STARK )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 04-12580 NG |

### AFFIDAVIT OF CHARLES LEHWALD

I, Charles Lehwald, under oath do hereby depose and state as follows:

1. I submit this affidavit in support of Defendants' Renewed Motion for Sanctions ("Renewed Motion"). The facts set forth herein are based upon my personal knowledge, information and belief. To the extent that any facts set forth herein are based upon information and belief, I believe them to be true.

2. In my capacity as Senior Forensic Analyst in Motorola's Information Protection Services group, I oversaw the initial review of a Motorola laptop used by Plaintiff Jay S. Rein during his employment with Motorola ("Laptop"). I did not affect or alter the internal clock of the Laptop or any other computer utilized in my work; I did not affect or alter the time/date stamp associated with the Laptop's recovered metadata and files; and I did not reformat the Laptop's drive or otherwise take steps designed to destroy, or capable of destroying, the data stored there.

Signed under the pains and penalties of perjury this 5th day of July, 2006.

_____
Charles Lehwald

Subscribed and sworn to under the penalties of perjury, before me this 5th day of July, 2006.

_____
Susan A. Kane
Notary Public
My Commission Expires: 3/25/2009

"OFFICIAL SEAL"
SUSAN A. KANE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3/25/2009

BOI 15788434.1