UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN )<br><br>Plaintiff, )<br><br>v. )<br><br>MOTOROLA, INC., CLYDE KOFMAN )<br>and JUERGEN STARK )<br><br>Defendants. ) | CIVIL ACTION NO. 04-12580 NG |

## AFFIDAVIT OF LORETTA SCHUMACHER

I, Loretta Schumacher, under oath do hereby depose and state as follows:

1.      I submit this affidavit in support of Defendants' Renewed Motion for Sanctions ("Renewed Motion"). The facts set forth herein are based upon my personal knowledge, information and belief. To the extent that any facts set forth herein are based upon information and belief, I believe them to be true.

2.      I am the administrative assistant to Margaret Hockenberry, Labor and Employment paralegal, in Motorola's Law Department located in Schaumburg, Illinois.

3.      On Friday, September 16, 2005, I received a Federal Express box addressed to Margaret Hockenberry. As part of my usual procedure, I opened the box. When I saw it contained a laptop computer, I notified Ms. Hockenberry, who was working remotely that day, via email that I had the computer in my possession. Upon her request, I stored the laptop in a locked cabinet until it could be picked up by a member of the Motorola Information Protection Services ("MIPS") team.

4.    On Tuesday, September 20, 2005, Paulette Hradnansky, the head of MIPS,

personally picked up the computer.  I did not turn on the laptop when I opened the Federal

Express package, or at any other time during which it was in my possession.

Signed under the pains and penalties of perjury this *5th* day of July, 2006.

*Loretta Schumacher*

Loretta Schumacher

Subscribed and sworn to under the penalties of perjury,
before me this ___*5th*___ day of July, 2006.

*Kathleen M. Amato*

Notary Public
My Commission Expires: *8/21/06*

```
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
      "OFFICIAL SEAL"
       Kathleen M. Amato
    Notary Public, State of Illinois
  My Commission Expires 8/21/2006
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
```

2