UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 04-12580 NG |
| | ) |
| MOTOROLA, INC., CLYDE KOFMAN | ) |
| and JUERGEN STARK | ) |
| | ) |
| Defendants. | ) |
| | ) |

### AFFIDAVIT OF PAULETTE HRADNANSKY

I, Paulette Hradnansky, under oath do hereby depose and state as follows:

1. I submit this affidavit in support of Defendants' Renewed Motion for Sanctions ("Renewed Motion"). The facts set forth herein are based upon my personal knowledge, information and belief. To the extent that any facts set forth herein are based upon information and belief, I believe them to be true.

2. I am the Director of Information Security Operations for Motorola Information Protection Services, a division of Motorola, Inc.'s Corporate Information Technology Department, located at Schaumburg, Illinois.

3. In my capacity as the Director of Information Security Operations for Motorola Information Protection Services, on September 20, 2005, I received a request from Margaret Hockenberry, Labor and Employment paralegal in Motorola's Law Department located in Schaumburg, Illinois. Her assistant, Loretta Schumacher, had received via FedEx the laptop of former employee Jay Rein. Ms. Hockenberry requested that a member of my team pick up the laptop so that a forensic examination could be performed on the hard drive.

4.  Since I was in the Schaumburg facility that day, September 20, 2005, I personally picked up the laptop referenced above from Loretta Schumacher at approximately 11:20 am. The laptop was in an open box which also contained the external accessories, such as the power cord. I did not turn on the laptop when I picked it up or at any other time it was in my possession nor did I perform any inspection or analysis.

5.  After taking possession of the laptop, I transported it to my office in Libertyville, where it was handed over to Charles Lehwald, lead forensics examiner on my staff, to perform the forensics analysis requested by Margaret Hockenberry. I relinquished possession of this laptop to Charles Lehwald shortly after 1:00 pm that same day.

Signed under the pains and penalties of perjury this 5th day of July, 2006.

_____
Paulette Hradniansky

Subscribed and sworn to under the penalties of perjury, before me this 5th day of July, 2006.

_____
Notary Public
My Commission Expires: 8/12/8

"OFFICIAL SEAL"
BRIANA L. JUENGER
Notary Public, State of Illinois
My Commission Expires August 12, 2008