UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOTOROLA, INC., CLYDE KOFMAN )<br>and JUERGEN STARK )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 04-12580 NG |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' RENEWED MOTION FOR SANCTIONS**

As contemplated by the parties' Joint Motion to Amend Scheduling Order dated May 23, 2006 [Docket No. 45], the Defendants, Motorola, Inc., Clyde Kofman and Juergen Stark (collectively, "Defendants"), hereby move for leave to file a brief Reply Memorandum in response to the Opposition of Plaintiff, Jay S. Rein, to Defendants' Renewed Motion for Sanctions ("Plaintiff's Opposition"). As grounds for this Motion, Defendants state that a brief Reply is necessary to address several mischaracterizations and factual misstatements contained in Plaintiff's Opposition, and to respond to issues raised in Plaintiff's Opposition that Defendants neither could have anticipated nor raised in their Memorandum in Support of the Renewed Motion. Such a brief Reply will aid the Court in its review and determination of the issues presented by the parties with respect to the requested sanctions. Plaintiff does not oppose the relief requested in this Motion, and reserves the right to request leave to file a brief sur-reply.

BO1 15792053.1

WHEREFORE, the Defendants respectfully request that this Motion be allowed and that the Defendants be granted leave to file a brief Reply in response to Plaintiff's Opposition to Defendants' Renewed Motion for Sanctions.

Respectfully submitted,

MOTOROLA, INC., CLYDE KOFMAN, and JUERGEN STARK,

By their attorneys,

 /s/ Kristin G McGurn
Richard L. Alfred (BBO# 015000)
Kristin G. McGurn (BBO# 559687)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800

| CERTIFICATE OF SERVICE | CERTIFICATION PURSUANT TO LOCAL RULE 7.1 |
|---|---|
| I hereby certify that a true and correct copy of the above document was served upon the attorney of record for the plaintiff via ECF and by mailing a copy of same, postage prepaid, to John G. H. Coster, Attorney at Law, 92 State Street, Suite 900, Boston, MA 02109 on July 27, 2006.<br><br>/s/ Kristin G. McGurn | Pursuant to Local Rule 7.1, on July 26, 2006 counsel for Defendants conferred with Plaintiff's counsel regarding this Motion and Plaintiff's counsel indicated that he does not oppose the relief requested in this Motion, but reserves the right to request leave to file a brief sur-reply.<br><br>/s/ Kristin G. McGurn |