## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN )<br><br>Plaintiff, )<br><br>v. )<br><br>MOTOROLA, INC., CLYDE KOFMAN )<br>and JUERGEN STARK )<br><br>Defendants. ) | CIVIL ACTION NO. 04-12580 NG |

### AFFIDAVIT OF PETER TOBIN

I, Peter Tobin, do hereby depose and state on my personal knowledge that:

1.     From August 2000 to December 2004, I was the Director of Human Resources for the Commercial Government and Industrial Solutions Sector ("CGISS") at Motorola, Inc.  I am presently the Director of Human Resources for Networks and Enterprise.

2.     Motorola is a global leader in wireless and broadband communications.  It is headquartered in Schaumburg, Illinois.  Motorola is a Fortune 500 company employing over 65,000 employees worldwide.

3.     In my capacity as Director of Human Resources for CGISS, I had access to and was responsible for maintaining certain records of current and former members of CGISS.

4.     I am aware of the following birthdates of certain current and former employees of Motorola:

      a.        Jay S. Rein ("Rein")   - 01/01/1964

      b.        Clyde Kofman  - 07/02/1962

      c.        Juergen Stark - 07/1966

      d.        John Gillardi – 05/03/1968

      e.        Clay Brice – 06/24/1974

      f.        Michael Humpleby – 04/07/1967

5.      During my tenure as Director of Human Resources for CGISS, the business, including MPS, was subject to successive reorganizations and reductions in force.

6.      True and accurate copies of Rein's 2002 and 2003 performance reviews are attached as Exhibits A and B.  It is Motorola's regular business practice to create and maintain such performance reviews.

7.      True and accurate copies of Personnel Action Forms for Rein, Clay Brice, Michael Humpleby, John Gillardi and Clyde Kofman, each printed on July 15, 2005, are attached as Exhibit C.   It is Motorola's regular business practice to create and maintain such personnel action forms.

8.      In 2003, Motorola used a "4-E's Assessment", a component of the Leadership Assessment Multi-Rater Feedback Report for Performance Management and Development ("RPA") tool.  A true and accurate copy of the RPA for Rein from his personnel file is attached as Exhibit D.  During the relevant period, it was Motorola's regular practice to create and maintain such records.

9.      In preparing a 4-E's Assessment, an employee first rated his own performance in a variety of areas.  The employee's immediate manager and colleagues

then would rate the employee's performance in the same areas. Sometimes, 4-E's Assessments revealed "blind spots," where an employee's perception of his own performance in various areas diverged, sometimes significantly, from his manager's and subordinate's or co-worker's assessment of his performance in those same areas.

10.     According to Rein's 2003 4-E's Assessment, his assessment of his own performance in key areas revealed eight "blind spots," meaning areas where his view of his own performance diverged from his manager's and co-workers' perception. Those eight categories were: (1) using personal leadership and influence to motivate people; (2) delivering on commitments to customers; (3) keeping promises to other Motorolans – making deadlines and delivering; (4) rallying people around common goals and building team spirit; (5) keeping the organization focused on executing the plan and meeting key short-term objectives; (6) honesty; (7) demonstrating constant respect for people regardless of position, membership in any group or culture or other difference; and (8) taking his share of responsibility for problems rather than blaming others.

11.     The bonus that Rein and other members of IMS received in January of 2004 was designated a "retention" bonus internally in the Human Resources system. The designation was used in order to allow the bonus checks to be generated expeditiously. The fact that it was designated a "retention bonus" had nothing to do with how long an employee would be retained; in fact, one employee, Aurelio Lobaton, received such a bonus in January 2004 even though Motorola terminated his employment in December 2003.

12.    Following Rein's termination from Motorola, I informed Rein that he was eligible for severance and benefits pursuant to Motorola's standard Involuntary Severance Plan ("ISP").

13.    After reviewing the benefits provided under the ISP, Rein requested an enhanced package and sought to extend his termination date, to enable him to represent to prospective employers that he was still employed.

14.    After extended negotiations, Motorola agreed to an enhanced package, including keeping Rein on payroll until May 31, 2004, in exchange for a standard release.

15.    Rein refused the offer on or about April 9, 2004, but by that time, he had received substantial payments during the period he negotiated severance benefits.  He thereafter received standard payments under the ISP.

16.    At Rein's request, I submitted Rein's name to Motorola's Leadership and Talent program, which sometimes assists in redeploying executives within the company who are looking for new positions for various reasons.

17.    During the course of negotiations with Rein over his separation from the company, I found him at times to be unusually abrasive and difficult.

18.    I never discussed Rein's qualifications or termination with any prospective employer, inside or outside Motorola, nor with any representative of the recruitment firm Russell Reynolds.

19.    In my discussions with Clyde Kofman and Juergen Stark concerning Rein's termination, which were limited to what I needed to know to effect the termination and negotiate his severance, there was never any mention of Rein's age.

Signed under the pains and penalties of perjury this *1st* day of August, 2006.

STATE OF ILLINOIS          )
                           )    ss:
COOK COUNTY                )


Subscribed and sworn to under the penalties of perjury, before me this 1st day of August, 2006.

Notary Public
My Commission Expires:

OFFICIAL SEAL
SHEILA R MANNERINO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/21/09

EXHIBIT A

**EXHIBIT A**

J. Rein
EXHIBIT NO: 25
8-26-05
L. LONDON

```
                              PC 2002.TXT
&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&
&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&
&&&&&   CURRENT VERSION     CURRENT VERSION     CURRENT VERSION   &&&&&
&&&&    CURRENT VERSION     CURRENT VERSION     CURRENT VERSION    &&&&&
&&&&    CURRENT VERSION     CURRENT VERSION     CURRENT VERSION    &&&&&
&&&&    CURRENT VERSION     CURRENT VERSION     CURRENT VERSION    &&&&&
&&&&    CURRENT VERSION     CURRENT VERSION     CURRENT VERSION    &&&&&
&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&
&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&
```

```
         Personal Commitment - Dialogue Record Report
 *********************************************************************
 -------------------------------------------------------------------
 Employee:  12026815 JAY REIN      | Years of Service:  0.8
 -------------------------------------------------------------------
 Job Category:  Other--Sales  | DEPT: FW904
 -------------------------------------------------------------------
 Organization:  FW904 - MOTOROLA PROFESSIONAL SERVICES /MPS AMERICAS
                Americas
 /United States
 -------------------------------------------------------------------
 Current Manager:  10008256 LEONARD G DEBARROS  | Review Period: 2002
 -------------------------------------------------------------------
 Review Manager:   LEONARD G DEBARROS
 -------------------------------------------------------------------

 *********************************************************************
                   Overall Scope of Position
 
 The purpose of my job is
 -------------------------------------------------------------------
 Principal hired into Motorola Professional Services to provide
 leadership and vision that will enable this newly formed division
 within Motorola to grow.  Specifically I will provide strategy and
 tactics to achieve business goals, financial goals and customer
 satisfaction within the Transportation & Travel Services industry
 vertical.  I will assist the growing leadership team to creating and
 institutionalizing various Professional Services "Best Practices"
 worldwide -- but specifically within the Americas.


 -------------------------------------------------------------------

 *********************************************************************
                    Step 1: Planning

 Goals and Behaviours Status:  Committed

 Signature: Employee - Signed On 19-AUG-02,
            Manager - Signed by LEONARD G DEBARROS


 -------------------------------------------------------------------
 -------------------------------------------------------------------
 Business Goal # 1
 -------------------------------------------------------------------
 Summary:

 Build Motorola Professional Services' offerings within the
 Transportation & Travel Services industry vertical.

 -------------------------------------------------------------------
                         Page 1
```

PC 2002.TXT

Description:

Develop industry specific business plan inclusive of Motorola
Professional Services value proposition(s) that will effectively
generate interest in the marketplace.

Develop a pipeline by October
15, 2002 that demonstrates movement of opportunities through the
funnel.

------------------------------------------------------------------

Business Goal # 2
------------------------------------------------------------------
Summary:

Build the business model and evolve the Motorola Professional Services
brand -- Bring new customers to Motorola.

------------------------------------------------------------------
Description:

Determine how to organize and then affect the utilization of various
assets of:

- Motorola Professional Services
- (various) Motorola
Divisions
- (various) Partners and Alliance of Motorola

... in order
to source a viable pipeline of opportunity

------------------------------------------------------------------

Business Goal # 3
------------------------------------------------------------------
Summary:

Build a team / loyal following within Motorola Professional Services.

------------------------------------------------------------------
Description:

Create "referenceable" stories about Jay Rein's contribution to various
activity with Motorola Professional Services and Motorola.

------------------------------------------------------------------

Business Goal # 4
------------------------------------------------------------------
Summary:

Meet our business goals and objectives -- Achieve committed booking
numbers.

------------------------------------------------------------------
Description:

$1.1 million in signed contracts
$0.5 million in revenue

by December

000127

```
                              PC 2002.TXT
2002.

------------------------------------------------------------------
Business Goal # 5
------------------------------------------------------------------
Summary:

Grow a base of satisfied clients and satisfied employees (superiors,
peers and subordinates)

------------------------------------------------------------------
Description:

Issue annual client satisfaction survey (on or near 12 month
anniversary of revenue-based client relationship).

Issue annual 360
degree peer review survey.

------------------------------------------------------------------
******************************************************************
Behaviors - The 3-5 behaviors I will use to achieve resuts and how I
will demonstrate them (IDE Q2):
------------------------------------------------------------------
Behavior # 1
------------------------------------------------------------------
Pulldown:


------------------------------------------------------------------
Summary:

Envision

------------------------------------------------------------------
Description:

Identify meaningful and innovative change (within T&TS) that produces
profitable growth. Comes up with the vision, strategies and viable plan
by October 15, 2002 that achieve this growth.

------------------------------------------------------------------
Behavior # 2
------------------------------------------------------------------
Pulldown:


------------------------------------------------------------------
Summary:

Edge

------------------------------------------------------------------
Description:

Cuts to the essence of what is important. Makes bold, timely decisions.
Insists that the organization outperform expectations. Brings a healthy
dissatisfaction with the way things are. Makes tough calls when the
                              Page 3
```

PC 2002.TXT

business or individuals are not performing.

Demonstrates Boldness

Demonstrates Decisiveness
Demonstrates Incisive Thinking

--------------------------------------------------------------

Behavior # 3
--------------------------------------------------------------
Pulldown:


--------------------------------------------------------------
Summary:

Energize

--------------------------------------------------------------
Description:

Excites employees, clients and partners around winning ideas. Brings
extraordinarily high personal energy to everything.

Creates an
environment where everyone has a passion to excel and an opportunity to
contribute.

Builds & Sustains (client & employee) Relationships

Develops and Leads the Team
Demonstrates Personal Positive
Energy

Bring X number of new clients to Motorola Professional Services
by _____

--------------------------------------------------------------

Behavior # 4
--------------------------------------------------------------
Pulldown:


--------------------------------------------------------------
Summary:

Ethics

--------------------------------------------------------------
Description:

Conducts business ethically always and everywhere. Treats all people
and all cultures with respect and dignity. Keeps one's personal
ambitions and emotional reactions from interfering.

--------------------------------------------------------------

Behavior # 5
--------------------------------------------------------------

620000

PC 2002.TXT

Pulldown:

```
-----------------------------------------------------------------
```
Summary:

Execute

```
-----------------------------------------------------------------
```
Description:

~~Achieve agreed upon business goals for 2002 -- $1.1 million signed~~
contracts and $0.5 million revenue recognition.

Personally meet all
other commitments and promises made..

```
-----------------------------------------------------------------
```
```
*****************************************************************
```
Key Work Partners - Who I need input from and how I will get it (IDE Q5):
```
-----------------------------------------------------------------
```
Len deBarros, Ornella Indonie, Jesus Luzardo, Art Cipolla, Clyde
Kofman, John Gillardi, Richard Kurtz, Keith England, Jon Johanson, Gus
Suarez

```
-----------------------------------------------------------------
```
```
*****************************************************************
```
Job Match - Development actions I need for success in this position
(IDE Q3):
```
-----------------------------------------------------------------
```

```
-----------------------------------------------------------------
```
```
-----------------------------------------------------------------
```
```
*****************************************************************
```
What issues might interfere with success in my job, and how I plan to
deal with them (IDE Q6):
```
-----------------------------------------------------------------
```
Marketplace -- need to continually evolve to "read," understand and
adjust to the various marketplace variables that could affect our
business.

Internal barriers -- strive to establish a valid and
viable network of Motorolan's who can assist me in navigating the vast
network of Motorola capabilities and skills

```
-----------------------------------------------------------------
```
```
*****************************************************************
```
Step 2: Quarterly Checkpoints

Checkpoint 1:

Goal 1: On Plan
Goal 2: On Plan
Goal 3: On Plan
Goal 4: On Plan
Goal 5: On Plan

000030

PC 2002.TXT
Behavior 1: Demonstrated
Behavior 2: Demonstrated
Behavior 3: Demonstrated
Behavior 4: Demonstrated
Behavior 5: Demonstrated
*****************************************************************
Comments
Had a discussion with Len on vertical alignment with Len DeBarros and
will work to assist John Gillardi in the HealthCare & Pharmaceutical
industry vertical while assuming responsibilit for the Transportation &
Travel Services industry vertical.

------------------------------------------------------------------
Progress on development action for Job Match and Career Plans:
Action Plan to address issues that might interfere with my success in
my job:
------------------------------------------------------------------
Had a discussion with Len at and at this point in time I see no issues
that might interfere with success in my job.


Employee: Signed On 19-AUG-02, Manager: Signed By LEONARD G DEBARROS

*****************************************************************

Checkpoint 2:

Goal 1: On Plan
Goal 2: On Plan
Goal 3: Ahead Plan
Goal 4: On Plan
Goal 5: On Plan

Behavior 1: Demonstrated
Behavior 2: Demonstrated
Behavior 3: Demonstrated
Behavior 4: Demonstrated
Behavior 5: Demonstrated

Action Plan for Goal 3:
Have created positive references from experiences with:


(1)EBDO
through the joint selling and development of the response to Disneys
RFP for High Speed Internet Access and Disney Interactive
Television


(2)CGISS through the joint selling and development of the
response to UPS' RFP for RFID Tag Operations and Asset Management
Solution


(3)other various early stage contacts with other CGISS
account groups

*****************************************************************
Comments:
On financially related goals & behaviors -- remain on plan.  Positive
Page 6

PC 2002.TXT

buying signals have been gleaned from various communications from
Boeing.  Possibility of &gt;$0.5MM in bookings and billings for 2002
for Boeing.


New pipeline opportunity since last checkpoint -- Disney
High Speed Internet and Disney Interactive TV.  Possibility for
&gt;$30MM over three years (full value of contract potential).
Opportunity to commence some aspect of requirements gathering before
close of 2002.

Len deBarros has encouraged me to make certain that
my (valuable) time is utilized in qualified opportunities in order to
ensure success movement from RFP to contract closure.

------------------------------------------------------------------------
Progress on development action for Job Match and Career Plans:
Action Plan to address issues that might interfere with success in
my job:
------------------------------------------------------------------------
At this current point in time, there are no known issues that might
interfere with my success in my job.  Further probability of success
will be enhanced by our ability to hire and retain individuals who
understand consultative lead selling and a client-centric approach to
selling.

------------------------------------------------------------------------
Employee: Signed On 09-OCT-02, Manager: Signed By LEONARD G DEBARROS

*****************************************************************************
                       Summary


I achieved these results overall:
------------------------------------------------------------------------
The following goals were particularly well executed:

Goal 1: Build
Motorola Professional Services offerings within the Transportation &
Travel Services industry Vertical
Goal 2: Build the business model and
evolve the Motorola Professional Services brand
Goal 3: Build a team /
loyal following within Motorola Professional Services and
Motorola
Goal 5: Grow a base of satisfied "clients" and satisfied
employees

Contributing to the success of the aforementioned four
goals was the level of commitment and tenacity that I brought to bear
on the task at hand -- developing a new business within Motorola.
Another big factor contributing to the positive outcome of these goals
has been the collaborative method of engage multiple resources within
Motorola Professional Services and Motorola in order to achieve
goals

The following goal was not accomplished:

Goal 4: Achieve
committed booking numbers of $1.1million in signed contracts and
                       Page 7

PC 2002.TXT

$0.5million in recognized revenue

This goal was predicated upon the
success of two opportunities; Disney ITV/HSIA and Boeing Data
Compression.  At Disney, Motorola made it to the "second round" in the
review process, further than Motorola has ever gone, but was not
afforded the opportunity to continue due to the fact that Motorola's
technology solution did not evolve to become the preferred platform.
Boeing did not occur due to the fact that the client's business model
has been significantly challenged during the post 9/11 economy of the
airline industry.

Additional evidence in support of
meeting/exceeding a majority of the 5 Goals:

Comments from Disney
Executive, Michael Colglazer (as submitted to Motorola via a survey
distributed post proposal process)
...Jay was a strong player on the
Motorola team.  He demonstrated a high degree of respect for Disney
overall and the RFP process we dictate.  He called me when he had
questions or points of clarification, but did not abuse that privilege.

...Frank Logan and Jay Rein did a good job of bringing the right
people to the table to represent Motorola's technologies and
capabilities.  We found Motorola's approach to the Q&A session for the
RFP document to be very well thought out and organizaed; especially
considering that Motorola had only had 1-2 days as a team to review the
complex RFP.
...In the future, should Motorola be able to handle the
technology requirements for a given project, I feel we would consider
the Professional Services group to manage the project.

Feedback from
Motorola employees regarding myself in both the Disney RFP process and
as a leader in Motorola, via the Focused Feedback Survey solution
indicated that I demonstrated improvements in all areas questioned (see
behaviors below).

To date my manager has been supportive of me
achieving these goals.  It is expected that as the Motorola
Professional Services value-proposition and business model evolves in
2003 that additional support, guidance and direction will be required
in order to successfully build and manage a sustainable business model.
 The definition and degree of support in 2003 has yet to be defined.

--------------------------------------------------------------------
Manager Comments:
--------------------------------------------------------------------
Jay has demonstrated that he can Lead complex and large projects , with
a focus on the Customer and with a large degree of both Energy and
Passion.
Jay has also demonstrated that he can perform at a "high
level" , with little guidance and direction, required by both his job
model and grade.
Jay has been at the company for some (5) months; and
has met the initial targets set for his jod domain; but Jay falls short
on making original SIP goals to Book & Bill business,  i believe this
to be a cycle of getting traction in his Vertical and will continue to
expect that with the new plan for 2003.......this will be
remedied.
Providing the Strategy / followed by the Tactics to achieve
commitments is a requirement of a Principal led business model. Jay
Page 8

000033

PC 2002.TXT
needs to demonstrate these in the 2003 plan year.

------------------------------------------------------------------

******************************************************************
I demonstrated strength in these behaviors to achieve results:
------------------------------------------------------------------
The following behaviors are being met and exceeded:

Behavior 2: Cuts
to the essence of what is important. Makes bold, timely decisions.
Insists that the organization outperform expectations. Makes tough
calls when the business or individuals are not performing.
Behavior 3:
Excites employees, clients and partners around winning ideas. Brings
extraordinary high personal energy to everything.  Creates and
environment where everyone has a passion to excel and an opportunity to
contribute.
Behavior 4: Conducts business ethically always and
everywhere. Treats all people and all cultures with respect and
dignity.

The following feedback has been received, via Focused
Feedback, regarding my behavior and goals in 2002:

Have I become
more (or less) effective as a leader in the past three months?
2.25

Have I become more (or less) effective helping you to learn
about and progress a "professional services" model in the past three
months? 2.25

Have I become more (or less) effective in learning
about your skills and applying them to real opportunities in the past
three months? 2.5

Have I become more (or less) effective
organizing the combined efforts of multiple partners for the Disney
Proposal Effort in the past three months? 1.5

Have I become more
(or less) effective communicating to you my expectations of your
participation on the Disney Proposal Effort in the past three months? 1

Have I become more (or less) effective making myself available and
accessible to you in the past three months? .25

It is important to
recognize that in a very short period of time, I have been successful
in creating a following within Motorola Professional Services, the
Enterprise Business Development Organization, Broadband Communications
Sector and even CGISS (still evolving).  And while we did not win
Disney, the efforts of all of Motorola and its partners were recognized
by Disney.

In 2003, I will have to translate these successes into
meaningful "wins" for Motorola Professional Services.

To date my
manager has been supportive of me achieving these goals.  It is
expected that as the Motorola Professional Services value-proposition
Page 9

000034

PC 2002.TXT

and business model evolves in 2003 that additional support, guidance
and direction will be required in order to successfully build and
manage a sustainable business model. The definition and degree of
support in 2003 has yet to be defined.

------------------------------------------------------------------
Manager Comments:
------------------------------------------------------------------
Jay needs to improve executing to the sales plan and envision the sales
forecast......these will be key targets to meet in 2003

------------------------------------------------------------------

******************************************************************
I need development in these behaviors:
------------------------------------------------------------------
In 2003 the behavior of "Execute" as related to revenue generation
needs to be developed.  Execute takes on many different definitions,
and while I am exceeding in certain definitions of execute, I must
strive to deliver revenue to Motorola Professional Services.  Revenue
generation was not the only piece of the puzzle that I was to bring to
Motorola Professional Services, but it was one of many.

------------------------------------------------------------------
Manager Comments:
------------------------------------------------------------------
demonstrated, needs to make sales plan in 2003---key aspect of our
existance.

------------------------------------------------------------------

My summary of performance to plan prior to dialogue is:

ES Performance always meets and often exceeds predefined goals, while
demonstrating expected 4<font color=red>e</font>'s + Always 1
behaviors. Individual consistently achieves high levels of commendable
performance and is recognized as highly effective by management team
and key work partners.

******************************************************************
Signature for Joint Summary:
******************************************************************

Manager:

    After dialogue the Joint Summary is:

    ES Performance always meets and often exceeds predefined goals, while
demonstrating expected 4<font color=red>e</font>'s + Always 1
behaviors. Individual consistently achieves high levels of commendable
performance and is recognized as highly effective by management team
and key work partners.

------------------------------------------------------------------
Manager's Comments:

needs to understand the accountability of the month to month sales plan
numbers and making of such numbers..the business needs to run with that
in place and well adhered to.

------------------------------------------------------------------

000035

```
                                    PC 2002.TXT
Signed By:  LEONARD G DEBARROS - 14-JAN-03

Employee:

    I have dialogued with my manager and this document reflects
agreement on the joint Summary of my Personal Commitment.

Signed By: 12026815 JAY REIN - 14-JAN-03

--------------------------------------------------------------------
Employee's Comments:


--------------------------------------------------------------------
********************************************************************
                    Career Plans

My future career plan is(IDE Q4):
--------------------------------------------------------------------
My plans are to:

- continue in my existing role within Motorola
Professional Services over the next few years, so long as the role of
Principal involves both selling, managing and administering a valued
proposition to the marketplace.

- evolve the Transportation & Travel
ervices offer in the marketplace, with the potential to evolve into a
global leadership role that supports not just Americas, but also the
EMEA and APAC regions.

- be sought after by other Motorola Inc.
sectors, employees (and otherwise) as a leader who will support
Motorola's multiple goals and objectives over the next 2-3 and even
3-10 year time period.

- maintain a balance between work, family and
personal needs so that Motorola, my family and myself as all satisfied
(and delighted) at any point in time.


--------------------------------------------------------------------
The development activities I will be working on to achieve it are:
--------------------------------------------------------------------
In order to continue my momentum towards achieving my career goals, I
must:

- maintain a continuous dialogue with my superior as we develop
the market-facing strategy for Motorola Professional Services.  There
are many different ways to affect positive change for Motorola
Professional Services, and there are probably an equal number of ways
to quickly degrade our value.  So long as channels of communication
exist, success will occur.

- begin to dialogue with more of my peers
outside of the Americas region. There is a heck of a lot of value in
what I am developing here in the Americas that much be diseminated
abroad.  My "stock" within Motorola should go up [more] once this
dialogue begins.

- perform, perform, perform. Results will speak
louder than any words (verbal or written).  Results come in many forms
                           Page 11
```

```
                              PC 2002.TXT
-- meet and exceed all forms of expected (and not expected) results.

     -----------------------------------------------------------------




&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&
&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&
&&&&&&       PREVIOUS VERSION           PREVIOUS VERSION        &&&&&&
&&&&&&                   REVISED  26-AUG-02                     &&&&&&
&&&&&&       PREVIOUS VERSION           PREVIOUS VERSION        &&&&&&
&&&&&&                   REVISED  26-AUG-02                     &&&&&&
&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&
&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&
REVISED 26-AUG-02                                  REVISED 26-AUG-02
********************************************************************
              Dialogue Record - Planning Report for 2002

                 (Revision 1 - Updated on 26-AUG-02)

Employee: 12026815 JAY REIN
Manager: 10008256 LEONARD G DEBARROS

              Overall Scope of Position - The purpose of my job is:
     -----------------------------------------------------------------


     -----------------------------------------------------------------

     ********************************************************************
                 Step 1: Planning

Signature: Employee - Signed On , Manager - Signed By
Not Signed
Not Signed
     -----------------------------------------------------------------
Goal-setting - The 3-5 business goals I plan to achieve in line with department
goals, and how they will be measured (IDE Q1):
     -----------------------------------------------------------------
Business Goal # 1
     -----------------------------------------------------------------
Summary:
     -----------------------------------------------------------------
Description:



     -----------------------------------------------------------------

Business Goal # 2
     -----------------------------------------------------------------
Summary:
     -----------------------------------------------------------------
Description:



     -----------------------------------------------------------------

Business Goal # 3
     -----------------------------------------------------------------
Summary:
     -----------------------------------------------------------------
Description:
                              Page 12
```

000037

PC 2002.TXT

```
--------------------------------------------------------------
Business Goal # 4
--------------------------------------------------------------
Summary:
--------------------------------------------------------------
Description:


--------------------------------------------------------------
Business Goal # 5
--------------------------------------------------------------
Summary:
--------------------------------------------------------------
Description:


--------------------------------------------------------------
**************************************************************
Behaviors - The 3-5 behaviors I will use to achieve results and how I will
demonstrate them (IDE Q2):
--------------------------------------------------------------
Behavior # 1
--------------------------------------------------------------
Pulldown:


--------------------------------------------------------------
Summary:
--------------------------------------------------------------
Description:


--------------------------------------------------------------
Behavior # 2
--------------------------------------------------------------
Pulldown:


--------------------------------------------------------------
Summary:
--------------------------------------------------------------
Description:


--------------------------------------------------------------
Behavior # 3
--------------------------------------------------------------
Pulldown:


--------------------------------------------------------------
Summary:
--------------------------------------------------------------
```

000038

PC 2002.TXT

Description:

```
--------------------------------------------------------------
```

Behavior # 4
```
--------------------------------------------------------------
```
Pulldown:


```
--------------------------------------------------------------
```
Summary:
```
--------------------------------------------------------------
```
Description:


```
--------------------------------------------------------------
```
Behavior # 5
```
--------------------------------------------------------------
```
Pulldown:


```
--------------------------------------------------------------
```
Summary:
```
--------------------------------------------------------------
```
Description:


```
--------------------------------------------------------------
```
```
**************************************************************
```
Key Work Partners - Who I need input from and how I will get it (IDE Q5):
```
--------------------------------------------------------------
```


```
--------------------------------------------------------------
```
```
**************************************************************
```
Job Match - Development actions I need for success in this position (IDE Q3):
```
--------------------------------------------------------------
```


```
--------------------------------------------------------------
```
```
**************************************************************
```
What issues might interfere with success in my job, and how I plan to deal with them
(IDE Q6):


```
--------------------------------------------------------------
```

-Motorola Internal Use Only-

000639

EXHIBIT B

**EXHIBIT B**

CONFIDENTIAL

2003 PC.TXT
```
&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&
&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&
&&&&&    CURRENT VERSION    CURRENT VERSION    CURRENT VERSION  ,  &&&&&
&&&&&'   CURRENT VERSION    CURRENT VERSION    CURRENT VERSION     &&&&&
&&&&&    CURRENT VERSION    CURRENT VERSION    CURRENT VERSION     &&&&&
&&&&&    CURRENT VERSION    CURRENT VERSION    CURRENT VERSION     &&&&&
&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&
&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&
```

Personal Commitment - Dialogue Record Report
```
*******************************************************************
```

-------------------------------------------------------------------
Employee: 12026815 JAY REIN      | Years of Service:  1.10
-------------------------------------------------------------------
Job Category: Other--Sales  | DEPT: CQ798
-------------------------------------------------------------------
Organization:  CQ798 - CGISS-COMM,GOVT,IND,SYSTEMS SECTOR /INTGR SOL DV
               Americas
/United States
-------------------------------------------------------------------
Current Manager:  12027346 CLYDE KOFMAN   | Review Period: 2003
-------------------------------------------------------------------
Review Manager:   CLYDE KOFMAN
-------------------------------------------------------------------

```
*******************************************************************
```
                    Overall Scope of Position

The purpose of my job is
-------------------------------------------------------------------
The purpose of my job...

Jay S. Rein is a Principal within Motorola
Professional Services.  Currently, Motorola Professional Services is
undergoing an evolution in its life, which will affect lines of
reporting and responsibility within Motorola Inc.

My reason for
being within Motorola Professional Services, regardless of where/who
Motorola Professional Services reports in to... provide leadership and
vision that will enable a consultative lead sales model to thrive
within Motorola.  Specifically I will provide strategy and tactics to
achieve business goals, financial goals and customer satisfaction
within the Transportation & Travel Services industry vertical client
base and any other clients (or prospective clients) that I may have an
opportunity to interact with.  I will continue to assist the leadership
team to create and institutionalize various Professional Services "Best
Practices."

-------------------------------------------------------------------

```
*******************************************************************
```
                    Step 1: Planning

Goals and Behaviours Status:  Committed

Signature: Employee - Signed On 26-MAR-03,
           Manager - Signed by

                            Page 1

M00059

CONFIDENTIAL

```
                              2003 PC.TXT
--------------------------------------------------------------------
--------------------------------------------------------------------
Business Goal # 1
--------------------------------------------------------------------
Summary:

Support the financial goals of the enterprise group of Motorola
Professional Services

--------------------------------------------------------------------
Description:

Currently, the 2003 financial goal for the enterprise team (which is
expected to transition to CGISS on April 1, 2003) is $20 million in
booked contracts and $16 million in billable revenue.

Wherever and
whenever possible, support a collaborative, team-spirited environment
which gets the entire enterprise team of 26 individuals, as a team over
the finish line of 2003 with the above financial goals met, and
possibly exceeded.


--------------------------------------------------------------------
Business Goal # 2
--------------------------------------------------------------------
Summary:

Support Group financial goals via personal financial commitments


--------------------------------------------------------------------
Description:

While my individual quota for 2003 is currently set at $5MM in bookings
and $3MM in billings, my personal financial commitment to support the
2003 goal for the enterprise team is $3.3MM in bookings and $1.4MM in
billings


--------------------------------------------------------------------
Business Goal # 3
--------------------------------------------------------------------
Summary:

Support the aquisition of new clients to Motorola by December 2003


--------------------------------------------------------------------
Description:

In support of the revenue commitments for the enterprise team, wherever
possible I will strive to expand the customer base of Motorola and
Motorola Professional Services.  Revenue and PBT are of utmost priority
AND if this can be achieved by bringing new customers to
Motorola...

The enterprise team's major goal is to bring 5 new clients
to Motorola in support of the $20MM in bookings.  I will personally
support this goal as a member of the leadership team.


--------------------------------------------------------------------
Business Goal # 4
--------------------------------------------------------------------
                                Page 2
```

M00060

CONFIDENTIAL

2003 PC.TXT

Summary:

Support the transition of Motorola Professional Services (as an
independent Corporate entity) into the CGISS business sector.

------------------------------------------------------------------------

Description:

Provide:
-Support,
-Leadership,
-Guidance,
-Data,
-and other
information as required...

...in order to facilitate a smooth
transition to CGISS, along with the effective growth of our business
model within CGISS for the remainder of 2003.

------------------------------------------------------------------------

************************************************************************
Behaviors - The 3-5 behaviors I will use to achieve resuts and how I
will demonstrate them (IDE Q2):
------------------------------------------------------------------------
Behavior # 1
------------------------------------------------------------------------
Pulldown:


------------------------------------------------------------------------
Summary:

Ethics

------------------------------------------------------------------------
Description:

Conducts business ethically always and everwhere. Treats all people
and all cultures with respect and dignity. Keeps one's personal
ambitions and emotional reactions from interfering.

------------------------------------------------------------------------
Behavior # 2
------------------------------------------------------------------------
Pulldown:


------------------------------------------------------------------------
Summary:

Envision

------------------------------------------------------------------------
Description:

Identifies meaningful and innovative change that produces profitable
growth. Comes up with the vision, strategies and viable plan that
achieve it.

M00061

CONFIDENTIAL

2003 PC.TXT

Strategic Planning
Maintains Industry Awareness

Innovation

---------------------------------------------------------------

Behavior # 3
---------------------------------------------------------------
Pulldown:


---------------------------------------------------------------
Summary:

Energize

---------------------------------------------------------------
Description:

Excites employees, clients and partners around winning ideas. Brings
extraordinarily high personal energy to everything.

Creates an
environment where everyone has a passion to excel and an opportunity to
contribute.

Builds & Sustains (client & employee) Relationships

Develops and Leads the Team
Demonstrates Personal Positive
Energy

Bring a relevant number of new clients to Motorola Professional
Services by which serves to achieve both team financial goals and
individual financial goals.

---------------------------------------------------------------

Behavior # 4
---------------------------------------------------------------
Pulldown:


---------------------------------------------------------------
Summary:

Edge

---------------------------------------------------------------
Description:

Cuts to the essence of what is important. Makes bold, timely decisions.
Insists that the organization outperform expectations. Brings a healthy
dissatisfaction with the way things are. Makes tough calls when the
business or individuals are not performing.

Demonstrates Boldness

Demonstrates Decisiveness

Page 4

M00062

CONFIDENTIAL

2003 PC.TXT

Demonstrates Incisive Thinking

------------------------------------------------------------------
Behavior # 5
------------------------------------------------------------------
Pulldown:


------------------------------------------------------------------
Summary:

Execute

------------------------------------------------------------------
Description:

Achieves results significantly better and faster than our competitors
by employing innovative, proven and rigorous management practices.
Personally meets commitments and keep promises.

Plans and Organizes

Builds Benchstrength
Demonstrates Personal Productivity
Focuses on
Client Service

------------------------------------------------------------------

******************************************************************
Key Work Partners - Who I need input from and how I will get it (IDE Q5):
------------------------------------------------------------------
I expect that over the remaining months of 2003 the following
individuals will provide input towards my performance of goals &
objectives and behaviors:
-Len deBarros
-Clyde Kofman
-John
Gillardi
-Other Principals and Personnel within Motorola Professional
Services
-Various personnel (names tbd) within the CGISS
organization
-Feedback from clients/prospective clients

Feedback
will be gathered from various email and other interactions which will
be deliberately requested whenever "major milestones" are achieved
throughout the year.

------------------------------------------------------------------

******************************************************************
Job Match - Development actions I need for success in this position
(IDE Q3):
------------------------------------------------------------------
See Training Plan

------------------------------------------------------------------
******************************************************************
Training and Developmental Activities
                                   Page 5

M00063

CONFIDENTIAL

```
                            2003 PC.TXT
------------------------------------------------------------------
Course ID: EXE1016
Title: Chairman's Leadership Institute
Desired Completion Date: DEC-03
Scheduled Completion Date:
Completion Status: Incomplete
Enrolled: N
------------------------------------------------------------------
Course ID: FIL-40010
Title: Executive Trends Series - 2002
Desired Completion Date: DEC-03
Scheduled Completion Date:
Completion Status: Incomplete
Enrolled: *
------------------------------------------------------------------
* An enrollment status is only available for training provided by
Motorola University
------------------------------------------------------------------


******************************************************************
What issues might interfere with success in my job, and how I plan to
deal with them (IDE Q6):
------------------------------------------------------------------
A major issue that might interfere with my success in my job would be
Motorola's leadership's inability to understand and embrace the
differences between running a technology development/assembly line
driven company VERSUS and consultative-lead, client needs driven,
best-of-breed development model.

The sales cycle for professional
services can extend from 1 month to 12 months, dependent upon the
industry vertical, the prospect/client's problems, and Motorola's
existing tools (and relationships and alliances) that can solve those
problems.  Today, due to limited "sales capable" staffing, it is
difficult to manage a pipeline of opportunities in parallel.  Many
opportunities are dealt with one-by-one due to the limited resources
who understand the business development/cultivation process in the
professional services arena.

Over the next couple of months, I am
expecting additional resources to assist in the business development
effort.  These resources will either come from the existing CG|SS sales
team (possible SMD) or will be hired.

New goals to support cgiss
initiatives will be added by the checkpoint #1


------------------------------------------------------------------

******************************************************************
                   Step 2: Quarterly Checkpoints

Checkpoint 1:

Goal 1: On Plan
Goal 2: On Plan
Goal 3: Ahead Plan
Goal 4: Ahead Plan
Goal 5: -

Behavior 1: Demonstrated
Behavior 2: Demonstrated
```

M00064

CONFIDENTIAL

2003 PC.TXT

Behavior 3: Demonstrated
Behavior 4: Demonstrated
Behavior 5: Demonstrated

Action Plan for Goal 1:
Teaming with Clay Brice and Paul Lanci, successfully landed first new
client for Motorola Professional Services -- Los Angeles Service
Authority for Freeway Emergencies. This initial opportunity is worth
$55K, but has opened the door to other opportunities which are
estimated at over $15MM.


Action Plan for Goal 2:
Today, my pipeline consists of almost $20MM in identified
opportunities. With a target of 4x to 5x financial targets, I am on
track to achieve financial goals


Action Plan for Goal 3:
Los Angeles SAFE supports this goal of being this first of 5 new
clients for Motorola Professional Services and Motorola Inc.


Action Plan for Goal 4:
In additional to working toward financial goals and commitments, I will
continue to interact with peers, superiors and subordinates in order to
foster a workplace environment which people are excited about operating
in.

*********************************************************************
Comments
2003 is shaping up to be a successful year for Motorola Professional
Services and for Jay Rein. While much of 2002 was spent developing
relationships within Motorola, and managing large-scale systems
oriented proposals to Disney and UPS... 2003 is about winning small
first, and then building relationship to earn the big wins. Staying
focused on client needs and building a viable relationship with CGISS
personnel in California have earned us the right to serve Los Angeles
SAFE in developing recommendations for handling motorist aid cellular
calls.


As Motorola Professional Services transitions into CGISS, I
am planning on further developing my personal Motorola network, while
securing business that supports the CGISS 2003 Scorecard.


As
appropriate, I will lead and as appropriate I will follow. With the
transition of Len DeBarros to retirement, I will work with Jim Sarallo
and his peers in order to ensure that a Professional Services model is
successfully propogated within CGISS and Motorola.


The successful,
initial win at LA SAFE for $55,000, as agreed to by Len DeBarros is to
be credited to financial goals (SIP and other) at 4X credit = OR
$220,000 in bookings and billings.

-----------------------------------------------------------------------
Page 7

M00065

CONFIDENTIAL

2003 PC.TXT
Progress on development action for Job Match and Career Plans:
Action Plan to address issues that might interfere with my success in
my job:
------------------------------------------------------------------
Over the remainder of 2003, I will to continue to serve Motorola
Professional as I have been AND will be striving to to take on more of
a leadership role with personnel directly reporting to me; both sales,
solutions architects and SI Delivery.


In order to further ensure my
success in my current job for 2003, and the growth of my responsible
industry vertical(s), I will need to further partner with individuals
(primarily business development) who will need to be hired before the
end of Q2 2003.


Issues that might interfere with my success in my
job in 2003 are:

- CGISS decision not to continue to add additional
business developments personnel to the MPS organization

- Various
"Division" sales personnel deciding to not include or exclude MPS from
various client opportunity

- Lack of a leadership infrastructure for
MPS to emerge upon Len DeBarro's retirement from Motorola


Employee: Signed On 07-MAY-03, Manager: Signed By

******************************************************************

Checkpoint 2:

Goal 1: Behind Plan
Goal 2: On Plan
Goal 3: On Plan
Goal 4: On Plan
Goal 5: -

Behavior 1: Demonstrated
Behavior 2: Demonstrated
Behavior 3: Demonstrated
Behavior 4: Demonstrated
Behavior 5: Demonstrated

Action Plan for Goal 1:
My efforts continue to support this goal.  Tangible evidence of such is
as follows:


- LA SAFE booked revenue of $117,500 has nearly all been
delivered in support of building goodwill for MPS which should result
in our receipt of two RFP's.  One for the implementation of a cellular
number calling solution for roadside assistance within LA County.  The
second RFP is for the digital upgrade and implementation of 4,500 call
boxes distributed along the freeways of LA County.  Both of these
Page 8

M00066

CONFIDENTIAL

2003 PC.TXT
opportunities could total over $8.0 million.


- ExpressLINK
opportunity continues to evolve in support of asset/vehicle
tracking.


- TJX Companies opportunity is slowing evolving and
involves instore wireless applications for employees.  This opportunity
will come to life as the year comes to a close.


- Harley-Davidson is
an evolving opportunity in the Viamoto space.  Meetings are to be
scheduled over the next month.

Action Plan for Goal 2:
Similar to action plan for Goal 1, I am on plan for bookings side of
this goals, billings may come in 2004.  Major opportunity continues to
be LA SAFE.

Action Plan for Goal 3:
With a team goal of five (5) new clients to Motorola in 2003, I have
successfully supported this goal.  LA SAFE.  The other four (4) new
clients will come from Gillardi, Kofman, Lanci, Brice, Humpleby.


I
will continue to seek out new client opportunities to further excel.

Action Plan for Goal 4:
In support of MPSs transition into CGISS, I have always made myself
available to peers and leaders, providing input, collateral and other
information in order to positively affect MPS's future prospects.

Action Plan for Behavior 1:
Every action I take is influenced by a strong set of personal and
business ethics.  "Ethics" was reinforced on October 7 during
attendance at the Performance & Principles, Winning with Integrity
training.

Action Plan for Behavior 2:
Has been demonstrated during this last review period yet results have
not been seen.  From Checkpoint 1 to now, MPS has been without senior
leadership and hence the best thoughts on Envision were never truly
actionable; due to lack to MPS executive sponsorship and strategy.


E.g. headcount which I envisioned would assist in various funnel
development and delivery activity was continuously disapproved -- hence
limiting success.

Page 9

M00067

CONFIDENTIAL

2003 PC.TXT

Action Plan for Behavior 3:
Energize has been demonstrated since the last review period.


Action Plan for Behavior 4:
Demonstrated.


Action Plan for Behavior 5:
Desire to "Execute" has been demonstrated.  There has been limited [to
no support] from management in shaping strategy and tactics, along with
required resources in order to completely fulfill this behavior.  The
concept of "teaming" is required to satisfy this aspect of Checkpoint
2.

*****************************************************************
Comments:
The first nine (9) months of 2003 were not the nine months anticipated
when developing these PC goals and behaviors for Jay Rein.  Resignation
of Kevin Loosemore, splitting MPS between two sectors, the resignation
of Len DeBarros, and the lack of executive sponsorship for MPS CGISS
for almost three months has not been particularly supportive of these
goals and behaviors.  Resources (headcount) and other support never
materialized at any time throughout the year.  That said, I "made due"
and continued to act as sales and delivery function for an opportunity
in the mobility space.  This fact alone has hampered my ability (albeit
limited by time in a working day) to develop additional opportunity;
due to the fact that I had to deliver anything I sold.



I expect that
in 2004, MPS will be in a different situation.  With:



-Executive
leadership,

-a clearly articulated strategy,

-resources to support
said strategy,

-incentives that are clearly aligned with the strategy
and achievable,...



...Jay Rein will be an invaluable leader to CGISS
and Motorola Inc's. play in the enterprise space.

-----------------------------------------------------------------
Progress on development action for Job Match and Career Plans:
Action Plan to address issues that might interfere with success in
my job:
-----------------------------------------------------------------
Little progress has been made for without executive sponsorship, the
various courses selected by Len DeBarros and Jay Rein for 2003 could
not be attended.

M00068

2003 PC.TXT                          **CONFIDENTIAL**

I expect that with the appropriate Executive
Leadership, the potential for Jay Rein to evolve as a leader within
Motorola Inc. will be discovered.

------------------------------------------------------------------
Employee: Signed On 09-OCT-03, Manager: Signed By THOMAS C NIERSBACH

******************************************************************
                         Summary


I achieved these results overall:
------------------------------------------------------------------
-Sold first THINK engagement to new client for Motorola Professional
Services and Motorola Inc., LA SAFE -- Phase I = $55,000
billings.

-Sold follow-on work with LA SAFE for $62,500
billings.

-Assisted Motorola Professional Services in the transition
from Corporate alignment to the CGISS sector.

-Assisted Motorola
Professional Services leadership in successfully creating a "raison
d'etre" for Motorola Professional Services within CGISS; giving
management a reason to propogate the Motorola Professional Services
model into 2004.

------------------------------------------------------------------
Manager Comments:
------------------------------------------------------------------


------------------------------------------------------------------
******************************************************************
I demonstrated strength in these behaviors to achieve results:
------------------------------------------------------------------
-All goals were achieved with Ethics

-All goals were achieved with a
mind for the future and what could "become"

-All goals were achieved
with energy and passion to excite and include peers and colleagues

------------------------------------------------------------------
Manager Comments:
------------------------------------------------------------------


------------------------------------------------------------------
******************************************************************
I need development in these behaviors:
------------------------------------------------------------------
It is expected that over the course of 2004 the leadership team
associated with Motorola Professional Services will become more stable
than over the past two years.  This alone will enable me to
further...
                         Page 11


M00069

2003 PC.TXT                          CONFIDENTIAL

-integrate into CGISS and Motorola Inc.
-develop
meaningful business relationships that will positively impact PC
results for 2004
-positively sell the value of Motorola Professional
Services in the marketplace

---------------------------------------------------------------------
Manager Comments:
---------------------------------------------------------------------


---------------------------------------------------------------------

My summary of performance to plan prior to dialogue is:

MX Performance consistently meets predefined goals, while using the
expected 4<font color=red>e</font>'s + Always 1 behaviors. At times,
this individuals performance may exceed expectations. Overall, the
performance that the individual demonstrates accomplishes the job.
Individual is a solid performer who is recognized as effective by
management team and key work partners.

*********************************************************************
Signature for Joint Summary:
*********************************************************************

Manager:

    After dialogue the Joint Summary is:

    MX Performance consistently meets predefined goals, while using the
expected 4<font color=red>e</font>'s + Always 1 behaviors. At times,
this individuals performance may exceed expectations. Overall, the
performance that the individual demonstrates accomplishes the job.
Individual is a solid performer who is recognized as effective by
management team and key work partners.

---------------------------------------------------------------------
Manager's Comments:
---------------------------------------------------------------------

2003 was a challenging year.  Many changes and little leadership
direction contributed to the challenges. 2004 brings an opportunity for
Jay's capabilities to come through more clearly and for MPS to continue
to create value for CGISS

---------------------------------------------------------------------

Signed By:  CLYDE KOFMAN - 13-JAN-04

Employee:

    I have dialogued with my manager and this document reflects
agreement on the Joint Summary of my Personal Commitment.

Signed By: 12026815 JAY REIN - 14-JAN-04

---------------------------------------------------------------------
Employee's Comments:

M00070

```
                              2003 PC.TXT              CONFIDENTIAL
------------------------------------------------------------------
******************        Career Plans        ********************
My future career plan is(IDE Q4):
------------------------------------------------------------------


------------------------------------------------------------------

The development activities I will be working on to achieve it are:
------------------------------------------------------------------


------------------------------------------------------------------


&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&
&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&
&&&&&       PREVIOUS VERSION           PREVIOUS VERSION       &&&&&
&&&&&                   REVISED  26-MAR-03                    &&&&&
&&&&&       PREVIOUS VERSION           PREVIOUS VERSION       &&&&&
&&&&&                   REVISED  26-MAR-03                    &&&&&
&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&
&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&&
REVISED 26-MAR-03                            REVISED 26-MAR-03
******************************************************************
         Dialogue Record - Planning Report for 2003
              (Revision 1 - Updated on 26-MAR-03)

Employee: 12026815 JAY REIN
Manager: 12027346 CLYDE KOFMAN

         Overall Scope of Position - The purpose of my job is:
------------------------------------------------------------------


------------------------------------------------------------------

******************************************************************
                       Step 1: Planning

Signature: Employee - Signed On , Manager - Signed By
Not Signed
Not Signed
------------------------------------------------------------------
Goal-setting - The 3-5 business goals I plan to achieve in line with department
goals, and how they will be measured (IDE Q1):
------------------------------------------------------------------
Business Goal # 1
------------------------------------------------------------------
Summary:
------------------------------------------------------------------
Description:


------------------------------------------------------------------

Business Goal # 2
```

M00071

CONFIDENTIAL

```
                                    2003 PC.TXT
----------------------------------------------------------------------
Summary:
----------------------------------------------------------------------
Description:


----------------------------------------------------------------------

Business Goal # 3
----------------------------------------------------------------------
Summary:
----------------------------------------------------------------------
Description:


----------------------------------------------------------------------

Business Goal # 4
----------------------------------------------------------------------
Summary:
----------------------------------------------------------------------
Description:


----------------------------------------------------------------------

Business Goal # 5
----------------------------------------------------------------------
Summary:
----------------------------------------------------------------------
Description:


----------------------------------------------------------------------

**********************************************************************
Behaviors - The 3-5 behaviors I will use to achieve results and how I will
demonstrate them (IDE Q2):
----------------------------------------------------------------------
Behavior # 1
----------------------------------------------------------------------
Pulldown:


----------------------------------------------------------------------
Summary:
----------------------------------------------------------------------
Description:


----------------------------------------------------------------------

Behavior # 2
----------------------------------------------------------------------
Pulldown:


----------------------------------------------------------------------
Summary:
----------------------------------------------------------------------
Description:
```

M00072

2003 PC.TXT

CONFIDENTIAL

---

Behavior # 3
---
Pulldown:


---
Summary:
---
Description:


---
Behavior # 4
---
Pulldown:


---
Summary:
---
Description:


---
Behavior # 5
---
Pulldown:


---
Summary:
---
Description:


---

*******************************************************************
Key Work Partners - Who I need input from and how I will get it (IDE Q5):
---

---
*******************************************************************
Job Match - Development actions I need for success in this position (IDE Q3):
---

---
*******************************************************************
What issues might interfere with success in my job, and how I plan to deal with them
(IDE Q6):
---

Page 15

M00073

2003 PC.TXT
-----------------------------------------------------------------------

-Motorola Internal Use Only-

CONFIDENTIAL

M00074

EXHIBIT C

# EXHIBIT C

# Personnel Action Form (PAF)

Motorola Confidential Proprietary

Print Date: 07/15/2005

HR Use Only:
Position Needed:   Y   N
Position #:

| Company | M000 | United States |
|---|---|---|
| Personnel Area | N000 | CGISS–United States IL01 |
| Pers Subarea | STD | Standard |
| Emp Group | 5 | Separated |
| Emp Subgrp | U6 | Exempt |
| Payroll Actg Area | M1 | Exempt bi-weekly |
| Work Phone | 1-508-893-6926 | |
| Work Sched/PT/% | S-1-40 | PT   100.00% |
| Location Code | IL01 | |
| Mail Drop | | |
| Cost Center | CQ798 | |
| Badge Number | | |

Name: Jay Rein
Commerce ID: 12026815
Imed Supv
New Imed Supv
Manager2
Manager3
Emplmnt Date: 06/24/2002
Service Date: 06/24/2002
Svc Club Date: 06/24/2002

Current Range: 4
Current Compa Ratio: 0.00
Next Salary Review Date:

### SALARY

| Eff Date | Rsn Code | Sal Admin | PS Grp/Lvl | Crcy/Unit | Inc Pct | Inc Amt | New Salary |
|---|---|---|---|---|---|---|---|
| 03/31/2003 | | S2 | E15 | 0.00 | 2.00 | 3,800.00 | 193,800.00 |
| 06/24/2002 | | S2 | E15 | 0.00 | 0.00 | 0.00 | 190,000.00 |

EXHIBIT
Kofman
9/14/05

### POSITION

| Eff Date | Rsn Code | Cost Center | Position | Position Abbr | Title |
|---|---|---|---|---|---|
| 03/20/2004 | | CQ798 | 60196443 | 60499028 | PRNCPL MOT PROF SVCS & DI |
| 04/01/2003 | 12 | CQ798 | 60196443 | 60499028 | PRNCPL MOT PROF SVCS & DI |
| 01/01/2003 | 12 | FW904 | 60196443 | 60499028 | PRNCPL MOT PROF SVCS & DI |
| 08/22/2002 | 11 | FW901 | 60196443 | 60499028 | PRNCPL MOT PROF SVCS & DI |
| 06/24/2002 | | FW901 | 60196443 | 60404009 | DIR ACCOUNT SALES NATL |

### STATUS

| Eff Date | Event Typ/Rsn | Status | | | End Date |
|---|---|---|---|---|---|
| 03/20/2004 | 13 | 12 | 0 | 0 0 | 12/31/9999 |
| 04/01/2003 | 02 | 12 | 0 | 3 1 | 03/19/2004 |
| 03/31/2003 | 86 | 01 | 0 | 3 1 | 03/31/2003 |
| 01/01/2003 | 02 | 12 | 0 | 3 1 | 03/30/2003 |
| 08/22/2002 | 02 | 11 | 0 | 3 1 | 12/31/2002 |

### PERF

| Eff Date | Performance |
|---|---|
| 12/31/2003 | Meets Expectations |
| 12/31/2002 | Meets all, exceeds some |

MI2-000105

Remarks:

| | Signature | Date |
|---|---|---|
| Originating Name | Signature | Date |
| Receiving Name | Signature | Date |
| HR Name | Signature | Date |
| Compensation Name | Signature | Date |

# Personnel Action Form (PAF)

Motorola Confidential Proprietary

Print Date: 07/15/2005

HR Use Only:

Position Needed:   Y   N

Position #:

| | | | | | |
|---|---|---|---|---|---|
| Company | M000 | United States | | | |
| Personnel Area | U000 | GEMS-United States  IL02 | | | |
| Pers Subarea | STD | Standard | | | |
| Emp Group | 1 | Active Employee | | | |
| Emp Subgrp | U6 | Exempt | | | |
| Payroll Actg Area | M1 | Exempt bi-weekly | | | |
| Work Phone | 404-252-6652 | | | | |
| Work Sched/PT/% | S-1-40 | ☐ PT | 100.00% | | |
| Location Code | IL02 | | | | |
| Mail Drop | | | | | |
| Cost Center | CQ798 | | | | |
| Badge Number | | | | | |

| | |
|---|---|
| Name | Clay Brice |
| Commerce ID | 12029806 |
| Imed Supv | Clyde Kofman |
| New Imed Supv | |
| Manager2 | Jeffrey Miller |
| Manager3 | Clyde Kofman |
| Emplmnt Date | 11/18/2002 |
| Service Date | 11/18/2002 |
| Svc Club Date | 11/18/2002 |
| | |
| Current Range | 2 |
| Current Compa Ratio | 1.00 |
| Next Salary Review Date: | |

**Prop**

| | Eff Date | Reason | Area | Group | Reason Diff | Hired | Amt | New Salary |
|---|---|---|---|---|---|---|---|---|
| S | 03/28/2005 | | S2 | E12 | 0.00 | 4.87 | 5,500.00 | 118,400.00 |
| A | 01/31/2005 | 10 | S2 | E12 | 0.00 | 8.68 | 9,020.00 | 112,900.00 |
| L | 03/29/2004 | | S2 | E12 | 0.00 | 6.00 | 5,880.00 | 103,880.00 |
| A | 11/18/2002 | | S2 | E12 | 0.00 | 0.00 | 0.00 | 98,000.00 |
| R | | | | | | | | |
| Y | | | | | | | | |

**Prop**

| | Eff Date | Reason | Center | Position | Person Hours | | |
|---|---|---|---|---|---|---|---|
| P | 05/07/2005 | | CQ798 | 60200342 | 80404028 | CONSULTANT SALES | |
| O | 11/26/2003 | 12 | CQ798 | 60200342 | 80404028 | CONSULTANT SALES | |
| S | 04/01/2003 | 12 | CQ719 | 60200342 | 80404028 | CONSULTANT SALES | |
| I | 11/18/2002 | | FW901 | 60200342 | 80404028 | CONSULTANT SALES | |
| T | | | | | | | |
| I | | | | | | | |
| O | | | | | | | |
| N | | | | | | | |

**Prop**

| | Eff Date | Reason | Status | | | | End Date |
|---|---|---|---|---|---|---|---|
| S | 05/07/2005 | 55 | 00 | 0 | 3 | 1 | 12/31/9999 |
| T | 03/28/2005 | 86 | 01 | 0 | 3 | 1 | 05/06/2005 |
| A | 01/31/2005 | 02 | 10 | 0 | 3 | 1 | 03/27/2005 |
| T | 03/29/2004 | 86 | 01 | 0 | 3 | 1 | 01/30/2005 |
| U | 11/26/2003 | 02 | 12 | 0 | 3 | 1 | 03/28/2004 |
| S | | | | | | | |

**Prop**

| | Eff Date | Performance |
|---|---|---|
| P | 12/31/2004 | Effective |
| E | 12/31/2003 | Meets Expectations |
| R | 12/31/2002 | Meets Expectations |
| F | | MI2-000106 |

Remarks:

| | | | |
|---|---|---|---|
| Originating Name | | Signature | Date |
| Receiving Name | | Signature | Date |
| HR Name | | Signature | Date |
| Compensation Name | | Signature | Date |

# Personnel Action Form (PAF)

Motorola Confidential Proprietary

Print Date: 07/15/2005

HR Use Only:
Position Needed:  Y   N
Position #:

| | | Current | | New | PartDate |
|---|---|---|---|---|---|
| Company | M000 | United States | | | |
| Personnel Area | U000 | GEMS-United States  IL06 | | | |
| Pers Subarea | STD | Standard | | | |
| Emp Group | 1 | Active Employee | | | |
| Emp Subgrp | U6 | Exempt | | | |
| Payroll Actg Area | M1 | Exempt bi-weekly | | | |
| Work Phone | | 954-723-6396 | | | |
| Work Sched/PT/% | S-1-40 | ☐ PT   100.00% | | | |
| Location Code | IL06 | | | | |
| Mail Drop | | | | | |
| Cost Center | CQ798 | | | | |
| Badge Number | | | | | |

Name: Michael Humpleby
Commerce ID: 12029729
Imed Supv: Clyde Kofman
New Imed Supv:
Manager2: Jeffrey Miller
Manager3: Clyde Kofman
Emplmnt Date: 12/09/2002
Service Date: 12/09/2002
Svc Club Date: 12/09/2002

Current Range: 2
Current Compa Ratio: 1.02
Next Salary Review Date:

| | Eff Date | Range | Sal Area | Group | | Incr Amt | New Salary |
|---|---|---|---|---|---|---|---|
| **Prop** | | | | | | | |
| **SALARY** | 03/28/2005 | | S2 | E14 | 0.00 | 0.64 | 929.00 | 145,210.00 |
| | 03/29/2004 | | S2 | E14 | 0.00 | 1.25 | 1,781.00 | 144,281.00 |
| | 12/09/2002 | | S2 | E14 | 0.00 | 0.00 | 0.00 | 142,500.00 |

| | Eff Date | Sal | Cost Center | Position | Position Abbrev | Title |
|---|---|---|---|---|---|---|
| **Prop** | | | | | | |
| **POSITION** | 05/07/2005 | | CQ798 | 60201008 | 60499028 | PRNCPL MOT PROF SVCS & DI |
| | 02/23/2004 | 12 | CQ798 | 60201008 | 60499028 | PRNCPL MOT PROF SVCS & DI |
| | 04/01/2003 | 12 | CQ719 | 60201008 | 60499028 | PRNCPL MOT PROF SVCS & DI |
| | 12/09/2002 | | FW901 | 60201008 | 60499028 | PRNCPL MOT PROF SVCS & DI |

| | Eff Date | Event | Reason | Stat | Endate | |
|---|---|---|---|---|---|---|
| **Prop** | | | | | | |
| **STATUS** | 05/07/2005 | 55 | 00 | 0 | 3 | 1 | 12/31/9999 |
| | 03/28/2005 | 86 | 01 | 0 | 3 | 1 | 05/06/2005 |
| | 03/29/2004 | 86 | 01 | 0 | 3 | 1 | 03/27/2005 |
| | 02/23/2004 | 02 | 12 | 0 | 3 | 1 | 03/28/2004 |
| | 04/01/2003 | 02 | 12 | 0 | 3 | 1 | 02/22/2004 |

| | Eff Date | Performance |
|---|---|---|
| **Prop** | | |
| **PERF** | 12/31/2004 | Effective |
| | 12/31/2003 | Meets Expectations |
| | | MI2-000107 |

**Remarks:**

| | | Signature | | Date |
|---|---|---|---|---|
| Originating Name | | | | |
| Receiving Name | | | | |
| HR Name | | | | |
| Compensation Name | | | | |

# Personnel Action Form (PAF)

Motorola Confidential Proprietary

Print Date: 07/15/2005

HR Use Only:
Position Needed:  Y  N
Position #:

| Field | Code | Description |
|---|---|---|
| Company | M000 | United States |
| Personnel Area | U000 | GEMS-United States IL01 |
| Pers Subarea | STD | Standard |
| Emp Group | 1 | Active Employee |
| Emp Subgrp | U6 | Exempt |
| Payroll Actg Area | M1 | Exempt bi-weekly |
| Work Phone | 314 961 5451 | |
| Work Sched/PT/% | S-1-40 | PT  100.00% |
| Location Code | IL01 | |
| Mail Drop | | |
| Cost Center | CQ798 | |
| Badge Number | | |

| | |
|---|---|
| Name | John Gillardi |
| Commerce ID | 12027552 |
| Imed Supv | Clyde Kofman |
| New Imed Supv | |
| Manager2 | Jeffrey Miller |
| Manager3 | Clyde Kofman |
| Emplmnt Date | 07/29/2002 |
| Service Date | 07/29/2002 |
| Svc Club Date | 07/29/2002 |
| Current Range | 3 |
| Current Compa Ratio: | 1.13 |
| Next Salary Review Date: | |

## SALARY

| Prop EffDate | | | | | | |
|---|---|---|---|---|---|---|
| 03/29/2004 | S2 | E15 | 0.00 | 1.00 | 1,785.00 | 180,285.00 |
| 03/31/2003 | S2 | E15 | 0.00 | 2.00 | 3,500.00 | 178,500.00 |
| 07/29/2002 | S2 | E15 | 0.00 | 0.00 | 0.00 | 175,000.00 |

## POSITION

| Prop EffDate | Mos in Job | Cost Center | Position# | Position Admin | Title |
|---|---|---|---|---|---|
| 05/07/2005 | | CQ798 | 60197502 | 60499028 | PRNCPL MOT PROF SVCS & DI |
| 04/01/2003 | 12 | CQ798 | 60197502 | 60499028 | PRNCPL MOT PROF SVCS & DI |
| 01/01/2003 | 12 | FW904 | 60197502 | 60499028 | PRNCPL MOT PROF SVCS & DI |
| 08/22/2002 | 11 | FW901 | 60197502 | 60499028 | PRNCPL MOT PROF SVCS & DI |
| 07/29/2002 | | FW901 | 60197502 | 60404009 | DIR ACCOUNT SALES NATL |

## STATUS

| Prop EffDate | | | | | | |
|---|---|---|---|---|---|---|
| 05/07/2005 | 55 | 00 | 0 | 3 | 1 | 12/31/9999 |
| 03/29/2004 | 86 | 01 | 0 | 3 | 1 | 05/06/2005 |
| 04/01/2003 | 02 | 12 | 0 | 3 | 1 | 03/28/2004 |
| 03/31/2003 | 86 | 01 | 0 | 3 | 1 | 03/31/2003 |
| 01/01/2003 | 02 | 12 | 0 | 3 | 1 | 03/30/2003 |

## PERF

| Prop | | |
|---|---|---|
| 12/31/2004 | Effective | |
| 12/31/2003 | Meets Expectations | |
| 12/31/2002 | Meets all, exceeds some | |

MI2-000108

## Remarks:

| | Signature | | Date |
|---|---|---|---|
| Originating Name | Signature | | Date |
| Receiving Name | Signature | | Date |
| HR Name | Signature | | Date |
| Compensation Name | Signature | | Date |

EXHIBIT D

# EXHIBIT D

CONFIDENTIAL

**MOTOROLA** Leadership Supply Web 4.6

Home  Profile  Pipeline  Focused Feedback  Reports  Help
Search  Admin  Position  Development  Assessment  Calibration  Logi...

Leadership Assessment Multi-Rater Feedback Report for Performance Management & Development

## Complete Report - 2003

**Jay Rein    Primary Manager: Thomas Nllersbach**

This section presents an overall or 'big picture' view of your strengths and weaknesses across the Leadership Assessment Leadership dimensions using all perspectives (yourself, your primary manager, dotted line managers, and direct reports (as applicable)).

Click here to print this report to PDF

The shaded areas in Chart 1 represent the overall 2003 norms as defined in the chart key and Calculation Logic. Your average score for each 'e' leadership dimension is plotted across assessor group against this normative background. Table 1 lists the 5 highest and 5 lowest rated items by manager, direct report and combined assessor categories. Tied ratings may result in displaying more than 5 highest and lowest rated items. Table 2 uses the highest and lowest rated items from Table 1 and compares them to your own ratings to identify differences in perspectives - generating Hidden Strengths and Blind Spots. Table 3 provides a numeric representation of the data generated Table 1.

**Chart 1: Summary Effectiveness Rating**
**2003 - All Assessor Perspectives**



Exceptionally
Effective - 4
Among the Best
In the World

Very Effective - 3

**Table 2: Hidden Strengths & Blind Spots**
**(Manager and Direct Report Perspectives)**
*Note: Items in this table must also have been identified by Manager and/or Direct Report as Strengths or Improvement Needs per Table 1). See calculation logic at the end of Executive Summary. Box color below corresponds to cell color in Table 1.*

Inconsistent Views (Major Differences)    HIDDEN STRENGTHS
Both Manager and Direct Report rating higher than Self

J. Rein
EXHIBIT NO. 27
8 dle 05
L. LONDON

M00075

# Table 1: Overall Strengths and Improvement Needs
5 Highest & 5 Lowest Rated Items (Effectiveness Rating) By Assessor Category
(Cell color represents quadrants in Table 2)



Legend: ● Self ■ Primary Mgr ◆ Direct Reports
Bottom 5% | Middle 75% | Top 20%
Dotted line = Mgr

Axis: Effective - 2, Adequate - 1, Ineffective - 0
envision | energize | edge | execute | ethics

**Direct Report rating lower than Self**
Direct Report data are available
Calculated only if both Manager and Direct Report data are available

**BLIND SPOTS**
Both Manager and Direct Report rating lower than Self
9 (Energize)
19 (Energize)
22 (Execute)
23 (Execute)
25 (Execute)
26 (Execute)
28 (Ethics and Character)
30 (Ethics and Character)
32 (Ethics and Character)

**Inconsistent Views (DR-↑, Mgr-↓)**
Direct Report rating higher than Self
Manager rating lower than Self
Calculated only if both Manager and Direct Report data are available

None

| Manager Average |
|---|
| **5 Highest Rated Items** |
| 3 (Envision) Thinks in terms of the big picture; sees how the pieces fit together. (m 3; s2) |
| 4 (Envision) Comes up with a vision of the future, a view of how things might be different. (m 3; s2) |
| 8 (Envision) Questions assumptions and conventional thinking; challenges traditional business models, etc. (m 3; s 2) |
| 10 (Edge) Raises tough issues, even if it makes people uncomfortable. (m 3; s4) |
| 1 (Envision) Anticipates future customer needs. (m 2; s3) |
| 2 (Envision) Generates breakthrough ideas for example, developing new products, processes etc. (m 2; s2) |
| 5 (Envision) Develops strategies and a long-term plan for translating the vision into reality. (m 2; s3) |
| 11 (Energize) Recognizes and rewards people's contributions. Helps them feel valued. (m 2; s2) |
| 12 (Energize) Develops talent for example by coaching people to by providing them with ... (m 2; s2) |

* approaching "world class" rating > 3.5

Color shading corresponds to Table 2

Numbers in Parentheses:
(Manager (m), Direct Report(d/o), Combined Average (o), self rating (s))
Tied ratings may result in displaying more than 5 highest and lowest rated items

CONFIDENTIAL

**CONFIDENTIAL**

| 5 Lowest Rated Items |
| --- |

| Item | |
| --- | --- |
| 17. (Edge) Has the self-confidence... | (m 2.5) |
| 26. (Edge) Decisive. Reaches closure in a timely fashion on difficult/complex problems. | (m 2.5) |
| 29. (Edge) ... | (m 2.2) |
| 22. (Execute) Sets/shares/implements a vision. Is realistic... | (m 2.4) |
| 24. (Execute) Delivers on commitments to customers. | (m 2.5) |
| 25. (Execute) Is productive personally. Gets a lot done. | (m 2.5) |
| 27. (Execute) Creates/grows operating plans completed with goals, accountabilities, timeframes... | (m 2.9) |
| 29. (Ethics and Character) ... | (m 2.2) |
| 9. (Energize) Uses personal leadership and influence to energize people. | (m 0.3) |
| 19. (Energize) Rallies people around common goals. | (m 0.3) |
| 8. (Energize) Builds team spirit. | (m 2) |
| 14. (Energize) Sustains high energy and a positive attitude in the face of difficult challenges. | (m 2) |
| 24. (Execute) Builds strong, cohesive team-working with everyone's personalities and ambitions. | (m 2) |
| 21. (Execute) Keeps organization focused on the numbers. | (m 1) |
| 23. (Execute) Achieves superior short-term results. Makes the numbers. | (m 1.9) |
| 20. (Execute) Keeps the organization focused on achieving its objectives. | (m 3) |
| 28. (Ethics and Character) Is fair and honest. | (m 1.3) |
| 30. (Ethics and Character) Demonstrates constant respect for people regardless of position, membership in diversity group and/or cultural difference. | (m 1.3) |
| 32. (Ethics and Character) Faces/shares/takes responsibility for problems. Does not blame others. | (m 1.3) |

M00077

CONFIDENTIAL

**Table 3: Summary Effectiveness Rating by Assessor Category (corresponds to Chart 1)**

| | Number of Raters | Envision | Energize | Edge | Execute | Ethics |
|---|---|---|---|---|---|---|
| Self | 1 | 2.5 | 2.7 | 3.2 | 3.2 | 2.7 |
| Primary Manager | 1 | 2.5 | 1 | 2.3 | 1.5 | 1.3 |
| Combined Assessor Average (excludes Self) | | 2.5 | | 2.8 | 1.5 | 1.3 |
| Combined Leader (excludes Self) | | | | | | |

## ITEM RESULTS

The item results are used to further explore the breakdown of assessor ratings across each 'e' leadership dimension, review individual items (assessment questions) and examine assessor comments.

First, this section charts the average rating of each assessor group across Envision. Presented below this chart is a listing of all items within the Envision leadership dimension and the average effectiveness rating given by each assessor group. Finally, the total number of assessors who indicated the executive should 'do more' or 'do less' of the behavior described in each item is recorded. This same reporting format is repeated for the remaining e's: **Energize, Edge, Execute, and Ethics.**

The Assessor Comments section provides a listing of all comments for each assessor category. If no comments were provided for a certain assessor category, then it will not display. Comments are displayed verbatim and not modified or edited in any way.

## Envision



| | Ineffective | Adequate | Effective | Very Effective | Among the best in the world |
|---|---|---|---|---|---|
| Self (2.5) | | | | | |
| Primary Manager (2.5) | | | | | |
| Combined Average (2.5) | | | | | |

| 'e' Leadership Dimension (Items) | Assessor Category | Self (1) | Primary Manager (0) | Combined Average (excludes self) |
|---|---|---|---|---|
| Envision | Averaged Effectiveness Rating | 2.5 | 2.5 | 2.5 |

**Items Bolded in Red:** Research has shown that in order to be successful as a leader, it is very important to be exceptionally effective at the behavior described in this item. Ineffectiveness at this behavior could potentially become a career stopper.

## Energize

| | | Self | Primary Manager | Combined Average |
|---|---|---|---|---|
| 1. Anticipates future customer needs. | Effectiveness Rating | 3 | 2 | 2 |
| | Do More | | | |
| | Do Less | | | |
| 2. Generates breakthrough ideas - for example, developing new products, processes etc. | Effectiveness Rating | 2 | 2 | 2 |
| | Do More | | | |
| | Do Less | | | |
| 3. Thinks in terms of the big picture - how the pieces fit together. | Effectiveness Rating | 2 | 3 | 3 |
| | Do More | | | |
| | Do Less | | | |
| 4. Comes up with a vision for the future, a view of how things might be different. | Effectiveness Rating | 2 | 3 | 3 |
| | Do More | 1 | 1 | |
| | Do Less | | | |
| 5. Develops strategies and a long-term plan for translating the vision into reality. | Effectiveness Rating | n/a | 2 | 2 |
| | Do More | | | |
| | Do Less | | | |
| 8. Questions assumptions and conventional thinking. Challenges tradition, existing business models, etc. | Effectiveness Rating | 3 | 3 | 3 |
| | Do More | | | |
| | Do Less | | | |
| 7. Makes bold moves, takes risks - chooses to appropriately invest resources aggressively. | Effectiveness Rating | 3 | N/A | N/A |
| | Do More | | | |
| | Do Less | | | |

### Leadership Dimension

| | Ineffective | Adequate | Effective | Very Effective | Among the best in the world | Assessor Category |
|---|---|---|---|---|---|---|
| Self (2/2) | | | | | | Self |
| Primary Manager (0) | | | | | | Primary Manager |
| Combined Average (0) | | | | | | Combined Average |

Items Bolded in Red: Research has shown that in order to be successful as a leader, it is very important to be exceptionally effective at the behavior described in this item. Ineffectiveness at this behavior could potentially become a career stopper.

CONFIDENTIAL

M00079

CONFIDENTIAL

| (Items) | | Averaged Effectiveness Rating | | (Self) | (excludes self) |
|---|---|---|---|---|---|
| Energize | | | | | |
| 8. Sustains high energy and a positive attitude in the face of difficult challenges or adversity. | Effectiveness Rating | 2.7 | 2 | 1 | 1 |
| | Do More | | 1 | 1 | 1 |
| | Do Less | | | | |
| 9. Uses personal leadership and influence to motivate people. | Effectiveness Rating | | 3 | 0 | 0 |
| | Do More | | 1 | 1 | |
| | Do Less | | | | |
| 10. Empowers people and gives them room to do their jobs. | Effectiveness Rating | | 3 | N/A | N/A |
| | Do More | | 1 | 1 | |
| | Do Less | | | | |
| 11. Recognizes and rewards people's contributions. Helps them feel valued. | Effectiveness Rating | | 4 | 2 | 2 |
| | Do More | | 1 | | |
| | Do Less | | | | |
| 12. Develops talent - for example, by coaching people or by providing them with challenging work. | Effectiveness Rating | | 2 | 2 | 2 |
| | Do More | | | 1 | |
| | Do Less | | | | |
| 13. Rallies people around common goals. Builds team spirit. | Effectiveness Rating | | 3 | 1 | 0 |
| | Do More | | | | |
| | Do Less | | | | |
| 14. Builds a strong, cohesive team - working with everyone's personalities and ambitions. | Do More | | 2 | 1 | 1 |
| | Do Less | | | | |

Edge



Ineffective — Adequate — Effective — Very Effective — Among the best in the world
Primary Manager (2/3)
Combined Average (2/3)
0   1   2   3   4

CONFIDENTIAL

Items Bolded in Red: Research has shown that in order to be successful as a leader, it is very important to be exceptionally effective at the behavior described in this item. Ineffectiveness at this behavior could potentially become a career stopper.
Edge Items 27 to 32 were included for research purposes and are not scored or reported in this years feedback report. Some of these items may be included and scored in future versions of the Leadership Assessment.

## Execute

| 1st Leadership Dimension (Items) | Assessor Category (Peer/Assessors) | Self (3.2) | Primary Manager (2.0) | Combined Average (excludes self) |
|---|---|---|---|---|
| **Edge** | Averaged Effectiveness Rating | 3.2 | 2.3 | 2.3 |
| 15. Challenges individuals to do their best - sets stretch goals. | Effectiveness Rating | 3 | N/A | N/A |
| | Do More | | | |
| | Do Less | | | |
| 16. Holds people accountable - takes action when their performance does not meet expectations. | Effectiveness Rating | 3 | N/A | N/A |
| | Do More | | | |
| | Do Less | | | |
| 17. Decisive. Reaches closure in a timely fashion on difficult or complex problems. | Effectiveness Rating | 3 | 2 | 2 |
| | Do More | | 1 | |
| | Do Less | | | |
| 18. Makes tough calls when an individual, team, or initiative isn't performing well. | Effectiveness Rating | 4 | N/A | N/A |
| | Do More | | | |
| | Do Less | | | |
| 19. Raises tough issues, even if it makes people uncomfortable. | Effectiveness Rating | 4 | 3 | 3 |
| | Do More | | | |
| | Do Less | | | |
| 20. Stands his/her ground - doesn't waver once a decision is made. | Effectiveness Rating | 2 | 2 | 2 |
| | Do More | 1 | 1 | |
| | Do Less | | | |

Combined Average (n=5)
Primary Manager (n=1)
Self (n=2)

Ineffective — Adequate — Effective — Very Effective — Among the best I'm in the world

M00081

Items Bolded in Red: Research has shown that in order to be successful as a leader, it is very important to be exceptionally effective at the behavior described in this item. Ineffectiveness at this behavior could potentially become a career stopper.

| Key Leadership Dimension (Items) | | Averaged Effectiveness Rating | Assessment Category (# of Assessors) | Self (1) | Primary Manager (1) | Combined Average (excludes self) |
|---|---|---|---|---|---|---|
| **Execute** | | | | | | |
| 21. Achieves superior short-term results. Makes the numbers. | | 3.2 | Effectiveness Rating | n/a | 1 | 1 |
| | | | Do More | 4 | 2 | 1 |
| | | | Do Less | | | |
| 22. Delivers on commitment to customers. | | | Effectiveness Rating | 3 | 2 | 2 |
| | | | Do More | | | |
| | | | Do Less | | | |
| 23. Keeps promises to other Motorolans - meets deadlines and delivers. | | | Effectiveness Rating | 3 | 1 | 1 |
| | | | Do More | 1 | 1 | 1 |
| | | | Do Less | | | |
| 24. Is productive personally. Gets a lot done. | | | Effectiveness Rating | 3 | 2 | 2 |
| | | | Do More | 1 | 2 | |
| | | | Do Less | | | |
| 25. Creates rigorous operating plans complete with goals, accountabilities, timetables, and measures that link to strategy. | | | Effectiveness Rating | 3 | 2 | 2 |
| | | | Do More | | 2 | |
| | | | Do Less | | | |
| 28. Keeps the organization focused on executing the plan and meeting key short-term objectives. | | | Effectiveness Rating | 3 | 1 | 1 |
| | | | Do More | 1 | | |
| | | | Do Less | | | |

Ethics and Character



Combined Average (1.5)
Primary Manager (2.0)
Self (2.7)

Iterative — Adequate — Effective — Very Effective — Among the best in the world

CONFIDENTIAL

M00082

CONFIDENTIAL

Items Bolded in Red: Research has shown that in order to be successful as a leader, it is very important to be exceptionally effective at the behavior described in this item. Ineffectiveness at this behavior could potentially become a career stopper.

| e Leadership Dimension (Items) | | Assessor Category (# of Assessors) | Self (1) | Primary Manager (1) | Combined Average (excludes self) |
|---|---|---|---|---|---|
| Ethics and Character | | Averaged Effectiveness Rating | 2.7 | 1.3 | 1.3 |
| 27 . Conducts business with uncompromising integrity. | Effectiveness Rating | | 4 | 2 | 2 |
| | Do More | | | | |
| | Do Less | | | | |
| 28 . Tells the truth. Honest. | Effectiveness Rating | | 3 | 1 | 1 |
| | Do More | | | | |
| | Do Less | | | | |
| 29 . Puts the organization's interests ahead of his/her personal ambitions. | Effectiveness Rating | | 2 | 2 | 2 |
| | Do More | | | | |
| | Do Less | | | | |
| 30 . Demonstrates constant respect for people regardless of position, membership in any group or culture, or other difference. | Effectiveness Rating | | 3 | 1 | 1 |
| | Do More | | | 1 | |
| | Do Less | | | | |
| 31 . Creates a climate where people can voice concerns and be heard. | Effectiveness Rating | | 2 | N/A | N/A |
| | Do More | | 1 | | |
| | Do Less | | | | |
| 32 . Takes his/her share of responsibility for problems - doesn't blame others. | Effectiveness Rating | | 3 | 1 | 1 |
| | Do More | | | 1 | |
| | Do Less | | | | |
| 33 . Expresses dissatisfaction constructively-Doesn't overreact. | Effectiveness Rating | | 2 | 1 | |
| | Do More | | | 1 | |
| | Do Less | | | | 1 |

## Assessor Comments

This section lists all comments for each assessor category. If no comments were provided for a certain assessor category, then it will not display. Comments are displayed verbatim and not modified or edited in any way.

M00083

# DEVELOPMENTAL SUMMARY

The Developmental Summary is used primarily for career planning and development. The information presented in Tables 1 & 2 is explored in greater depth in this section.

First, Your Overall Strengths, (5 highest rated Items) are listed. Linked to each item are one or more competencies derived from the Executive Coaching Guide book "For Your Improvement" (FYI). Text bullets under each competency provide brief developmental tips regarding maximizing your strengths for these 5 highest rated items. Hyperlinks are provided for you to access further developmental information for each of the selected competencies.

Next, Your Overall Improvement Opportunities, (5 lowest rated items) are listed along with the FYI competencies relevant to those items. In this section different developmental information is displayed depending on whether your assessors as a group indicated you should 'do more' or 'do less' of the behavior described in the item. If your assessors, on average, suggested that you should 'do less', the message is that you may overuse the skill/behavior described in this item. Potential reasons for the low rating and links to other competencies that can help compensate for the overused skill are provided. Alternatively if your assessors indicated that you should 'do more'...

| | |
| --- | --- |
| **Envision** | |
| Self | Recognized prospective customer needs [Los Angeles Service Authority for Freeway Emergencies - LA SAFE]. In order to win new business for Motorola; winning competitive bidding from Cap Gemini, Ernst & Young and PWC/IBM. Understands the "Big Picture" and continues to propagate professional services model within Motorola Inc. |
| **Energize** | |
| | Has developed a following of individuals within Motorola Professional Services who desire to work for Jay, due to his ability to Energize, excite and motivate people towards a common goal. Is continuing to develop a following within Motorola Inc. Specifically, various members of the DGISS Rail Team seek advice and counsel from Jay. |
| **Edge** | |
| | Goal Oriented. Maintains deadlines and commitments. Always attempts to execute on whatever is committed to. |
| **Execute** | |
| | Short Term results... first new client purchase order for MPS in 2003 with LA SAFE for $65,000. Follow-on work signed with LA SAFE for $92,500. Longer Term opportunities will result from exceeding customer needs at LA SAFE... ~$8.0MM call box replacement opportunity and >~$0.0MM cellular number implementation program. Business Development activity with Mobil Travel Guide, Harley Davidson, ExpressLINK and The TJX Companies can serve to improve Jay's performance against "Execute." |
| **Ethics and Character** | |
| | Ethics remains top of priority list. |
| **4E Overall Comments** | |
| | Short Term financial goals for 2003 are being met. Longer term goals will be a challenge due to current MPS staffing levels between sales process and delivery & execution. It is expected that Jay will exceed on all levels of performance and expectation when further definition is articulated regarding the vision and mission for professional services and solution integration with Motorola Inc. In response to a strategic plan for MPS, it is expected that Jay's tactics in delivering this plan will exceed all goals. |

CONFIDENTIAL

M00084

# CONFIDENTIAL

skill is provided. Additionally, if your assessors, on average, indicated that you should 'do more' or 'do less', then information on what specific actions can be provided. Again, chapter links are provided to allow more in-depth reading. If there was no clear consensus as to whether your assessors (as a group) suggested that you 'do more' or 'do less', then Mixed Results is reported as an outcome. Developmental tips and links to relevant FYI chapters are also provided for this scenario. Certain items, if lowest rated, will also trigger report text indicating they can potentially stall a career. This is because research has shown that ineffectiveness at the behavior described in these items could potentially stall a career.

## Your Overall Strengths
(5 Highest Rated Items–Combined Assessor Effectiveness Rating,Self excluded)
(See Calculation Logic)

## Your Overall Improvement Opportunities
(5 Lowest Rated Items–Combined Assessor Effectiveness Rating,Self excluded)
(See Calculation Logic)

Hidden Strengths and Blind Spots, the final section of the Developmental Summary, restates the items in Table 2. Items falling within each cell (Hidden Strengths, Blind Spots, Manager ↑, Direct Report ↓, Direct Report ↑ Manager ↓) are listed, along with probe questions that can help you explore why there are apparent discrepancies between your assessor group perspectives.

### Developing the following competencies may increase your effectiveness overall, as well as at the behavior described in this item.

What Success Looks Like

| | Combined Assessor Rating Self Average | Assessor Self Average | Do More Do Less |
| --- | --- | --- | --- |
| | | 0 | 3 | Do More |

Leadership Assessment

B. Uses personal leadership and influence to motivate people.

**Listening**
- Practices attentive and active listening
- Has the patience to hear people out
- Can accurately restate the opinions of others even when he/she disagrees

Want detailed tips and a list of readings?
**Read More**

**Informing**
- Provides individuals information so that they can make accurate decisions
- Provides the information people need to know to do their jobs and to feel good about being a good member of the team, unit, and/or the organization
- Is timely with information

Want detailed tips and a list of readings?
**Read More**

**Humor**
- Has a positive and constructive sense of humor
- Can laugh at him/herself and with others
- Is appropriately funny and can use humor to ease tension

Want detailed tips and a list of readings?
Read More

**Motivating Others**
- Creates a climate in which people want to do their best
- Can motivate many kinds of direct reports and team or project members
- Can assess each person's hot button and use it to get the best out of him/her
- Pushes tasks and decisions down
- Empowers others
- Invites input from each person and shares ownership and visibility

M00085

CONFIDENTIAL

**Leadership Assessment**

**13. Rallies people around common goals. Builds team spirit**

*Developing the following competencies may increase your effectiveness level at the behavior described in this item*

2 - Lowest Rated Item

| Combined Assessor Average | Self Rating | Do More, Do Less |
|---|---|---|
| 0 | 3 | Do More |

**Energize**

*What Success Looks Like*

### Building Effective Teams
- Blends people into teams when needed
- Creates strong morale and spirit in his/her team
- Fosters open dialogue
- Shares wins and successes
- Lets people finish and be responsible for their work
- Defines success in terms of the whole team
- Creates a feeling of belonging in the team

*Want detailed tips and a list of readings?*
**Read More**

### Intellectual Horsepower
- Is bright and intelligent
- Deals with concepts and complexity comfortably
- Described as intellectually sharp, capable, and agile

*Want detailed tips and a list of readings?*
**Read More**

### Peer Relationships
- Can quickly find common ground and solve problems for the good of all
- Can represent his/her own interests and yet be fair to other groups
- Can solve problems with peers with a minimum of noise
- Is seen as a team player and is cooperative
- Easily gains trust and support of peers
- Encourages collaboration
- Can be candid with peers

*Want detailed tips and a list of readings?*
**Read More**

### Negotiating
- Can negotiate skillfully in tough situations with both internal and external groups
- Can settle differences with minimum noise
- Can win concessions without damaging relationships
- Can be both direct and forceful as well as diplomatic
- Gains trust quickly of other parties to the negotiations
- Has a good sense of timing

*Want detailed tips and a list of readings?*
**Read More**

- Makes each individual feel his/her work is important
- Is someone people like working for and with

*Want detailed tips and a list of readings?*
**Read More**

*What Failure Looks Like*

Research has shown that in order to be successful as a leader, it is very important to be exceptionally effective at the behavior described in this item. Ineffectiveness at this behavior could potentially become a career stopper

### Insensitive to Others
- Has an intimidating...

### Arrogant
- Always thinks he/she...

M00086

**style**
- Makes others feel bad
- Doesn't care or doesn't think about how he/she affects others
- Doesn't follow interpersonal due process
- Doesn't care about the needs of others
- Doesn't ask and doesn't listen

Want detailed tips and a list of readings?

Read More

- rubs the right, and only answer
- Discounts or dismisses the input of others
- Can be cold and aloof, makes others feel inferior
- May detach him/herself from others unless on his/her own terms
- Keeps distance between him/herself and others

Want detailed tips and a list of readings?

Read More

| | Combined Assessor Average | Self Rating or Average | Do More or Do Less |
|---|---|---|---|
| | 1 | 2 | |

**Leadership Assessment**

**Energize**

8. Sustains high energy and a positive attitude in the face of difficult challenges or adversity.

3. Lowest Rated Item

Developing the following competencies may increase your effectiveness level at the behavior described in this item.

**What Success Looks Like**

**Command Skills**
- Is looked to for direction in a crisis
- Relishes leading
- Takes unpopular stands if necessary
- Encourages direct and tough debate but isn't afraid to end it and move on
- Faces adversity head on
- Energized by tough challenges

Want detailed tips and a list of readings?

Read More

**Perseverance**
- Pursues everything with energy, drive, and a need to finish
- Seldom gives up before finishing, especially in the face of resistance or setbacks

Want detailed tips and a list of readings?

Read More

**Energize**

**Leadership Assessment**

| | Combined Assessor Average | Self Rating or Average | Do More Do Less |
|---|---|---|---|
| 14. Builds a strong, cohesive team - working with everyone's personalities and ambitions. | 1 | 2 | |

CONFIDENTIAL

M00087

*Developing the following competencies may increase your effectiveness level at the behavior described in this item*

## What Success Looks Like

### Understanding Others
- Understands why groups do what they do
- Can predict what groups will do across different situations
- Picks up the sense of the group in terms of positions, intentions, and needs; what they value and how to motivate them

Want detailed tips and a list of readings?
**Read More**

### Building Effective Teams
- Blends people into teams when needed
- Creates strong morale and spirit in his/her team
- Fosters open dialogue
- Shares wins and successes
- Lets people finish and be responsible for their work
- Defines success in terms of the whole team
- Creates a feeling of belonging in the team

Want detailed tips and a list of readings?
**Read More**

### Intellectual Horsepower
- Is bright and intelligent
- Deals with concepts and complexity comfortably
- Described as intellectually sharp, capable, and agile

Want detailed tips and a list of readings?
**Read More**

### Conflict Management
- Steps up to conflicts, seeing them as opportunities
- Reads situations quickly
- Good at focused listening
- Can hammer out tough agreements and settle disputes equitably
- Can find common ground and get cooperation with minimum noise

Want detailed tips and a list of readings?
**Read More**

*Research has shown that in order to be successful as a leader, it is very important to be exceptionally effective at the behavior described in this item*

## What Failure Looks Like

### Failure to Build a Team
- Doesn't believe much in the value of teams
- Doesn't pull the group together to accomplish the task
- Delegates pieces and parts
- Doesn't resolve problems within the team
- Doesn't share credit for successes
- Doesn't celebrate successes
- Doesn't build team spirit
- Treats people more as a collection of

Want detailed tips and a list of readings?
**Read More**

### Arrogant
- Always thinks he/she has the right and only answer
- Discounts or dismisses the input of others
- Can be cold and aloof, makes others feel inferior
- May detach him/herself from others unless on his/her own terms
- Keeps distance between him/herself and others

Want detailed tips and a list of readings?
**Read More**

### Insensitive to Others
- Has an intimidating style
- Makes others feel bad
- Doesn't care or doesn't think about how he/she affects others
- Doesn't follow interpersonal due process
- Doesn't care about the needs of others
- Doesn't ask and doesn't listen

Want detailed tips and a list of readings?
**Read More**

### Unable to Adapt to Differences
- Has trouble working with and adapting to new or different bosses, strategies, plans and programs, cultures, and philosophies
- Might disagree inappropriately or too vocally with top management on mission, values, strategies, and tactics
- Would not do well with a person he/she disagreed with

Want detailed tips and a list of readings?
**Read More**

CONFIDENTIAL

M00088

CONFIDENTIAL

individuals than as a team

Want detailed tips and a list of readings?
Read More

| Leadership Assessment | 21. Achieves superior short-term results. Makes the numbers. | 5 Lowest Rated Item | Combined Assessor Average | Self Rating | Do More or Do Less |
|---|---|---|---|---|---|
| | | | 1 | n/a | Do More |

**Execute**

Developing the following competencies may increase your effectiveness level at the behavior described in this item

**Drive for Results**

*What Success Looks Like*

- Can be counted on to exceed goals successfully
- Is constantly and consistently one of the top performers
- Very bottom-line oriented
- Steadfastly pushes self and others for results

Want detailed tips and a list of readings?
Read More

*What Failure Looks Like*

**Performance Problems**

- Does not consistently hit targets and objectives
- Doesn't produce results across a variety of situations

Research has shown that in order to be successful as a leader, it is very important to be exceptionally effective at the behavior described in this item; reflectiveness at this behavior could potentially become a career stopper

| Leadership Assessment | 23. Keeps promises to other Motorolans - meets deadlines and delivers. | 6. Lowest Rated Item | Combined Assessor Average | Self Rating | Do More or Do Less |
|---|---|---|---|---|---|
| | | | 1 | 3 | Do More |

**Execute**

Want detailed tips and a list of readings?
Read More

**CONFIDENTIAL**

Developing the following competencies may increase your effectiveness that is the behavior described in this item

## What Success Looks Like

### Time Management

- Values time
- Concentrates his/her efforts on the more important priorities
- Uses his/her time effectively and efficiently
- Gets more done in less time than others
- Can attend to a broader range of activities

Want detailed tips and a list of readings?
Read More

### Drive for Results

- Can be counted on to exceed goals successfully
- Is constantly and consistently one of the top performers
- Very bottom-line oriented
- Steadfastly pushes self and others for results

Want detailed tips and a list of readings?
Read More

### Timely Decision Making

- Makes decisions in a timely manner, sometimes with incomplete information and under tight deadlines and pressure
- Able to make a quick decision

Want detailed tips and a list of readings?
Read More

Research has shown that in order to be successful as a leader, it is very important to be exceptionally effective at the behavior described in this item. Ineffectiveness at this behavior could potentially become a career stopper.

## What Failure Looks Like

### Performance Problems

- Does not consistently hit targets and objectives
- Doesn't produce results across a variety of situations

Want detailed tips and a list of readings?
Read More

### Poor Administrator

- Has low detail-orientation
- Lets things fall through the cracks
- Overcommits and underdelivers
- Misses key details
- Forgets undocumented commitments
- Has to scramble to pull things together at the last minute
- Moves on without completing the task

Want detailed tips and a list of readings?
Read More

Leadership Assessment

10. Keeps the organization focused on executing the plan and meeting key checkiten

7. Lowest Rated Item

| | Combined Assessor Average | Self Rating or | Do More |
|---|---|---|---|
| | 4 | 3 | Do Less |

M00090

# DEVELOPMENTAL SUMMARY

| | Envision | Energize | Edge | Execute | Ethics and Character | 4E Overall Comments |
|---|---|---|---|---|---|---|
| **Self** | Recognized prospective customer needs (Los Angeles Service Authority for Freeway Emergencies - LA SAFE) in order to win new business for Motorola; winning competitive bidding from Cap Gemini, Ernst & Young and PWC/IBM. Understands the "Big Picture" and continues to propagate professional services model within Motorola Inc. | Has developed a following of individuals within Motorola Professional Services who desire to work for Jay, due to his ability to Energize, excite and motivate people towards a common goal. Is continuing to develop a following within Motorola Inc. Specifically, various members of the DGISS Rail Team seek advice and counsel from Jay. | Goal Oriented. Maintains deadlines and commitments. Always attempts to execute on whatever is committed to. | Short Term results... first new client purchase order for MFS in 2003 with LA SAFE for $55,000. Follow-on work signed with LA SAFE for $92,500. Longer Term opportunities will result from exceeding customer needs at LA SAFE... $80.0MM call box replacement opportunity and ->$30.0MM cellular number implementation program. Business Development activity with Mobil Travel Guide, Harley Davidson, ExpressLINK and The TJX Companies can serve to improve Jay's performance against "Execute." | Ethics remains top of priority list. | Short Term financial goals for 2003 are being met. Longer term goals will be a challenge due to current MFS staffing levels between sales process and delivery & execution. It is expected that Jay will exceed on all levels of performance and expectation when further definition is articulated regarding the vision and mission for professional services and solution integration with Motorola Inc. In response to a strategic plan for MFS, it is expected that Jay's tactics in delivering this plan will exceed all goals |

## DEVELOPMENTAL SUMMARY

The Developmental Summary is used primarily for career planning and development. The information presented in Tables 1 & 2 is explored in greater depth in this section.

First, Your Overall Strengths, (5 highest rated items) are listed. Linked to each item are one or more competencies derived from the Executive Coaching Guide book 'For Your Improvement' (FYI). Text bullets under each competency provide brief developmental tips regarding maximizing your strengths for these 5 highest rated items. Hyperlinks are provided for you to access further developmental information for each of the selected competencies.

Next, Your Overall Improvement Opportunities, (5 lowest rated items) are listed along with the FYI competencies relevant to those items. In this section different developmental information is displayed depending on whether your assessors as a group indicated you should 'do more' or 'do less' of the behavior described in the item. If your assessors, on average, suggested that you should 'do less', the message is that you may overuse the skill/behavior described in this item. Potential reasons for the low rating and links to other competencies that can help compensate for the overused skill are provided. Alternatively, if your assessors indicated that you should 'do more'...

CONFIDENTIAL

# CONFIDENTIAL

skill is provided. Additionally, if in your assessment, strategies, or ratings, indicated that you should 'do more', 'do more in', or what 'do more' means, then information on what Success looks like is provided. Again, chapter links are provided to allow more in-depth reading. If there was no clear consensus as to whether your assessors (as a group) suggested that you 'do more' or 'do less', then Mixed Results is reported as an outcome. Developmental tips and links to relevant FYI chapters are also provided for this scenario. Certain items, if lowest rated, will also trigger report text indicating they can potentially stall a **career stoppers**. This is because research has shown that ineffectiveness at the behavior described in these items could potentially stall a career.

Hidden Strengths and Blind Spots, the final section of the Developmental Summary, restates the items in Table 2. Items falling within each cell (Hidden Strengths, Blind Spots, Manager ↑, Direct Report ↓, Direct Report ↑ Manager ↓) are listed, along with probe questions that can help you explore why there are apparent discrepancies between your assessor group perspectives.

## Your Overall Strengths
(5 Highest Rated Items-Combined Assessor Effectiveness Rating, Self excluded)
(See Calculation Logic)

## Your Overall Improvement Opportunities
(5 Lowest Rated Items-Combined Assessor Effectiveness Rating, Self excluded)
(See Calculation Logic)

Developing the following competencies may increase your effectiveness level at the behavior described in this item.

| | | Combined Self Assessor Rating | Assessor Self Average | Do More Do Less |
|---|---|---|---|---|
| Leadership Assessment Endorse | g. Uses personal leadership and influence to motivate people. | Lowest Rated Item | 0 | 3 | Do More |

### What Success Looks Like

**Listening**
- Practices attentive and active listening
- Has the patience to hear people out
- Can accurately restate the opinions of others even when he/she disagrees

*Want detailed tips and a list of readings?* **Read More**

**Informing**
- Provides individuals information so that they can make accurate decisions
- Provides the information people need to know to do their jobs and to feel good about being a member of the team, unit, and/or the organization
- Is timely with information

*Want detailed tips and a list of readings?* **Read More**

**Humor**
- Has a positive and constructive sense of humor
- Can laugh at him/herself and with others
- Is appropriately funny and can use humor to ease tension

*Want detailed tips and a list of readings?* **Read More**

**Motivating Others**
- Creates a climate in which people want to do their best
- Can motivate many kinds of direct reports and team or project members
- Can assess each person's hot button and use it to get the best out of him/her
- Pushes tasks and decisions down
- Empowers others
- Invites input from each person and shares ownership and visibility

M00085

CONFIDENTIAL

Leadership Assessment

**13. Rallies people around common goals. Builds team spirit.**    2-Lowest Rated Item

| Combined Assessment Average | Self Rating | Do More or Do Less |
|---|---|---|
| 0 | 3 | Do More |

*Developing the following competencies may increase your effectiveness level at the behavior described in this item.*

## What Success Looks Like

**Energize**

**Building Effective Teams**
- Blends people into teams when needed
- Creates strong morale and spirit in his/her team
- Fosters open dialogue
- Shares wins and successes
- Lets people finish and be responsible for their work
- Defines success in terms of the whole team
- Creates a feeling of belonging in the team

*Want detailed tips and a list of readings?*
*Read More*

**Intellectual Horsepower**
- Is bright and intelligent
- Deals with concepts and complexity comfortably
- Described as intellectually sharp, capable, and agile

*Want detailed tips and a list of readings?*
*Read More*

**Peer Relationships**
- Can quickly find common ground and solve problems for the good of all
- Can represent his/her own interests and yet be fair to other groups
- Can solve problems with peers with a minimum of noise
- Is seen as a team player and is cooperative
- Easily gains trust and support of peers
- Encourages collaboration
- Can be candid with peers

*Want detailed tips and a list of readings?*
*Read More*

**Negotiating**
- Can negotiate skillfully in tough situations with both internal and external groups
- Can settle differences with minimum noise
- Can win concessions without damaging relationships
- Can be both direct and forceful as well as diplomatic
- Gains trust quickly of other parties to the negotiations
- Has a good sense of timing

*Want detailed tips and a list of readings?*
*Read More*

- Makes each individual feel his/her work is important
- Is someone people like working for and with

*Want detailed tips and a list of readings?*
*Read More*

## What Failure Looks Like

**Insensitive to Others**
- Has an intimidating...

**Arrogant**
- Always thinks he/she...

Research has shown that in order to be successful as a leader, it is very important to be exceptionally effective at the behavior described in this item. Ineffectiveness at this behavior could potentially become a career stopper.

M00086

CONFIDENTIAL

- style
- Makes others feel bad
- Doesn't care or doesn't think about how he/she affects others
- Doesn't follow interpersonal due process
- Doesn't care about the needs of others
- Doesn't ask and doesn't listen

Want detailed tips and a list of readings? Read More

- has the right and only answer
- Discounts or dismisses the input of others
- Can be cold and aloof, makes others feel inferior
- May detach him/herself from others unless on his/her own terms
- Keeps distance between him/herself and others

Want detailed tips and a list of readings? Read More

| | Combined Assessor Average | Self Rating or Average | Do More or Do Less |
|---|---|---|---|
| | 1 | 2 | |

**Leadership Assessment**

**Energize**

8. Sustains high energy and a positive attitude in the face of difficult challenges or adversity.

3- Lowest Rated Item

| | 1 | 2 | |

Developing the following competencies may increase your effectiveness level at the behavior described in this item.

**Perseverance**
- Pursues everything with energy, drive, and a need to finish
- Seldom gives up before finishing, especially in the face of resistance or setbacks

Want detailed tips and a list of readings? Read More

**What Success Looks Like**

**Command Skills**
- Is looked to for direction in a crisis
- Relishes leading
- Takes unpopular stands if necessary
- Encourages direct and tough debate but isn't afraid to end it and move on
- Faces adversity head on
- Energized by tough challenges

Want detailed tips and a list of readings? Read More

**Leadership Assessment**

**Energize**

14. Builds a strong, cohesive team - working with everyone's personalities and ambitions.

4- Lowest Rated Item

M00087

CONFIDENTIAL

*Developing the following competencies may increase your effectiveness level at the behavior described in this item*

## What Success Looks Like

### Understanding Others

- Understands why groups do what they do
- Can predict what groups will do across different situations
- Picks up the sense of the group in terms of positions, intentions, and needs; what they value and how to motivate them

Want detailed tips and a list of readings? **Read More**

### Building Effective Teams

- Blends people into teams when needed
- Creates strong morale and spirit in his/her team
- Fosters open dialogue
- Shares wins and successes
- Lets people finish and be responsible for their work
- Defines success in terms of the whole team
- Creates a feeling of belonging in the team

Want detailed tips and a list of readings? **Read More**

### Intellectual Horsepower

- Is bright and intelligent
- Deals with concepts and complexity comfortably
- Described as intellectually sharp, capable, and agile

Want detailed tips and a list of readings? **Read More**

### Conflict Management

- Steps up to conflicts, seeing them as opportunities
- Reads situations quickly
- Good at focused listening
- Can hammer out tough agreements and settle disputes equitably
- Can find common ground and get cooperation with minimum noise

Want detailed tips and a list of readings? **Read More**

## What Failure Looks Like

*Research has shown that in order to be successful as a leader, it is very important to be exceptionally effective at the behavior described in this item. Ineffectiveness at this behavior could potentially become a career stopper.*

### Failure to Build a Team

- Doesn't believe much in the value of teams
- Doesn't pull the group together to accomplish the task
- Delegates pieces and parts
- Doesn't resolve problems within the team
- Doesn't share credit for successes
- Doesn't celebrate successes
- Doesn't build team spirit
- Treats people more as a collection of ...

Want detailed tips and a list of readings? **Read More**

### Arrogant

- Always thinks he/she has the right and only answer
- Discounts or dismisses the input of others
- Can be cold and aloof, makes others feel inferior
- May detach him/herself from others unless on his/her own terms
- Keeps distance between him/herself and others

Want detailed tips and a list of readings? **Read More**

### Insensitive to Others

- Has an intimidating style
- Makes others feel bad
- Doesn't care or doesn't think about how he/she affects others
- Doesn't follow interpersonal due process
- Doesn't care about the needs of others
- Doesn't ask and doesn't listen

Want detailed tips and a list of readings? **Read More**

### Unable to Adapt to Differences

- Has trouble working with and adapting to new or different bosses, strategies, plans and programs, cultures, and philosophies
- Might disagree inappropriately or too vocally with top management on mission, values, strategies, and tactics
- Would not do well with a person he/she disagreed with

Want detailed tips and a list of readings? **Read More**

# CONFIDENTIAL

individuals than as a team

Want detailed tips and a list of readings?
Read More

| Leadership Assessment | | Combined Assessor Rating | Self or DoLess Rating | |
|---|---|---|---|---|
| 21. Achieves superior short-term results. Makes the numbers. | 6. Lowest Rated Item | 1 | n/a | Do More |

**Execute**

Developing the following competencies may increase your effectiveness level at the behavior described in this item.

## Drive for Results

*What Success Looks Like*

- Can be counted on to exceed goals successfully
- Is constantly and consistently one of the top performers
- Very bottom-line oriented
- Steadfastly pushes self and others for results

Want detailed tips and a list of readings?
Read More

Research has shown that in order to be successful as a leader, it is very important to be exceptionally effective at the behavior described in this item. Ineffectiveness at this behavior could potentially become a career stopper.

*What Failure Looks Like*

**Performance Problems**

- Does not consistently hit targets and objectives
- Doesn't produce results across a variety of situations

Want detailed tips and a list of readings?
Read More

**Execute**

| Leadership Assessment | | Combined Assessor Rating | Self or DoLess | |
|---|---|---|---|---|
| 23. Keeps promises to other Motorolans - meets deadlines and delivers. | 6. Lowest Rated Item | 1 | 3 | Do More |

M00089

CONFIDENTIAL

Developing the following competencies may increase your effectiveness: The behavior described in this item...

## What Success Looks Like

### Time Management
- Values time
- Concentrates his/her efforts on the more important priorities
- Uses his/her time effectively and efficiently
- Gets more done in less time than others
- Can attend to a broader range of activities

Want detailed tips and a list of readings?
Read More

### Drive for Results
- Can be counted on to exceed goals successfully
- Is constantly and consistently one of the top performers
- Very bottom-line oriented
- Steadfastly pushes self and others for results

Want detailed tips and a list of readings?
Read More

### Timely Decision Making
- Makes decisions in a timely manner, sometimes with incomplete information and under tight deadlines and pressure
- Able to make a quick decision

Want detailed tips and a list of readings?
Read More

Research has shown that in order to be successful as a leader, it is very important to be exceptionally effective at the behavior described in this item. Ineffectiveness at this behavior could potentially become a career stopper.

## What Failure Looks Like

### Performance Problems
- Does not consistently hit targets and objectives
- Doesn't produce results across a variety of situations

Want detailed tips and a list of readings?
Read More

### Poor Administrator
- Has low detail-orientation
- Lets things fall through the cracks
- Overcommits and underdelivers
- Misses key details
- Forgets undocumented commitments
- Has to scramble to pull things together at the last minute
- Moves on without completing the task

Want detailed tips and a list of readings?
Read More

Leadership Assessment

Keeps the organization focused on executing the plan and meeting key checkitem

| | Lowest Rated Item | Combined Assessor Average | Self Rating or | Do More or Do Less |
|---|---|---|---|---|
| | | 4 | 3 | |

M00090