UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-12580 NG |
| ) | |
| MOTOROLA, INC., CLYDE ) | |
| KOFMAN, and JUERGEN ) | |
| STARK, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION TO ENLARGE TIME**

The Plaintiff, Jay S. Rein, ("Rein") hereby moves that the Court enlarge the time for filing his Opposition to Defendants' Motion for Summary Judgment by an additional two (2) weeks, to September 15, 2006. As grounds for this Motion Rein states the following:

1.   The issues raised by Defendants' Summary Judgment Motion are complex. Rein's Amended Complaint contains nine separate counts, against three different defendants. The Defendants' Summary Judgment Motion seeks the dismissal of all nine counts of the Complaint.

2.   Similarly, there are numerous material facts that are relevant to this Motion. Defendants' Statement of Material Facts in Support of Defendants' Motion for Summary Judgment contains 112 separate paragraphs of material facts it claims are undisputed. The Plaintiff contends that many of these facts are in dispute.

3. Discovery, which has been ongoing for a year and a half, has resulted in the production of several thousand pages of documents. Transcripts from the numerous depositions in this case total close to 2000 pages.

4. Due to the press of other business in August, Plaintiff's counsel has been unable to prepare an Opposition within the thirty (30) days originally allotted by the Court's scheduling Order. He is therefore seeking a brief two (2) week enlargement of time to prepare a complete and thorough Opposition to Defendants' Motion.

5. Although this is the first such extension Plaintiff's counsel has sought, the Defendants' counsel has refused to agree to grant Plaintiff the extension he has requested. They have indicated that, as a matter of "professional courtesy" they are willing to agree to an extension of an additional two (2) business days.

6. As grounds for this refusal, Defendants' have expressed their concern about any "further delays" in this case. Defendants' newfound concern about delay is somewhat ironic in light of the fact that dispositive motions in this case were originally due to be filed at the end of October and they themselves have sought half a dozen postponements of this deadline, eventually filing their summary judgment motion approximately nine (9) months after the expiration of the original deadline.

7. Moreover, Plaintiff is not seeking a rescheduling of any of the other deadlines set forth in the Amended Scheduling Order, and his proposed extension should not effect the November 13th trial date that has been set by this Court.

WHEREFORE, the Plaintiff requests that his Motion be granted and the deadline

for filing his Opposition to Defendants' Motion for Summary Judgment be enlarged to September 15, 2006.

                                                JAY S. REIN

                                                By his attorney,

                                                /s/ John G. H. Coster
                                                John G. H. Coster
                                                (BBO #101450)
                                                92 State Street, Suite 900
                                                Boston, MA 02109
                                                (617) 423-2224

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

      Undersigned counsel hereby certifies that he conferred with counsel for the Defendants on August 30th and August 31st, 2006 in good faith but was unable to resolve the issues concerning the instant motion.

                                                /s/ John G. H. Coster

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served on Defendants' counsel of record on August 31, 2006 by first class mail, postage prepaid.

                                                /s/ John G. H. Coster