UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-12580 NG |
| ) | |
| MOTOROLA, INC., CLYDE KOFMAN ) | |
| and JUERGEN STARK ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' OPPOSITION TO MOTION TO ENLARGE

Defendants hereby oppose Plaintiff's Motion to Enlarge Time. Defendants are not opposed in principal to granting Plaintiff an extension of time to submit his Opposition to Defendants' Motion for Summary Judgment, and have so informed Plaintiff's counsel. Indeed, Defendants agreed to enlarge the time for Plaintiff's filing through September 6, 2006. Defendants are concerned, however, that the amount of time Plaintiff requests (through September 15, 2006) will necessarily adversely impact the case's schedule as well as Defendants' preparation for trial, if necessary, given the current November 13, 2006 trial date and the remaining events contemplated by the Parties' Joint Motion to Amend Scheduling Order [Docket No. 45], on which this Court ruled on June 13, 2006.

Respectfully submitted,

MOTOROLA, INC., CLYDE KOFMAN,
and JUERGEN STARK,

By their attorneys,

 /s/ Kristin G McGurn
Richard L. Alfred (BBO# 015000)
Kristin G. McGurn (BBO# 559687)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was served upon the attorney of record for the plaintiff via ECF and by mailing a copy of same, postage prepaid, to John G. H. Coster, Attorney at Law, 92 State Street, Suite 900, Boston, MA  02109 on August 31, 2006.

/s/ Kristin G. McGurn