UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-12580 NG |
| | ) |
| MOTOROLA, INC., CLYDE KOFMAN, and JUERGEN STARK, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR RECONSIDERATION**

The Plaintiff, Jay S. Rein, ("Rein") hereby moves that the Court reconsider and clarify its September 5, 2006 order, granting in part, Plaintiff's motion for an enlargement of time to respond to Defendants' Summary Judgment Motion.  As grounds for this Motion, Rein states the following:

1.  On August 31, 2006 Rein filed a Motion to Enlarge Time, seeking an additional two weeks to respond to Defendants' Summary Judgment Motion.  This is the first time Plaintiff's counsel has sought such an extension.

2.  On September 5, 2006 the Court issued an Order, granting Plaintiff's Motion, in part, but stipulating that Plaintiff will have until September 10, 2006 to file his Opposition.

3.  As an initial matter, Plaintiff notes that September 10th is a Sunday.

4. Counsel originally requested an enlargement of time until September 15th because this is the <u>minimum</u> amount of time he needs to prepare an adequate Opposition to Defendants' dispositive Motion.

5. Due to the press of other business, to date, counsel has made little headway in preparing Plaintiff's Opposition. In the last several weeks, counsel has, among other things, made two lengthy submission to the Massachusetts Commission Against Discrimination ("MCAD"), prepared demand letters for two different clients, prepared extensive answer's to interrogatories in two separate cases, reviewed and produced approximately a thousand pages of documents in one of these cases and dealt with the myriad other substantive and administrative responsibilities that come with being a solo practitioner.

6. In the next week and a half, counsel has a number of other commitments and obligations, including preparing an Opposition to another Motion for Summary Judgment, responding to request for production of documents, drafting an Answer and Counterclaims to a lawsuit recently filed against one of his clients, and submitting a rebuttal to the MCAD. Although counsel will clearly need an extension to respond to the other pending Summary Judgment Motion (which he has also been unable to complete an Opposition to), several of these obligations will be difficult, if not impossible, to postpone.

7. The Defendants have repeatedly sought and obtained extensions of the deadline to file dispositive motions in this case. The original deadline for filing such motions was October of last year. Despite Plaintiff's objection that many of these

extensions were sought merely for delay, the Court has granted Defendants' a total of nine additional months to file their Motion, twice rescheduling the trial date to do so.

8. The Plaintiff's counsel is seeking a single two week extension that is motivated solely by his desire to prepare a thorough Opposition to Defendants' dispositive motions and to meet the obligations he has to his other clients.

9. Moreover, the Plaintiff is not requesting any of the other deadlines set forth in the Amended Scheduling Order be rescheduled or postponed, including the hearing recently scheduled on Defendants' Summary Judgment Motion.

WHEREFORE, the Plaintiff requests that the Court reconsider and clarify its September 5, 2006 Order and enlarge the time within which Plaintiff must file his Opposition to Defendants' Motion for Summary Judgment to September 15, 2006.

JAY S. REIN

By his attorney,

/s/ John G. H. Coster
John G. H. Coster
(BBO #101450)
92 State Street, Suite 900
Boston, MA 02109
(617) 423-2224

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on Defendants' counsel of record on September 5, 2006 by first class mail, postage prepaid.

/s/ John G. H. Coster