UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
JAY S. REIN,                          )
                                      )
                                      )
          Plaintiff,                  )
                                      )
v.                                    )     Civil Action No. 04-12580 NG
                                      )
MOTOROLA, INC., CLYDE                 )
KOFMAN, and JUERGEN                   )
STARK,                                )
                                      )
          Defendants.                 )
_____        )

**MOTION FOR LEAVE TO FILE MEMORANDUM
OF LAW IN EXCESS OF TWENTY PAGES**

Now comes the Plaintiff and moves, pursuant to Local Rule 7.1(b)(4) for leave to file a Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment in excess of twenty (20) pages. As grounds for this Motion, the Plaintiff states the following:

1. Plaintiff is only seeking to file a memorandum that is three and a half pages over the limit imposed under Local Rule 7.1.

2. The issues raised by Defendants' Summary Judgment Motion are complex, particularly in light of the fact that Defendants are seeking the dismissal of all of Plaintiff's claims. These include: (i) claims for discrimination and retaliation under both state and federal law, against multiple defendants; (ii) claims for violations of the Massachusetts Civil Rights Act against multiple defendants; (iii) a breach of contract claim; (iv) a promissory estoppel claim; (v) multiple claims for intentional interference with contractual relations.

3. It is true that Defendants' Memorandum of Law is only twenty pages in length, and therefore within the limitations of Local Rule 7.1. However, in their Memorandum of Law Defendants repeatedly contend that Plaintiff has failed to come forward with sufficient facts to support his underlying claims. These arguments make it incumbent on the Plaintiff to set forth in

2

some detail the material facts he contends support his claims. This necessitates a lengthier Memorandum.

    4.    Plaintiff is only seeking a modest enlargement and believes that such enlargement is necessary to insure that he is not compelled to compromise either the substance or the clarity of his Memorandum.

    WHEREFORE, Plaintiff respectfully requests that its Motion be granted.

    JAY S. REIN

    By his attorney,

    /s/John G. H. Coster
    John G. H. Coster
    (BBO #101450)
    92 State Street, Suite 900
    Boston, Massachusetts 02109
    (617) 423-2224

### CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served on the attorney of record by ECF and first class mail on September 15, 2006.

    /s/John G. H. Coster