UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
JAY S. REIN,                              )
                                          )
                                          )
       Plaintiff,                  )
                                          )
v.                                        )     Civil Action No. 04-12580 NG
                                          )
MOTOROLA, INC., CLYDE                     )
KOFMAN, and JUERGEN                       )
STARK,                                    )
                                          )
       Defendants.                 )
_____)

## AFFIDAVIT OF JOHN G. H. COSTER
## IN SUPPORT OF PLAINTIFF'S OPPOSITION
## TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, John G. H. Coster, do depose and say that:

1. I am an attorney admitted to practice in this District and am the Plaintiff's counsel in the above entitled action. I submit this affidavit in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment based on personal knowledge.

2. Attached as Exhibit A is a true and correct copy of excerpts of the deposition of Jay S. Rein.

3. Attached as Exhibit B is a true and correct copy of excerpts of the deposition of Clay Brice.

4. Attached as Exhibit C is a true and correct copy of excerpts of the deposition of Clyde Kofman.

5. Attached as Exhibit D is a true and correct copy of Exhibit No. 8 to the Deposition of Jay Rein.

6. Attached as Exhibit E is a true and correct copy of Exhibit No. 5 to the Deposition of Jay Rein.

7. Attached as Exhibit F is a true and correct copy of Exhibit No. 17 to the Deposition of Jay Rein.

8. Attached as Exhibit G is a true and correct copy of Exhibit No. 6 to the Deposition of Clyde Kofman.

9. Attached as Exhibit H is a true and correct copy of Exhibit No. 2 to the Deposition of Clyde Kofman.

10. Attached as Exhibit I is a true and correct copy of Exhibit No. 28 to the Deposition of Jay Rein.

11. Attached as Exhibit J is a true and correct copy of Motorola's notification to Jay S. Rein of payment of a retention bonus.

12. Attached as Exhibit K is a true and correct copy of Exhibit No. 23 to the Deposition of Jay Rein.

13. Attached as Exhibit L is a true and correct copy of Exhibit No. 2 to the Deposition of Juergen Strark.

14. Attached as Exhibit M is a true and correct copy of excerpts of the deposition of Juergen Stark.

15. Attached as Exhibit N is a true and correct copy of Exhibit No. 11 to the Deposition of Clyde Kofman.

16. Attached as Exhibit O is a true and correct copy of Exhibit No. 10 to the Deposition of Clyde Kofman.

17. Attached as Exhibit P is a true and correct copy of Exhibit No. 11 to the Deposition of Juergen Stark.

18. Attached as Exhibit Q is a true and correct copy of Exhibit No. 38 to the Deposition of Jay Rein.

19. Attached as Exhibit R is a true and correct copy of Exhibit No. 32 to the Deposition of Jay Rein.

20. Attached as Exhibit S is a true and correct copy of the document entitled "Job Requisition Information" produced by Defendants in response to Plaintiff's First Document Request.

21. Attached as Exhibit T is a true and correct copy of Exhibit No. 25 to the Deposition of Jay Rein.

22. Attached as Exhibit U is a true and correct copy of Exhibit No. 29 to the Deposition of Jay Rein.

23. Attached as Exhibit V is a true and correct copy of Exhibit No. 13 to the Deposition of Clyde Kofman.

24. Attached as Exhibit W is a true and correct copy of the Charge of Discrimination filed by Jay S. Rein with the Massachusetts Commission Against Discrimination.

25. Attached as Exhibit X is a true and correct copy of Exhibit No. 27A to the Deposition of Jay Rein.

26. Attached as Exhibit Y is a true and correct copy of Motorola, Inc.'s Involuntary Severance Plan.

27. Attached as Exhibit Z is a true and correct copy of Exhibit No. 7 to the Deposition of Jay Rein.

28. Attached as Exhibit AA is a true and correct copy of Exhibit No. 3 to the Deposition of Jay Rein.

29. Attached as Exhibit BB is a true and correct copy of Exhibit No. 9 to the Deposition of Jay Rein.

Signed under the pains and penalties of perjury this 15th day of September 2006.

/s/ John G. H. Coster

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorney of record for the Defendants by ECF and by first class mail, postage prepaid on September 15, 2006.

/s/ John G. H. Coster