# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAY S. REIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-12580 NG |
| ) | |
| MOTOROLA, INC., CLYDE KOFMAN ) | |
| and JUERGEN STARK ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

As contemplated by the parties' Joint Motion to Amend Scheduling Order dated May 23, 2006 [Docket No. 45], the Defendants, Motorola, Inc., Clyde Kofman and Juergen Stark (collectively, "Defendants"), hereby move for leave to file a brief Reply Memorandum in response to the Opposition of Plaintiff, Jay S. Rein, to Defendants' Motion for Summary Judgment ("Plaintiff's Opposition"). As grounds for this Motion, Defendants state that a brief Reply is necessary to address Plaintiff's misstatements and mischaracterizations of the record evidence, and to respond to issues raised in Plaintiff's Opposition that Defendants could neither have anticipated nor raised in their Memorandum in Support of Defendants' Motion. Such a brief Reply will aid the Court in its review and determination of Defendants' entitlement to summary judgment.

WHEREFORE, the Defendants respectfully request that this Motion be allowed and that the Defendants be granted leave to file a brief Reply in response to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

BO1 15792053.1

Respectfully submitted,

MOTOROLA, INC., CLYDE KOFMAN,
and JUERGEN STARK,

By their attorneys,

/s/ Kristin G McGurn
Richard L. Alfred (BBO# 015000)
Kristin G. McGurn (BBO# 559687)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:     (617) 946-4800

| CERTIFICATE OF SERVICE | CERTIFICATION PURSUANT TO LOCAL RULE 7.1 |
|---|---|
| I hereby certify that a true and correct copy of the above document was served upon the attorney of record for the plaintiff via ECF and by mailing a copy of same, postage prepaid, to John G. H. Coster, Attorney at Law, 92 State Street, Suite 900, Boston, MA 02109 on September 25, 2006.<br><br>/s/ Kristin G. McGurn | Counsel for Defendants conferred with Plaintiff's counsel concerning the relief sought by this motion in the context of the parties' Joint Motion to Amend Scheduling Order.<br><br>/s/ Kristin G. McGurn |

2