**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAY S. REIN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 04-12580 NG |
| | ) |
| MOTOROLA, INC., CLYDE KOFMAN | ) |
| and JUERGEN STARK | ) |
| | ) |
| Defendants. | ) |
| | ) |

**SUPPLEMENTAL DECLARATION OF KRISTIN G. MCGURN**
**IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Kristin G. McGurn, Esq., deposes and says:

1.      I am an attorney admitted to practice in this District and am a partner at the law firm of Seyfarth Shaw LLP, counsel for Defendants, Motorola, Inc., Clyde Kofman and Juergen Stark.  Based on my knowledge as counsel in this action, I submit this supplemental declaration in support of Defendants' Motion for Summary Judgment.

2.      Attached as Exhibit A is a true and correct copy of Motorola's Diversity and Equal Employment Opportunity policy, issued and maintained in the ordinary course of its business, and produced by Plaintiff in response to Defendants' First Request for Production of Documents, bearing bates stamp number 00231.

2

      3.      Attached as Exhibit B is a true and correct copy of excerpts of the deposition of Juergen Stark.

      Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 4, 2006         By_____/s/ Kristin G. McGurn_____

---

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above document was served upon the attorney of record for the plaintiff via ECF and by mailing a copy of same, postage prepaid, to John G. H. Coster, Attorney at Law, 92 State Street, Suite 900, Boston, MA  02109 on October 4, 2006.

/s/ Kristin G. McGurn

---

BO1 15804585.1

# Diversity and
# Equal Employment Opportunity

## Statement of Policy

Motorola is committed to developing a diverse workforce with equal opportunities for all employees and applicants for employment.  No person is to be discriminated against in employment or hiring decisions because of race, color, age, religion, sex, national origin, sexual orientation, gender identity or expression, disability, status as a disabled veteran or veteran of the Vietnam era, or any other legally protected characteristic or activity (i.e., opposition to prohibited discrimination, participation in the statutory complaint process, or reporting of suspected unlawful or unethical conduct, including suspected fraud or securities law violations).

## Scope

All Motorola employees based at locations within the United States.

## Application

This policy applies to all terms, conditions and privileges of employment and/or retention including, but not limited to, recruiting, hiring, training, placement, employee development, performance evaluation, promotion, demotion, transfer, compensation, benefits, layoff and recall, social and recreational programs, employee facilities, discipline, termination and retirement.

## Reasonable Accommodations

Motorola will make reasonable accommodations wherever necessary for all employees or applicants with disabilities (as defined by applicable law), provided the individual is otherwise qualified to safely perform the duties and assignments connected with the job and provided such accommodations do not impose undue hardship on Motorola.  If an employee or applicant has a disability that requires an accommodation in order to apply for employment, perform his or her job, or otherwise enjoy the benefits and privileges of employment, he or she should consult with a representative of Leadership & Talent Supply, Human Resources or Occupational Health Resources.

## Communication

Federal and state government nondiscrimination posters, as well as this policy, are displayed prominently in conspicuous locations in all facilities.

000231

Notices, advertisements, forms, job descriptions and other specifications relating to employment shall not indicate any preference, limitation or discrimination based on race, color, age, religion, sex, national origin, sexual orientation, gender identity or expression, disability, status as a disabled veteran or veteran of the Vietnam era, or any other legally protected characteristic or activity. All employment advertisements placed by Motorola or its contract recruiters include the phrase: "EEO/AA Employer."

Reporting a Complaint

Any employee, applicant for employment or employee of a contractor assigned to work at Motorola who believes the words or actions of a supervisor, another employee or a non-employee with whom he or she interacts as part of his or her job duties, constitute discrimination should report the situation as soon as possible. Such report or complaint should be made to the employee's supervisor, department management, Human Resources representative, the local Human Resources Compliance representative, or a representative of the Law Department.

Investigation of a Complaint

Complaints of discrimination are to be managed and investigated by Human Resources, the local Human Resources Compliance representative or the Law Department. Human Resources, the local Human Resources Compliance representative or the Law Department will investigate the complaint promptly and in as confidential a manner as possible under the circumstances. A timely resolution of each complaint will be reached and communicated to the parties involved. Where applicable, Motorola will institute immediate and appropriate corrective action designed to stop the improper conduct and correct its effects.

Protection Against Retaliation

Motorola will not in any way retaliate against an individual who makes a good faith claim or report of discrimination or provides information related to such claim or report, nor will Motorola permit any manager, officer, employee or contractor to do so. Retaliation is a serious violation of this policy and should be reported immediately.

**Sanctions**

Any employee who is found to have violated this policy will be subject to appropriate disciplinary action up to and including termination of employment pursuant to Motorola's Progressive Discipline Policy. Motorola may end the assignment of an employee of a contractor assigned to work at Motorola who is found to have violated this policy.

**Responsibilities**

Management - Each manager and supervisor has the responsibility for ensuring all employees or employees of contractors within his or her area of supervision are aware

000232

of this policy, and for ensuring any personnel decisions made in his or her department is in accordance with this policy. If a manager becomes aware of any conduct, which he or she construes as a violation of this policy, he or she shall take prompt action to eliminate such behavior and immediately report such behavior to Human Resources, the local Human Resources Compliance representative or the Law Department. If a manager receives a complaint of discrimination, the manager should immediately inform either Human Resources, the local Human Resources Compliance representative or a representative of the Law Department.

Employees/Applicants - As set forth above, any employee, applicant for employment or employee of a contractor working at Motorola who believes that the words or actions of a supervisor, another employee or a non-employee constitute discrimination is encouraged to report the situation as soon as possible to the employee's supervisor, department management, Human Resources representative, the local Human Resources Compliance representative or a representative of the Law Department. Employees are also expected to cooperate and provide truthful and accurate information in any investigation conducted pursuant to this policy.

Human Resources - The Human Resources Department, along with the Law Department, is responsible for enforcing this policy and thoroughly investigating all reports and complaints of discrimination.

Human Resources Compliance Solutions - The Human Resources Compliance Solutions function is responsible for ensuring that all required postings are in place and current.

Law Department - The Law Department is responsible for supporting the Human Resources Department in enforcing this policy and in its investigation of all reports of discrimination. The Law Department may, in select cases, conduct the investigation of a report or complaint of discrimination under this policy.

## Cross References

Code of Business Conduct
Open Door Process
Progressive Discipline
Safe and Respectful Workplace
Standard Operating Procedures E-62 - Appropriate Use of Computer Resources

## Definitions

Affirmative Action (AA): Pro-active steps taken to employ, or advance in employment, qualified women, minorities, individuals with disabilities, veterans and Vietnam-era veterans in accordance with applicable federal, state or local statutes, executive orders and implementing rules or regulations.

000233

Disability: A physical or mental impairment that substantially limits a major life activity.

Disabled Veteran: An individual who is entitled to disability compensation under the laws administered by the Veterans Administration or who was discharged or released from active duty in the Armed Forces because of a disability incurred or aggravated in the line of duty.

Discrimination: Illegal treatment of a person(s) based on race, religion, color, sex, national origin/ancestry/citizenship, age, marital status, disability, sexual orientation, gender identity or expression, veteran or any other protected class status.

Equal Employment Opportunity (EEO): Employment without discrimination based on race, color, religion, sex/marital status, national origin/ancestry/citizenship, age, disability, veteran and/or any other protected class status.

Gender Identity or Expression: The actual or perceived appearance, identity, expression or behavior of a person as being male or female, whether or not that perceived appearance, identity, expression or behavior is different from that traditionally associated with the person's designated sex at birth.

Health Resources: The occupational health department of a Motorola facility, or the designated staff at a facility without such a department.

Layoff: A voluntary or involuntary separation from active employment as a result of lack of work or other economic or administrative reasons, with the expectation that the individual may be recalled if business conditions improve or positions become available for which the individual is qualified.

*This policy does not constitute an employment contract or implied promise of any kind. The terms of this policy may be modified or eliminated by the Company at any time with or without notice. For more detailed information, see Notice to Employees Regarding Motorola's U.S. Human Resource Policies.*

**Version Date:**            **08/22/2003**
**Original Effective Date:**  **01/01/2002**

000234

Juergen Stark                                          09/07/2005

187

1    idea of trying to accommodate his desire to be on the

2    payroll longer.

3        Q.    Did you tell him you were concerned that he

4    was contemplating bringing some sort of a lawsuit

5    against Motorola?

6        A.    I know that is what he alleged.  I don't

7    recall ever having a conversation about legal or

8    lawyers.

9        Q.    Did you tell him that if he retained counsel,

10   Motorola would hire an armory of lawyers?

11       A.    I don't believe so, no.

12       Q.    Did you tell him that if he refused to sign

13   the severance package and release Motorola, that he

14   would be burning his bridges with the company?

15       A.    No.

16       Q.    Did you tell him that if he didn't agree to

17   release his claims against Motorola, he wouldn't

18   receive any severance at all?

19       A.    I don't believe so.  I think it's clearly

20   established what he gets and what he doesn't get if he

21   signs or doesn't sign.  So that's a decision he was in

22   his full rights to make.

23       Q.    Did you threaten that Motorola would withhold

24   any severance from him if he didn't release the

Juergen Stark                                                09/07/2005

188

1    company?

2         A.   No, nor would I know what would happen if he

3    signs or doesn't sign.

4         Q.   Other than calling him to give him personal

5    advice, was it your hope that after your conversation

6    with him, he would agree to release his claims against

7    Motorola and accept the severance package that was

8    being offered to him?

9              MS. MCGURN:   Objection.

10        A.   That's a compound question.

11        Q.   Was it your hope that as a result of your

12   contacting Mr. Rein, he would agree to resolve his

13   differences with Motorola?

14        A.   I would say clearly my hope was we would get

15   the matter closed in some form or another for his

16   benefit and for Motorola's so we could all stop wasting

17   time on it.

18        Q.   Was that one of the reasons you contacted

19   him?

20        A.   My primary reason was to contribute an idea

21   and try to help him versus getting myself in the middle

22   of the negotiation.   My job is not to get involved in

23   the negotiations.

24        Q.   Is it fair to say one of your goals in