UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 04-12580 NG |
| | ) |
| MOTOROLA, INC., CLYDE KOFMAN | ) |
| and JUERGEN STARK | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANTS' MOTION TO STRIKE

Motorola, Inc. ("Motorola"), Clyde Kofman and Juergen Stark (collectively, the "Defendants") move pursuant to Fed. R. Civ. P. 7 and 56 and Local Rule 7.1(B)(3) to strike portions of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

In support of their Motion to Strike, the Defendants submit the accompanying Memorandum. For the reasons set forth therein, footnote 15 of Plaintiff's Opposition should be stricken because it refers to indisputably inadmissible evidence and its inclusion in the Opposition intentionally and blatantly violates the parties' binding Stipulation.

## CONCLUSION

For the foregoing reasons and those set forth in the accompanying Memorandum, the Defendants respectfully request that this Court strike footnote 15 of Plaintiff's Opposition and award Defendants its costs and fees associated with this Motion and such other and further relief as the Court deems appropriate.

        Respectfully submitted,

        MOTOROLA, INC., CLYDE KOFMAN, and JUERGEN STARK,

        By their attorneys,

        /s/ Kristin Glennan McGurn
        Richard L. Alfred (BBO# 015000)
        Kristin G. McGurn (BBO# 559687)
        SEYFARTH SHAW LLP
        World Trade Center East
        Two Seaport Lane, Suite 300
        Boston, MA 02210-2028
        Telephone:   (617) 946-4800

Dated: October 4, 2006

### Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by ECF and first class mail on October 4, 2006.

        /s/ Kristin G. McGurn
        Kristin G. McGurn

### **CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1, on September 18 and 21, 2006, counsel for Defendants conferred with Plaintiff's counsel regarding the matters addressed herein, but the parties were unable to resolve or narrow their dispute.

        /s/ Kristin G. McGurn