UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JAY S. REIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-12580 NG |
| | ) | |
| MOTOROLA, INC., CLYDE KOFMAN, and JUERGEN STARK, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The Plaintiff, Jay S. Rein ("Rein") hereby moves for leave to file a brief Sur-Reply to the Defendants' Reply to the Opposition of Plaintiff to Defendants' Motion for Summary Judgment ("Defendants' Reply"). Plaintiff's Sur-Reply was specifically contemplated by the Parties' Joint Motion to Amend Scheduling Order, dated May 23, 2006 [Docket No. 45]. As grounds for this Motion the Plaintiff states that a brief Sur-Reply is necessary to respond to new arguments and issues raised by Defendants' Reply and that a Sur-Reply will assist the Court in ruling on Defendants' underlying Motion for Summary Judgment.

WHEREFORE, the Plaintiff respectfully requests that this Motion be allowed and the Plaintiff be granted leave to file a Sur-Reply.

        JAY S. REIN

        By his attorney,

        /s/ John G. H. Coster
        Law Offices of John Coster
        92 State Street, Suite 900
        Boston, MA 02109
        (617) 423-2224

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorney of record for the defendants by ECF on October 13, 2006.

        /s/ John G. H. Coster

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1 counsel for Rein conferred with counsel for Motorola concerning his intention to file this Motion in connection with their discussions in drafting the parties Joint Motion to Amend Scheduling Order.

        /s/ John G. H. Coster