# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-12580 NG |
| | ) |
| MOTOROLA, INC., CLYDE KOFMAN, and JUERGEN STARK, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE

The Plaintiff, Jay S. Rein ("Rein"), hereby moves for leave to file a Sur-Reply to the Defendants' Reply to the Opposition of Plaintiff to Defendants' Motion To Strike ("Defendants' Reply"). As grounds for this Motion the Plaintiff states that a very brief Sur-Reply is necessary to respond to new arguments and issues raised by Defendants' Reply and that a Sur-Reply will assist the Court in ruling on Defendants' underlying Motion to Strike.

WHEREFORE, the Plaintiff respectfully requests that this Motion be allowed and

the Plaintiff be granted leave to file a Sur-Reply.

                                JAY S. REIN

                                By his attorney,

                                /s/ John G. H. Coster
                                Law Offices of John Coster
                                92 State Street, Suite 900
                                Boston, MA 02109
                                (617) 423-2224

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorney of record for the defendants by ECF on October 20, 2006.

                                /s/ John G. H. Coster

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1 counsel for Rein conferred with counsel for Motorola concerning his intention to file this Sur-Reply. She agreed not to oppose this Motion.

                                /s/ John G. H. Coster