UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN, )<br> )<br> Plaintiff, )<br> )<br>v. )<br> )<br>MOTOROLA, INC., CLYDE )<br>KOFMAN, and JUERGEN STARK, )<br> )<br> Defendants. )<br> ) | Civil Action No. 04-12580 NG |

**PLAINTIFF'S REQUIRED DISCLOSURES,
PURSUANT TO RULE 26(a) FED. R. CIV. P.**

Now come the Plaintiff, Jay S. Rein ("Rein") and, pursuant to Rule 26(a)(3) Fed. R. Civ. P., makes the following pre-trial disclosures to Defendants Motorola, Inc. ("Motorola"), Clyde Kofman ("Kofman"), and Juergen Stark ("Stark") (collectively the "Defendants").

I. <u>Identity of Witnesses Plaintiff Expects to Call</u>

 (a) Jay S. Rein

 (b) John Gillardi

II. <u>Identity of Witnesses Plaintiff May Call if the Need Arises</u>

 (a) Clyde Kofman

 (b) Juergen Stark

 (c) Clay Brice[1]

 (d) Janiece Webb

---

[1] In the alternative Rein may present Brice's testimony by way of a deposition transcript, pgs. 22-31, 35-46, 121-32, 134-37, 151-52 and 161-62.

    (e)    Peter Tobin

III.    Exhibits the Plaintiff Expects to Offer Into Evidence[2]

    (a)    Resume of Jay S. Rein;

    (b)    Offer of employment, dated June 12, 2002;

    (c)    2002 Performance Review;

    (d)    2003 Performance Review;

    (e)    E-mail from Gillardi to Kofman, dated 10/14/03 with attachment "Motorola Professional Services - 2003 Moving into 2004", dated October 14, 2003;

    (f)    E-mail from Rein to Kofman, dated 10/17/03 with attachment "Intelligent Mobility Solutions", dated October 17, 2003;

    (g)    E-mail from Rein to Kofman, dated 10/20/03 with attachment "Follow Up Information for Juergen Stark";

    (h)    Intelligent Mobility Solutions, Q4 03' Status Update, dated December 19, 2003;

    (i)    E-mail from Kofman to Stark, dated 12/18/03 with attachment "IMS December 2003 Update";

    (j)    Letter from Invoke (Simon Blanks) to Rein, dated 1/5/04 offering position;

    (k)    E-mail from Rein to Invoke (Simon Blanks), date 1/18/04;

    (l)    E-mail from Kofman to Stark, dated 2/3/04 with attached draft e-mail;

    (m)    E-mail from Rein to Stark, dated 2/4/04;

    (n)    E-mail from Kofman to Stark, dated 2/11/04 with attachment "IMS Update February 2004";

---

[2] Defendants have failed to supplement fully their responses to Plaintiff's First Set of Interrogatories and Plaintiff's First Request for Production of Documents and have refused to provide additional relevant information that is clearly responsive to these requests. The Plaintiff is filing a Motion to Compel with respect to these outstanding discovery requests and reserves the right to supplement this disclosure with any additional information subsequently produced by the Defendants.

(o)  Motorola Earnings Statement reflecting payment of "retention bonus", dated 1/3/04;

(p)  E-mail from Kofman to Stark, dated 2/26/04;

(q)  E-mail from Rein to Tobin, dated 3/5/04 re Office of Leadership with reply;

(r)  E-mail from Rein to Hubbard, dated 3/8/04;

(s)  E-mails between Webb and Stark, dated 3/11 and 3/12/04;

(t)  E-mails between Rein and Bennet, dated 3/16/04;

(u)  E-mail from Rein to Stark, dated 3/24/04;

(v)  E-mail from Rein to Kofman, dated 3/24/04;

(w)  E-mail from Rein to Webb, dated 4/12/04;

(x)  E-mail from Rein to Smith, dated 4/12/04;

(y)  E-mail from Rein to Smith, dated 4/18/04;

(z)  E-mail from Rein to Tobin, dated 5/9/04;

(aa)  Personnel Action Forms for Rein, Clay Brice, Clyde Kofman, John Gillardi and Michael Humpleby;

(bb)  Motorola Stock Option Award (ID No. 350459);

(cc)  Motorola Stock Option Award (ID No. 371203);

(dd)  Motorola Stock Option Award (ID No. 370648);

(ee)  Motorola Stock Option Award (ID No. 370447);

(ff)  Printout of "6 Figure Job" search;

(gg)  W-2 Wage and Tax Statement of Rein's from Motorola for 2004;

(hh)  W-2 Wage and Tax Statement of Rein's from GTSI for 2004;

(ii)  W-2 Wage and Tax Statement of Rein's from GTSI for 2005;

 (jj) W-2 Wage and Tax Statement of Rein from Worldspan for 2005;

 (kk) Payroll stub of Rein from Worldpan showing earning through 9/30/06;

 (ll) Plaintiff's Supplementation to his Answers and Objections to Defendants' First Set of Interrogatories;

 (mm) Motorola Impact of Freescale Separation on Motorola Rewards Program, dated 12/3/04.

IV. <u>Exhibits the Plaintiff May Offer Into Evidence If The Need Arises</u>[3]

 (a) Job Requisition Information for Rein's replacement, undated;

 (b) Defendant's Answers to Plaintiff's First Set of Interrogatories;

 (c) Transcript of Deposition of Clyde Kofman, Vol. 1 and 2;

 (d) Transcript of Deposition of Juergen Stark;

 (e) Transcript of Deposition of Clay Brice;

 (f) E-mail from Schaf to Maribeth, Tobin, Smith, dated 12/5/03 with attachment;

 (g) E-mail from Kofman to Tobin, dated 2/7/04;

 (h) E-mail from Kofman to Stark, dated 2/26/04 with attachment;

 (i) E-mail from Stark to "All … ISD Associates Worldwide", dated 12/1/03;

 (j) Motorola Earnings Statement for Jay Rein, 2/28/04;

 (k) Motorola Earnings Statement for Jay Rein, 3/13/04;

 (l) Motorola Earnings Statement for Jay Rein, 4/22/04;

 (m) E-mail from Gregg Brown to All Motorola Government & Enterprise Assoc., 1/31/05;

 (n) Motorola Incentive Plan, Motorola Professional Services, 2002 Results;

 (o) Memorandum from Kevin Loosemore to Motorola Professional Services Assoc., dated 2/4/03 re 2002 MIP;

---

[3] See footnote 2.

(p)     2004 Motorola Incentive Plan.

        Respectfully submitted.

        JAY S. REIN

        By his attorney,

        /s/ John G. H. Coster
        John G. H. Coster
        (BBO #101450)
        92 State Street, Suite 900
        Boston, Massachusetts 02109
        (617) 423-2224

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was served upon the attorney of record for each other party by ECF and first class mail, postage prepaid on October 31, 2006.

        /s/ John G. H. Coster