UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-12580 NG |
| ) | |
| MOTOROLA, INC., CLYDE KOFMAN ) | |
| and JUERGEN STARK, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' PRETRIAL DISCLOSURES
### PURSUANT TO FED. R. CIV. P. 26(a)(3)

Pursuant to Fed. R. Civ. P. 26(a)(3), the Defendants make the following pretrial disclosures.[1] Defendants reserve the right to supplement or revise any or all of these disclosures up to and including the time of trial.

**(A)    Trial Witnesses.**

Defendants expect to call the following witnesses, listed in alphabetical order by last name. (Limited contact information is provided, due to electronic filing rules).

Chris Banakis, Schaumburg, IL
Michael Humpleby, Ft. Lauderdale, FL
Clyde Kofman, Schaumburg, IL
Paul Lanci, Schaumburg, IL
Ana Maria Lopez, Plantation, FL
Juergen Stark, Schaumburg, IL

---

[1] Since the summary judgment hearing on October 23, 2006, Plaintiff has yet to offer supplemental information regarding his alleged damages pursuant to Fed. R. Civ. P. 26(e) or to revise his assessment as instructed by this Court. In contrast, Defendants provided supplemental documents and information to Plaintiff last week. Defendants reserve the right to supplement these disclosures if and when Plaintiff provides additional documents and information, which he now promises to do by November 1, 2006.
In addition, two pending motions remain: Defendants' Motion to Strike and Defendants' Renewed Motion for Sanctions. In the latter, Defendants request monetary and evidentiary sanctions that bear on the trial of this matter. This Court commented from the bench on October 23, 2006 that an appropriate resolution of the Motion for Sanctions could include a ruling that Plaintiffs damages should be cut off as of the date the Plaintiff failed to return Motorola's laptop as required by company policy, i.e. no later than April 9, 2004. Defendants submit that this ruling is warranted, and should be entered.

    Peter Tobin, Schaumburg, IL

    If the need arises, Defendants may also call one or more of the following witnesses, listed in alphabetical order by last name.

    Matt Aiden, Schaumburg, IL
    Jason Bergerson, Eden Prairie, MN
    Simon Blanks, Waltham, MA
    Clay Brice, Atlanta, GA
    Len DeBarros, Hillsboro Beach, FL
    John Gillardi, St. Louis, MO
    John Hanson, Schaumburg, IL
    Rodney Hedeen, Dayton, OH
    Tim Henn, Chicago, IL
    Warren Holtzberg, Schaumburg, IL
    Paula Hubbard, Kildeer, IL
    Charles Lehwald, Schaumburg, IL
    Jann Melman, Horsham, PA
    Thomas Niersbach, Arlington Heights, IL
    Lindsay Smith, Horsham, PA
    Janiece Webb, Chicago, IL
    Paul Zellner, Chicago, IL

Defendants reserve the right to call any witness listed by the Plaintiff in the Pre-trial Memorandum or his Interrogatories or Pre-trial Disclosures, and such additional unlisted witnesses as are necessary to respond to or rebut testimony by listed witnesses, to impeach the credibility of listed witnesses, or to lay the foundation for the introduction of documents.

**(B)**     **Designation of Witnesses Whose Testimony Will Be Presented by Means of Deposition.**

    At this time, Defendants expect that their witnesses will be presented via live testimony at trial rather than through deposition.

**(C)**     **Identification of Trial Exhibits.**

    The Defendants expect to offer the following exhibits at trial:

J. Rein Employment Agreement, Rein Ex. 3

Separation Agreement and Release from Epsilon Data Management to J. Rein, Rein Ex. 4

Letter from J. Rein to R. Hedeen, Rein Ex. 5

J. Rein Application for Employment with Motorola, Rein Ex. 7

Motorola, Inc. Award Documents for J. Rein, Ex. 9

Emails among MPS dated 7/1/03, Rein Ex. 10

Emails to and from J. Rein attaching October Powerpoint Presentations re: IMS, Rein Exs. 11-14, 17-19

Email J. Rein to C. Brice dated 12/29/04, Rein Ex. 15

Email from J. Rein to C. Brice and J. Gillardi dated 3/1/05, Rein Ex. 16

Emails dated 12/18/03 re: J. Stark Update, Rein Ex. 20

Email from C. Kofman to J. Stark dated 2/3/04, Rein Ex. 22

Email from J. Rein to J. Stark dated 2/4/04, Rein Ex. 23

Email from J. Rein to A. Bir dated 2/25/04, Rein Ex. 24

2002/2003 Personal Commitment for J. Rein, Rein Ex. 25

Dialogue Summary for J. Rein, Rein Ex. 26

Letter from S. Blanks to J. Rein dated 1/5/04, Rein Ex. 28

Email from J. Rein to S. Blanks dated 1/18/04, Rein Ex. 29

Motorola Code of Business Conduct, Rein Ex. 30

Email from J. Rein to L. Smith dated 4/18/04, Rein Ex. 31

Email from J. Rein to J. Melman dated 6/22/04, Rein Ex. 32

Email from P. Tobin to J. Rein dated 3/5/04, Rein Ex. 33

Email from J. Rein to J. Stark dated 3/30/04, Rein Ex. 37

Email from J. Rein to P. Zellner dated 7/29/04, Rein Ex. 42

Letter from P. Tobin to J. Rein dated 2/25/04, Rein Ex. 43

Email from P. Tobin to J. Rein dated 2/27/04, Rein Ex. 44

Letter from C. Theros to J. Rein dated 3/11/04, Rein Ex. 45

Email from J. Rein to P. Tobin dated 3/15/04, Rein Ex. 46

Email from P. Tobin to J. Rein dated 4/6/04, Rein Ex. 47

Standard Operating Procedure E-62, Rein Ex. 51

Confidential MIPS Final Report, Rein Ex. 52

Personnel Action Forms of J. Rein, C. Brice, M. Humpleby, J. Gillardi, Kofman Ex. 1

2003 Leadership Assessment for J. Rein, Kofman Ex. 2

IMS-December 2003 J. Stark Update, Kofman Ex. 7

Email from C. Kofman to MPS dated 1/19/04, Kofman Ex. 8

Email between J. Stark and C. Kofman dated 2/4/04, Kofman Ex. 10

Confidential IMS Update dated 2/11/04, Kofman Ex. 11

Email from C. Kofman to J. Stark dated 2/26/04, Stark Ex. 9

Email from J. Rein to J. Stark dated 3/24/04, Stark Ex. 12

MPS Enterprise Practice – CGISS, MI00005-14

CGISS North America – 2003 Sales Incentive Compensation Plans – Administrative Guidelines, MI000086-89

2004 Motorola Incentive Plan, MI000090-91

Email from P. Tobin to J. Rein dated 2/25/04, MI000296

Email from P. Tobin to J. Rein dated 2/27/04, MI000303

Email from P. Tobin to J. Rein dated 3/10/04, MI000306

Email from J. Stark to J. Rein dated 3/18/04, MI2-000360

Email from J. Gillardi to MPS dated 4/22/04, MI2-000378-83

Email from J. Rein to A. Lopez dated 9/14/02, MI2-000421

Progressive Discipline Policy, MSP0155-60

Kroll Investigative Analysis, MSP0164-68

Earnings Statement, MSP20001-03

Organizational Announcement, MSP20004-07

Participant Status Detail Report, MSP20013-17

Standard Operating Procedure E-60, (Rein Supplemental Production (no Bates))

2003 MPS Enterprise/CGISS Transition SIP, Rein Supplemental Production (no Bates)

Letter from A. Bernstein to J. Rein dated 10/11/04, Rein Supplemental Production (no Bates)

    The Defendants may also offer the following exhibits at trial if the need arises:

Focused Feedback dated 12/31/02 and 3/31/03, Rein Ex. 27A

Email from J. Rein to M. Bennett dated 3/16/04, Rein Ex. 35

Email from J. Rein to L. Smith dated 4/19/04, Rein Ex. 38

Emails from J. Rein to L. Smith, J. Webb, and W. Holtsberg dated 4/12/04, Rein Ex. 40

Email from J. Rein to C. Kofman dated 3/17/04, Rein Ex. 49

Email from J. Rein to C. Kofman dated 1/23/04, M00099-100

Email from P. Tobin to J. Rein dated 4/9/04, M000041

Email from J. Rein to P. Tobin dated 4/8/04, M000042

Email from J. Stark to ISD dated 2/13/04, MI000380-81

Fact Sheet regarding Freescale dated 12/3/04, MSP2008-12

Defendants reserve the right to enter into evidence such additional unlisted documents as are necessary to respond to or rebut testimony by any trial witness, to impeach the credibility of any trial witness, to respond to or rebut exhibits entered by Plaintiff, or to lay the foundation for the introduction of listed exhibits.

Dated:  October 31, 2006

    MOTOROLA, INC., CLYDE KOFMAN,
    and JUERGEN STARK,

    By their attorneys,

    /s/ Kristin G McGurn
    Richard L. Alfred (BBO# 015000)
    Kristin G. McGurn (BBO# 559687)
    SEYFARTH SHAW LLP
    World Trade Center East
    Two Seaport Lane, Suite 300
    Boston, MA 02210-2028
    Telephone:     (617) 946-4800

---

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was served upon the attorney of record for the plaintiff via ECF and by mailing a copy of same, postage prepaid, to John G. H. Coster, Attorney at Law, 92 State Street, Suite 900, Boston, MA  02109 on October 31, 2006.

/s/ Kristin G. McGurn

BO1 15807989.2