UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
JAY S. REIN,                    )
                                )
         Plaintiff,             )        **[Request for Special Action - Expedited**
                                )        **Briefing Schedule with Defendants'**
                                )        **Opposition Due November 6th]**
v.                              )        Civil Action No. 04-12580 NG
                                )
MOTOROLA, INC., CLYDE           )
KOFMAN, and JUERGEN STARK,      )
                                )
         Defendants.            )
_____)

**PLAINTIFF'S EMERGENCY MOTION TO COMPEL
DEFENDANTS TO SUPPLEMENT DISCOVERY RESPONSES**

Now comes the Plaintiff in the above entitled action, Jay S. Rein ("Rein") and, pursuant to Rules 26(e) and 37(a)(2) Fed R. Civ. P., hereby moves this Court for an Order compelling the Defendants Motorola, Inc. ("Motorola"), Clyde Kofman ("Kofman") and Juergen Stark ("Stark") (collectively the "Defendants") to: (i) supplement their response to Request No. 15 of Plaintiff's First Request for Production of Documents to provide additional documents relevant to this outstanding request that the Defendants have failed to produce; and, (ii) supplement their responses to Interrogatory Nos. 12 and 14 of Plaintiff's First Set of Interrogatories to fully answer each interrogatory.

As set forth in the accompanying Memorandum of Law, Rein is entitled to this relief because the information sought is relevant both the substance of his claims and to damages; is necessary for Plaintiff to fully supplement his own discovery responses

concerning his underlying damages; and is not privileged or otherwise protected from disclosure.

Pursuant to Local Rule 7.1(b)(2) Rein requests that the time within which the Defendants must file an Opposition to Plaintiff's Motion be shortened and that November 6th be set as the deadline for such response. Such a deadline is warranted because the final pre-trial conference is currently scheduled for November 9, 2006 and this case is scheduled for trial on November 13, 2006.

WHEREFORE, Rein respectfully requests that his Motion be granted and that he be afforded the relief outlined above.

REQUEST FOR ORAL ARGUMENT

Rein believes that oral argument will assist the Court in resolving these issues.

JAY S. REIN

By his attorney,

/s/ John G. H. Coster
John G. H. Coster
(BBO #101450)
92 State Street, Suite 900
Boston, Massachusetts 02109
(617) 423-2224

CERTIFICATION PURSUANT TO LOCAL RULES 7.1 AND 37.1

Pursuant to Fed. R. Civ. P. 37(a)(2), L.R. 7.1(A)(2) and L.R. 37.1, on October 24 and 25, 2006 I conferred by letter with Kristin McGurn, counsel for Motorola in a good faith effort to resolve or narrow the issues raised in the instant Motion. Plaintiff's and Defendants' counsel were unable to come to an agreement regarding the Plaintiff's Motion.

/s/ John G. H. Coster

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was served upon the attorney of record for each other party by first class mail, postage prepaid on October 31, 2006.

/s/ John G. H. Coster