# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 04-12580 NG |
| | ) |
| MOTOROLA, INC., CLYDE KOFMAN | ) |
| and JUERGEN STARK, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

In addition to those already on file, kindly enter the appearance of Lynn A. Kappelman on behalf of the Defendants  Motorola, Inc., Clyde Kofman and Juergen Stark in connection with the above-captioned matter.

Dated:  November 1, 2006

> MOTOROLA, INC., CLYDE KOFMAN,
> and JUERGEN STARK,
>
> By their attorneys,
>
>  /s/ Lynn A. Kappelman
> Lynn A. Kappelman (BBO# 642017 )
> Kristin G. McGurn (BBO# 559687)
> SEYFARTH SHAW LLP
> World Trade Center East
> Two Seaport Lane, Suite 300
> Boston, MA 02210-2028
> Telephone:     (617) 946-4800

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was served upon the attorney of record for the plaintiff via ECF and by mailing a copy of same, postage prepaid, to John G. H. Coster, Attorney at Law, 92 State Street, Suite 900, Boston, MA  02109 on November 1, 2006.

/s/ Lynn A. Kappelman

BO1 15810057.1