UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 04-12580 NG |
| | ) |
| MOTOROLA, INC., CLYDE KOFMAN and JUERGEN STARK | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Yvette Politis on behalf of the Defendants Motorola, Inc., Clyde Kofman and Juergen Stark in connection with the above-captioned action.

Respectfully submitted,
MOTOROLA, INC., CLYDE
    KOFMAN AND JUERGEN STARK
By their Attorneys,

_/s/ Yvette Politis_
Lynn A. Kappelman (BBO# 642017)
Kristin G. McGurn (BBO# 559687)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone: (617) 946-4800

Dated: November 1, 2006
Telecopier: (617) 946-4801

---

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was served upon the attorney of record for the plaintiff via ECF and by mailing a copy of same, postage prepaid, to John G. H. Coster, Attorney at Law, 92 State Street, Suite 900, Boston, MA 02109 on November 1, 2006.

/s/ Lynn A. Kappelman

---