**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| JAY S. REIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-12580 NG |
| | ) | |
| MOTOROLA, INC., CLYDE KOFMAN | ) | **HEARING REQUESTED** |
| and JUERGEN STARK | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE IN SUPPORT OF
PLAINTIFF'S CLAIM FOR PUNITIVE DAMAGES OR, IN THE ALTERNATIVE,
TO BIFURCATE THE TRIAL ON THE ISSUE OF PUNITIVE DAMAGES**

Defendants Motorola, Inc. ("Motorola"), Clyde Kofman ("Kofman") and Juergen Stark

("Stark") (collectively, "Defendants") move in limine for an order precluding Plaintiff from

introducing or referring at trial to any evidence regarding his claim for punitive damages or, in

the alternative, bifurcating the trial on the issue of punitive damages.

## INTRODUCTION

Plaintiff, a former Motorola employee, was laid-off as part of a reorganization of his

MPS business division in February 2004. Plaintiff alleges that his managers chose his job for

elimination because of his age (40) in violation of the ADEA and M.G.L. 151B.[1] Plaintiff claims

to be entitled to punitive damages because Motorola purportedly acted with malice or reckless

indifference to his federally protected rights. Defendant hereby moves in limine for an order

precluding Plaintiff from introducing or referring at trial to any evidence regarding his claim for

---

[1] While neither claim gives rise to punitive damages, Plaintiff also alleges that his managers should be estopped from terminating him because they promised to employ him until at least June 2004. Finally he alleges that his immediate supervisor, Clyde Kofman, interfered with his ability to get other jobs within Motorola after the job elimination.

punitive damages, because Motorola has made a good-faith effort to comply with anti-discrimination laws by (i) establishing comprehensive policies against discrimination, harassment and retaliation; (ii) training its employees on these policies; (iii) implementing effective complaint procedures; (iv) investigating complaints; and (v) taking prompt remedial action.

### ARGUMENT

## I.    PLAINTIFF SHOULD BE PRECLUDED FROM INTRODUCING EVIDENCE ON HIS CLAIM FOR PUNITIVE DAMAGES.

A.    Plaintiff Is Not Entitled to Punitive Damages Because Motorola Has Implemented Policies Against Discrimination, Harassment and Retaliation.

To recover punitive damages, Plaintiff must show that Motorola – rather than the individual decision-makers – acted "with malice or with reckless indifference to his federally protected rights."  42 U.S.C. § 1981a(b)(1).  Applying this standard, Motorola "may not be held vicariously liable" for punitive damages because the Company has an overall practice of making "good faith efforts to comply with" anti-discrimination laws.  *Kolstad v. American Dental Ass'n*, 527 U.S. 526, 545 (1999); *Marcan-Rivera v. Pueblo International*, 232 F.3d 245 (1st Cir. 2000).  Specifically, at all times relevant to Plaintiff's claims, Motorola maintained a strict and comprehensive policy against discrimination and harassment, which provides detailed examples of prohibited conduct and a procedure for reporting inappropriate conduct.  (See Diversity and Equal Opportunity Policy ("EEO"), attached hereto as Exhibit A).  The Company also asked each employee, including Rein, to execute a Code of Business Conduct which states:

Constant Respect

We will treat each other with respect and fairness at all times, just as we wish to be treated ourselves.  We will value the difference of diverse individuals from around the world.  Employment decisions will be based on business reasons, such as qualifications, talents and achievements, and will comply with local and national employment laws.

2

Harassment

Abusive, harassing or offensive conduct is unacceptable, whether verbal, physical or visual. Examples include derogatory comments based on racial or ethnic characteristics and unwelcome sexual advances. We are encouraged to speak out if a co-worker's conduct makes us or others uncomfortable and to report harassment if it occurs.

(*See* Code of Business Conduct, attached hereto as Exhibit B).

Motorola also displays its EEO policy and all state and federal non-discrimination policies on-line, and posters are displayed prominently in conspicuous locations in all facilities. In addition, Motorola encourages employees to report concerns about discrimination or harassment to any Motorola manager with whom the employee is comfortable, up to and including his supervisor, department manager, Human Resources representatives or members of the Law Department. (*See* Exhibit A). Finally, Motorola maintains and disseminates an Open Door Policy pursuant to which employees who separate from employment with Motorola may seek review of any issues related to their employment with the Company. (*See* Open Door Policy, attached hereto as Exhibit C). These policies and procedures, standing alone, should preclude Plaintiff from introducing any evidence at trial regarding his claim for punitive damages. *See Kolstad*, 527 U.S. at 544 (written non-discrimination policy instituted in good faith "goes a long way towards dispelling any claim about an employer's 'reckless' or 'malicious' state of mind.") (citation omitted).

B.  <u>Plaintiff Is Not Entitled to Punitive Damages Because Motorola Trained Its Employees on Its Anti-Harassment and Anti-Discrimination Policies.</u>

In addition to maintaining written anti-discrimination and anti-harassment policies and procedures throughout Rein's employment (and through the present), Motorola also made substantial efforts to disseminate those policies to its managers and employees and to train its managers and employees on those policies. For example, all Motorola employees receive mandatory bi-annual training on Motorola's anti-discrimination and anti-harassment policies.

3

(*See* reminder e-mail sent to all managers about mandatory EEO training, attached hereto as Exhibit D).  In addition, all Motorola employees receive "policy awareness training" when they are hired, and this training describes complaint procedures.  Similarly, the Diversity and EEO Policy makes clear that all Motorola supervisors have an obligation to make sure that their employees are aware of the policy and to immediately address any discrimination complaint. (*See* Exhibit A).  Further, Motorola regularly re-trains its incumbent managers and supervisors on policies and procedures.  Motorola's training program, as set forth above, is sufficient to preclude a punitive damages assessment, and this Court should exclude any evidence regarding Plaintiff's claim for punitive damages.  *See Hatley v. Hilton Hotels Corp.*, 308 F.3d 473, 477 (5th Cir. 2002).

    C.    <u>Motorola Strictly Enforces Its Policies Against Discrimination and Harassment</u>.

    Punitive damages are also inappropriate in the instant case because Motorola strictly enforces its policies against discrimination.  Given Motorola's significant efforts to implement and enforce its anti-discrimination policies and procedures, Plaintiff is not entitled to punitive damages, and the Court should issue an order precluding Plaintiff from introducing or referring to evidence on the issue at trial.  *Kolstad*, 527 U.S. at 546 (employer can show good faith by making good-faith efforts to enforce its antidiscrimination policies);  *Marcan-Rivera v. Pueblo International*, 232 F.3d 245 (1st Cir. 2000); *Green v. The Admins. of the Tulane Educ. Fund*, 284 F.3d 642, 654 (5th Cir. 2002) (affirming trial court's denial of punitive damages where employer's enforcement of its antidiscrimination policy demonstrated its good faith).

4

## II.    THE TRIAL SHOULD BE BIFURCATED ON THE ISSUE OF PUNITIVE DAMAGES TO PREVENT UNDUE PREJUDICE TO MOTOROLA.

In the alternative, this Court should bifurcate the punitive damages phase of this case in order to prevent undue prejudice to Motorola.  Rule 42(b) of the Federal Rules of Civil Procedure provides, in relevant part:

> The court, in furtherance of convenience or to avoid prejudice, or when separate trials will be conducive to expedition and economy, may order a separate trial of any claim … or of any separate issue.

Fed. R. Civ. P. 42(b).  It is well-settled that the separation of issues at trial is firmly within the discretion of the trial court.  *See Chapman v. Bernard's Inc.,* 167 F. Supp. 2d 406, 417 (D. Mass. 2001) (holding that a motion to bifurcate "is a matter peculiarly within the discretion of the trial court"); *Lis v. Robert Packer Hosp.*, 579 F.2d 819, 824 (3d Cir.) (holding that bifurcation is "a matter to be decided on a case-by-case basis [which] must be subject to an informed decision by the trial judge in each instance."), *cert. denied*, 439 U.S. 955 (1978).  In determining whether bifurcation is appropriate, the trial court should consider convenience, potential prejudice to the parties, and judicial economy.  *See Emerick v. United States Suzuki Motor Corp.*, 750 F.2d 19, 22 (3d Cir. 1984); *Chapman v. Bernard's Inc.*, 167 F. Supp. 2d at 417 (finding that bifurcation should "be encouraged where experience has demonstrated its worth . . . a separate trial may be appropriate to avoid prejudice … where a single issue could be dispositive of the entire case").

In the instant case, the punitive damages phase of the trial should be tried separately because a charge on punitive damages during the liability portion of the trial would be unduly prejudicial to Motorola.  As this Court is aware, the punitive damages phase of this case is likely to involve evidence regarding Motorola's finances.  Such evidence is utterly irrelevant to the liability phase of this case, and may create the unfair impression among jurors that Motorola is a defendant with unlimited financial resources.  This will cause prejudice to Motorola because

such evidence creates an unnecessary risk that the jury will award excessive compensatory damages to Plaintiff.  *See Carter-Herman v. City of Philadelphia,* No. 95-4030, 1996 U.S. Dist. LEXIS 19065, at *21 (E.D. Pa. Dec. 23, 1996) ("The scales of prejudice tipped in favor of bifurcating the punitive damage phase of this case.  A charge on punitive damages during the primary trial could have prejudiced the City severely, tempting the jury to award excessive compensatory damages against a defendant with deep pockets.")  As a result, this Court should bifurcate the trial on the issue of punitive damages.

## CONCLUSION AND REQUEST FOR HEARING

For the foregoing reasons, Defendant respectfully requests that the Court enter an order precluding Plaintiff from introducing or referring at trial to any evidence regarding his claim for punitive damages or, in the alternative, bifurcating the trial on the issue of punitive damages.

Defendants believe that a hearing will aid in the disposition of this Motion, and hereby request a hearing.

Respectfully submitted,

Dated: November 6, 2006

MOTOROLA, INC., CLYDE KOFMAN, and JUERGEN STARK,
By their attorneys,
 /s/ Kristin G. McGurn
Lynn A. Kappelman (BBO# 642017)
Kristin G. McGurn (BBO# 559687)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800

| CERTIFICATE OF SERVICE | CERTIFICATION PURSUANT TO LOCAL RULE 7.1 |
|---|---|
| I hereby certify that a true and correct copy of the above document was served upon the attorney of record for  the plaintiff via ECF and by mailing a copy of same, postage prepaid, to John G. H. Coster, Attorney at Law, 92 State Street, Suite 900, Boston, MA  02109 on November 6, 2006.  /s/ Kristin G. McGurn | Pursuant to Local Rule 7.1, on November 6, 2006, counsel for Defendants conferred with Plaintiff's counsel regarding the matters addressed herein, but the parties were unable to resolve or narrow their dispute.  /s/ Kristin G. McGurn |

**EXHIBIT A**

# Diversity and
# Equal Employment Opportunity

## Statement of Policy

Motorola is committed to developing a diverse workforce with equal opportunities for all employees and applicants for employment. No person is to be discriminated against in employment or hiring decisions because of race, color, age, religion, sex, national origin, sexual orientation, gender identity or expression, disability, status as a disabled veteran or veteran of the Vietnam era, or any other legally protected characteristic or activity (i.e., opposition to prohibited discrimination, participation in the statutory complaint process, or reporting of suspected unlawful or unethical conduct, including suspected fraud or securities law violations).

## Scope

All Motorola employees based at locations within the United States.

## Application

This policy applies to all terms, conditions and privileges of employment and/or retention including, but not limited to, recruiting, hiring, training, placement, employee development, performance evaluation, promotion, demotion, transfer, compensation, benefits, layoff and recall, social and recreational programs, employee facilities, discipline, termination and retirement.

### Reasonable Accommodations

Motorola will make reasonable accommodations wherever necessary for all employees or applicants with disabilities (as defined by applicable law), provided the individual is otherwise qualified to safely perform the duties and assignments connected with the job and provided such accommodations do not impose undue hardship on Motorola. If an employee or applicant has a disability that requires an accommodation in order to apply for employment, perform his or her job, or otherwise enjoy the benefits and privileges of employment, he or she should consult with a representative of Leadership & Talent Supply, Human Resources or Occupational Health Resources.

### Communication

Federal and state government nondiscrimination posters, as well as this policy, are displayed prominently in conspicuous locations in all facilities.

Notices, advertisements, forms, job descriptions and other specifications relating to employment shall not indicate any preference, limitation or discrimination based on race, color, age, religion, sex, national origin, sexual orientation, gender identity or expression, disability, status as a disabled veteran or veteran of the Vietnam era, or any other legally protected characteristic or activity. All employment advertisements placed by Motorola or its contract recruiters include the phrase: "EEO/AA Employer."

Reporting a Complaint

Any employee, applicant for employment or employee of a contractor assigned to work at Motorola who believes the words or actions of a supervisor, another employee or a non-employee with whom he or she interacts as part of his or her job duties, constitute discrimination should report the situation as soon as possible. Such report or complaint should be made to the employee's supervisor, department management, Human Resources representative, the local Human Resources Compliance representative, or a representative of the Law Department.

Investigation of a Complaint

Complaints of discrimination are to be managed and investigated by Human Resources, the local Human Resources Compliance representative or the Law Department. Human Resources, the local Human Resources Compliance representative or the Law Department will investigate the complaint promptly and in as confidential a manner as possible under the circumstances. A timely resolution of each complaint will be reached and communicated to the parties involved. Where applicable, Motorola will institute immediate and appropriate corrective action designed to stop the improper conduct and correct its effects.

Protection Against Retaliation

Motorola will not in any way retaliate against an individual who makes a good faith claim or report of discrimination or provides information related to such claim or report, nor will Motorola permit any manager, officer, employee or contractor to do so. Retaliation is a serious violation of this policy and should be reported immediately.

**Sanctions**

Any employee who is found to have violated this policy will be subject to appropriate disciplinary action up to and including termination of employment pursuant to Motorola's Progressive Discipline Policy. Motorola may end the assignment of an employee of a contractor assigned to work at Motorola who is found to have violated this policy.

**Responsibilities**

Management - Each manager and supervisor has the responsibility for ensuring all employees or employees of contractors within his or her area of supervision are aware

of this policy, and for ensuring any personnel decisions made in his or her department is in accordance with this policy.  If a manager becomes aware of any conduct, which he or she construes as a violation of this policy, he or she shall take prompt action to eliminate such behavior and immediately report such behavior to Human Resources, the local Human Resources Compliance representative or the Law Department.  If a manager receives a complaint of discrimination, the manager should immediately inform either Human Resources, the local Human Resources Compliance representative or a representative of the Law Department.

Employees/Applicants - As set forth above, any employee, applicant for employment or employee of a contractor working at Motorola who believes that the words or actions of a supervisor, another employee or a non-employee constitute discrimination is encouraged to report the situation as soon as possible to the employee's supervisor, department management, Human Resources representative, the local Human Resources Compliance representative or a representative of the Law Department. Employees are also expected to cooperate and provide truthful and accurate information in any investigation conducted pursuant to this policy.

Human Resources - The Human Resources Department, along with the Law Department, is responsible for enforcing this policy and thoroughly investigating all reports and complaints of discrimination.

Human Resources Compliance Solutions - The Human Resources Compliance Solutions function is responsible for ensuring that all required postings are in place and current.

Law Department - The Law Department is responsible for supporting the Human Resources Department in enforcing this policy and in its investigation of all reports of discrimination.  The Law Department may, in select cases, conduct the investigation of a report or complaint of discrimination under this policy.

## Cross References

Code of Business Conduct
Open Door Process
Progressive Discipline
Safe and Respectful Workplace
Standard Operating Procedures E-62 - Appropriate Use of Computer Resources

## Definitions

Affirmative Action (AA): Pro-active steps taken to employ, or advance in employment, qualified women, minorities, individuals with disabilities, veterans and Vietnam-era veterans in accordance with applicable federal, state or local statutes, executive orders and implementing rules or regulations.

<u>Disability</u>: A physical or mental impairment that substantially limits a major life activity.

<u>Disabled Veteran</u>: An individual who is entitled to disability compensation under the laws administered by the Veterans Administration or who was discharged or released from active duty in the Armed Forces because of a disability incurred or aggravated in the line of duty.

<u>Discrimination</u>: Illegal treatment of a person(s) based on race, religion, color, sex, national origin/ancestry/citizenship, age, marital status, disability, sexual orientation, gender identity or expression, veteran or any other protected class status.

<u>Equal Employment Opportunity (EEO)</u>: Employment without discrimination based on race, color, religion, sex/marital status, national origin/ancestry/citizenship, age, disability, veteran and/or any other protected class status.

<u>Gender Identity or Expression</u>: The actual or perceived appearance, identity, expression or behavior of a person as being male or female, whether or not that perceived appearance, identity, expression or behavior is different from that traditionally associated with the person's designated sex at birth.

<u>Health Resources</u>: The occupational health department of a Motorola facility, or the designated staff at a facility without such a department.

<u>Layoff</u>: A voluntary or involuntary separation from active employment as a result of lack of work or other economic or administrative reasons, with the expectation that the individual may be recalled if business conditions improve or positions become available for which the individual is qualified.

*This policy does not constitute an employment contract or implied promise of any kind. The terms of this policy may be modified or eliminated by the Company at any time with or without notice. For more detailed information, <u>see Notice to Employees Regarding Motorola's U.S. Human Resource Policies</u>.*

**Version Date:**            08/22/2003
**Original Effective Date:**    01/01/2002

**EXHIBIT B**

# Code of Business Conduct
## Our Responsibility as Motorolans

## TABLE OF CONTENTS

**Motorolans**

Constant respect
Harassment
Safety and health

**Customers and Consumers**

Product quality and safety
Sales and marketing
Customer information
Government customers

**Business Partners**

Doing business with others
Purchasing practices

**Shareholders**

Protecting Motorola assets
Proprietary information
Inside information and securities trading
Accuracy of company records
Recording and retaining
business communications
Audits and investigations

**Competitors**

Competitive information
Fair competition and antitrust

**Communities**

Community service
Personal community activities
Environment
Communicating with external audiences

**Governments**

Compliance with the law
Motorola political activities
Anti-corruption laws
Crossing national borders

**Conflicts of Interest**

General guidance
Outside employment
Board memberships
Family members and close
personal relationships
Investments
Gifts
Entertainment
Travel

**How to Get Help**

Key beliefs
EthicsLine and Audit Committee Line
Reporting concerns

Our responsibility to

# Motorolans

We respect the dignity of each Motorolan.

## Constant respect

We will treat each other with respect and fairness at all times, just as we wish to be treated ourselves. We will value the difference of diverse individuals from around the world. Employment decisions will be based on business reasons, such as qualifications, talents and achievements, and will comply with local and national employment laws.

## Harassment

Abusive, harassing or offensive conduct is unacceptable, whether verbal, physical or visual. Examples include derogatory comments based on racial or ethnic characteristics and unwelcome sexual advances. We are encouraged to speak out if a co-worker's conduct makes us or others uncomfortable and to report harassment if it occurs.

## Safety and health

We are all responsible for maintaining a safe workplace by following safety and health rules and practices. We are responsible for immediately reporting accidents, injuries and unsafe equipment, practices or conditions to a supervisor or other designated person. Motorola is committed to keeping its workplaces free from hazards.

To protect the safety of all employees, each of us must report to work free from the influence of any substance that could prevent us from conducting work activities safely and effectively.

Threats or acts of violence or physical intimidation are prohibited.

Back to table of contents

# Our responsibility to
# Customers and Consumers
## We earn customer loyalty by delivering on our promises.

## Product quality and safety

Maintaining Motorola's valuable reputation requires complying with our quality processes and safety requirements. We damage our good name if we ship products or deliver services that fail to live up to Motorola standards.

## Sales and marketing

We will build long-term relationships with our customers by demonstrating honesty and integrity. Our marketing and advertising will be accurate and truthful. Deliberately misleading messages, omissions of important facts or false claims about our competitors' offerings are unacceptable.

We will obtain business legally and ethically. Bribes or kickbacks are unacceptable. Guidance on customer gifts, travel and entertainment is in the *Conflicts of Interest* section of this Code.

## Customer information

We must protect customer information that is sensitive, private or confidential - just as carefully as we protect our own. Only those who have a need to know should have access to confidential information.

## Government customers

We must take special care to comply with all legal and contractual obligations in dealing with governments. National and local governments around the world have specific and varied procurement laws and regulations that have been established to protect the public interest. These laws generally prohibit or put strict limits on gifts, entertainment and travel offered to government officials. They also often apply to the hiring of current or recently retired officials and their families and to any conduct that may be viewed as improperly influencing objective decision making. Many other laws strictly govern accounting and billing practices for fulfilling government contracts and subcontracts.

These laws apply to Motorola and all Motorolans worldwide. When Motorola uses suppliers or subcontractors to fulfill our commitments, we also may be responsible for communicating these unique governmental requirements to those third parties. Motorolans who deal with government officials and contracts are responsible for knowing and complying with applicable laws and regulations.

Back to table of contents

Our responsibility to:

# Business Partners

Building quality relationships with other companies gives Motorola a competitive advantage.

## Doing business with others

We will not do business with others who are likely to harm Motorola's reputation. For example, we will avoid doing business with others who intentionally and continually violate the law. These laws include, for example, local environmental, employment, safety and anti-corruption statutes. All arrangements with third parties must comply with Motorola policy and the law. We will not use a third party to perform any act prohibited by law or by the Motorola Code of Business Conduct.

### Agents and Consultants

Commission rates or fees paid to dealers, distributors, agents, finders or consultants must be reasonable in relation to the value of the product or work that is actually being done, consistent with law, policy and local practice. We will not pay commissions or fees that we have reason to believe will become bribes.

### Subcontractors

Subcontractors play a vital role in fulfilling many of our contracts. In some cases, the subcontractor is highly visible to our customers. That is why it is very important to ensure that our subcontractors preserve and strengthen Motorola's reputation by acting consistently with our Code of Business Conduct.

### Joint Ventures and Alliances

Motorola strives to ally with companies that share our commitment to ethics. We will work to make the standards of our joint ventures compatible with our own.

## Purchasing practices

Purchasing decisions must be made based solely on Motorola's best interests. Suppliers win Motorola business based on product or service suitability, price, delivery and quality. Purchasing agreements should be documented and clearly identify the services or products to be provided, the basis for earning payment and the applicable rate or fee. The amount of payment must be commensurate with the services or products provided.

Back to table of contents

## Our responsibility to
# Shareholders
### We will treat the investment of our shareholders as if it were our own.

## Protecting Motorola assets

We have a responsibility to protect the Motorola assets entrusted to us from loss, damage, misuse or theft. Motorola assets, such as funds, products or computers, may only be used for business purposes and other purposes approved by management. Motorola assets may never be used for purposes that violate law or company policy.

## Proprietary information

We will safeguard all proprietary information by marking information accordingly, keeping it secure, and limiting access to those who have a need to know to do their jobs. Proprietary information includes any information that is not generally known to the public and is helpful to Motorola or would be helpful to competitors. It also includes proprietary information that suppliers, customers and others have entrusted to us. The obligation to preserve proprietary information continues even after employment ends.

## Inside information and securities trading

Motorolans are not allowed to trade in securities or any other kind of property based on material information that comes from their jobs, if that information has not been reported publicly. It is against the laws of many countries, including the U.S., to trade or to "tip" others who might make an investment decision based on inside job information. For example, using non-public information to buy or sell Motorola stock, options in Motorola stock or the stock of a Motorola supplier or customer is prohibited.

## Accuracy of company records

To make responsible business decisions, we require honest and accurate recording and reporting of information. This includes such data as quality, safety and personnel records, as well as all financial records.

All financial books, records and accounts must accurately reflect transactions and events and must conform both to required accounting principles and to Motorola's system of internal controls. No false or artificial entries may be made. When a payment is made, it can be used only for the purpose spelled out on the supporting document.

## Recording and retaining business communications

All business records and communications should be clear, truthful and accurate. Business records and communications often become public through litigation, government investigations and the media. We will avoid exaggeration, colorful language, guesswork, legal conclusions, and derogatory remarks or characterizations of people and companies. This applies to communications of all kinds, including e-mail and informal notes or memos. Records must be retained and destroyed according to Motorola's record-retention policies.

## Audits and investigations

Motorolans are required to fully cooperate with all audits and investigations as requested by the company. We will also cooperate with reasonable requests for information from government agencies and regulators and consult with the Law Department before responding to any non-routine requests. All information provided must be truthful and accurate. We will not conceal, alter or destroy documents or records in response to an investigation or other lawful request.

Back to table of contents

## Our responsibility to

# Competitors

### We compete aggressively and with integrity.

## Competitive information

We must never use any illegal or unethical methods to gather competitive information. Stealing proprietary information, possessing trade secret information that was obtained without the owner's consent or inducing such disclosures by past or present employees of other companies is prohibited.

If information is obtained by mistake that may constitute a trade secret or confidential information of another business, or if we have questions about the legality of information gathering, we should consult the Law Department.

## Fair competition and antitrust

Motorola and all our employees are required to comply with the antitrust and unfair competition laws of the many countries in which we do business. These laws are complex and vary considerably from country to country. They generally concern:

- Agreements with competitors that harm customers, including price fixing, bid
- rigging and agreements not to compete for customers or contracts.

- Agreements that unreasonably limit the freedom of a customer or supplier to sell a product, including establishing the resale price of a product or service or improperly conditioning the sale of products, technologies or services on an agreement to buy other Motorola products and services.

- Attempts to monopolize, for example, by abusing a dominant position in the market unfairly to prevent others from competing.

Motorolans who question whether an action may violate competition laws should talk to the Law Department.

Back to table of contents

## Our responsibility to

# Communities

As a global corporate citizen, Motorola creates products and provides services that benefit people around the world.

### Community service

We serve society by providing life-enhancing products and services at a fair price, and by actively supporting the communities in which we operate. Motorola, the Motorola Foundation and Motorolans throughout the world provide generous financial and voluntary support to thousands of worthwhile community programs.

### Personal community activities

Motorolans are free to support community, charity and political organizations and causes of their choice, as long as they make it clear that their views and actions are not those of Motorola. Employees' outside activities must not interfere with job performance.

No Motorolan may pressure another employee to express a view that is contrary to a personal belief, or to contribute to or support political, religious or charitable causes.

### Environment

We respect the environment by complying with all applicable environmental laws in all countries in which we conduct operations. Motorola is committed to protecting the environment by minimizing the environmental impact of our operations and operating our businesses in ways that foster sustainable use of the world's natural resources.

Motorolans must comply with Motorola's environmental policies and programs. Notify management if hazardous materials come into contact with the environment or are improperly handled or discarded.

### Communicating with external audiences

Motorola will provide fair, accurate, timely and easy to understand information to the public. To ensure professional and consistent handling, requests from the media should be forwarded to the local communications group or Corporate Communications. Unfortunately, many well-intentioned interviewees have had their stories misinterpreted by reporters. Let the experts handle such situations.

Requests from financial analysts and shareholders must be forwarded to Investor Relations.

Back to table of contents

# Our responsibility to
# Governments

**As a responsible citizen, it is our obligation to obey the law.**

## Compliance with the law

Motorolans around the world must comply with all applicable laws and regulations wherever we do business. Perceived pressures from supervisors or demands due to business conditions are no excuse for violating the law. When we have any questions or concerns about the legality of an action, we are responsible for checking with management, the Law Department or the EthicsLine.

## Motorola political activities

No Motorolan may, except with approval from the Government Relations Office, make any political contribution for Motorola or use Motorola's name, funds, property, equipment or services for the support of political parties, initiatives, committees or candidates. This includes any contribution of value. Lobbying activities or government contacts on behalf of Motorola, other than sales activities, should be coordinated with the Government Relations Office.

## Anti-corruption laws

Motorola complies with the anti-corruption treaties and laws of the countries in which it does business, including the U.S. Foreign Corrupt Practices Act (FCPA), which applies to its global business. Motorolans will not directly or indirectly offer or make a corrupt payment to government officials, including employees of state-owned enterprises. These requirements apply both to Motorola employees and agents, such as third-party sales representatives (TPSRs), no matter where they are doing business. If you are authorized to engage agents, make sure that they are reputable and require them to agree in writing to Motorola's standards in this area.

## Crossing national borders

When importing or exporting products, services, information or technology, Motorola complies with applicable U.S. and other national laws, regulations and restrictions. When we travel internationally on company business, we are subject to laws governing what we import and export. Motorolans are responsible for knowing the laws that pertain to them and for checking with their import/export compliance manager when in doubt.

Back to table of contents

# Conflicts of Interest

## We make business decisions based on the best interests of Motorola.

## General guidance

Business decisions and actions must be based on the best interests of Motorola and must not be motivated by personal considerations or relationships. Relationships with prospective or existing suppliers, contractors, customers, competitors or regulators must not affect our independent and sound judgment on behalf of Motorola. General guidelines to help Motorolans better understand common situations that may cause a conflict of interest are listed below. However, Motorolans are required to disclose any situation that may be, or appear to be, a conflict of interest, in accordance with policy. When in doubt, it is best to disclose.

## Outside employment

Motorolans may not work for or receive payments for services from any competitor, customer, distributor or supplier of Motorola without approval in accordance with policy. Any outside activity must be strictly separated from Motorola employment and should not harm job performance at Motorola. Skills learned and used at Motorola must not be used in a way that could hurt the business of Motorola.

## Board memberships

Serving on a board of directors or similar body for an outside company or government agency requires advance approval in accordance with policy. Helping the community by serving on boards of non-profit or community organizations is encouraged and does not require prior approval.

## Family members and close personal relationships

We may not use personal influence to get Motorola to do business with a company in which our family members or friends have an interest. We should disclose any close relationship that might make it appear we could favor another company to the detriment of Motorola's interests.

## Investments

Motorolans may not allow their investments to influence, or appear to influence, their independent judgment on behalf of Motorola. This could happen in many ways, but it is most likely to create the appearance of a conflict of interest if a Motorolan has an investment in a competitor, supplier, customer or distributor and his decisions may have a business impact on this outside party. If there is any doubt about how an investment might be perceived, it should be disclosed to management.

We are also prohibited from directly or indirectly buying, or otherwise acquiring rights to any property or materials, when we know that Motorola may be interested in pursuing such an opportunity and the information is not public.

Back to table of contents

**To see Motorola's country-specific gift policies, please visit the Policies page at
ethics.mot.com .**

## Gifts

Gifts are not always physical objects. They also may be services, favors, loans or other items of value.

### Gifts to Motorolans

Motorolans don't accept kickbacks, lavish gifts or gratuities. We can accept items of nominal value, such as small promotional items bearing another company's name. We will not accept anything that might make it appear that our judgment for Motorola would be compromised as a result. We may not accept special or reduced-rate personal loans as a result of our positions with Motorola.

In rare situations, it would be impractical or harmful to refuse or return a gift. If this happens, discuss the situation with management.

### Gifts Given by Motorola

Some business situations call for giving gifts. Motorola's gifts must be legal, reasonable and approved by management. Motorolans never pay bribes.

Gift-giving practices vary among cultures. Our local gift policies and guidelines address this.

We will not provide any gift if it is prohibited by law or the policy of the recipient's organization. For example, the employees of many government entities around the world are prohibited from accepting gifts. If in doubt, check first.

## Entertainment

Entertainment includes a representative of both parties at an event.

### Entertainment of Motorolans

We may accept entertainment that is reasonable in the context of the business and that advances the company's interests. For example, accompanying a business associate to a local cultural or sporting event, or to a business meal would be acceptable in most cases.

Entertainment that is lavish or frequent may appear to influence our independent judgment on behalf of Motorola. If an invitation seems inappropriate, we must turn down the offer or pay the true value of the entertainment ourselves. Accepting entertainment that may appear inappropriate should be discussed with management, in advance if possible.

### Entertainment by Motorola

We may provide entertainment that is reasonable in the context of the business. If we have a concern about whether providing entertainment is appropriate, we will discuss it with management in advance.

Entertainment of government officials may be prohibited by law. Get approval from management in each instance.

## Travel

### Acceptance of Travel Expenses

Motorolans may accept transportation and lodging provided by a Motorola supplier or other third party if the trip is for business and is approved in advance by the employee's supervisor. All travel accepted must be accurately recorded in our travel expense records.

### Providing Travel

Unless prohibited by law or the policy of the recipient's organization, Motorola may pay the transportation and lodging expenses incurred by customers, agents or suppliers, if for a legitimate business purpose and approved by management.

All travel by government officials that is sponsored or paid for by Motorola must be approved in advance by management and the Office of Ethics and Compliance, in accordance with policy.

Back to table of contents

# How to Get Help

Have questions about the Motorola Code of Business Conduct? The first place to turn is to your supervisor or manager. If you're uncomfortable discussing the issue with your supervisor, please talk to another member of management, Human Resources, the Law Department or the Motorola EthicsLine. Our open door policy means you can approach any level of management with your concerns. Our Web site includes a number of interpretative policies that may help clarify your situation.

## Key Beliefs

It would be wonderful if the right thing to do were always perfectly clear. In the real world of business, however, things are not always obvious. If you find yourself in a situation where the "right thing" is unclear or doing the right thing is difficult, remember our key beliefs.

Does my action reflect Motorola's key beliefs of integrity and respect? To Motorola employees? To customers? To business partners, competitors and shareholders? To the government? To the public?

If you wouldn't want your action to be reported in the media, it's probably not the right thing to do.

## EthicsLine and Audit Committee Line

The EthicsLine offers information, advice and suggestions. Use it to discuss any concern or problem - not just for emergencies. The EthicsLine strives to make sure that all questions or concerns are handled fairly, discreetly and thoroughly.

The Audit Committee Line has been established to allow access to the Audit and Legal Committee of the Motorola, Inc. Board of Directors for any interested party with a concern about Motorola's accounting, internal controls or audit matters.

Calls to both lines may be made anonymously. Anonymous callers will be advised if additional information is required before an effective investigation can take place. Callers who wish to learn the status of their calls will be assigned a confidential identification number. Confidentiality for all others who report concerns will be maintained to the fullest extent possible.

In the U.S. and Canada, call the EthicsLine at 800.538.4427 and the Audit Committee Line at 866.724.1500. Further contact information for the EthicsLine and Audit Committee Line can be found at ethics.mot.com (internal) or motorola.com (external).

## Reporting Concerns

Taking action to prevent problems and protect Motorola's reputation is part of the Motorola culture. If you see possible unethical or illegal conduct, you are expected to report your concerns.

Retaliation against any employee who honestly reports a concern to Motorola about illegal or unethical conduct will not be tolerated. At the same time, it is unacceptable to file a report knowing it to be false.

Back to table of contents

**EXHIBIT C**

# Open Door Process

## Statement of Policy

This policy describes Motorola's "Open Door" review of employment related issues, by increasingly higher management levels, in order to bring appropriate resolution to these matters.

Any recrimination or retaliation against employees who avail themselves of this process is prohibited. All managers are responsible to communicate this process to their employees and to encourage them to use it to resolve their concerns.

## Scope

All Motorola employees based at locations within the United States.

## Application

The "Open Door" process generally follows the order listed below under the section entitled Procedures. At any step of the process, employees may be requested to provide a description of their issue and requested resolution in writing.

The Human Resource Department shall be available to act as an advisor to any employee seeking to avail him or herself of the Open Door process at any step in the process. The employee's Human Resources Representative (or another member of the Human Resources organization if the issue is with the Human Resources Representative) shall advise the employee of the proper steps to follow and provide any other advice and assistance that is appropriate.

Employees who separate from employment with Motorola may seek review of issues related to their employment with the Company, but only if they seek review through this Open Door Process within 60 calendar days after the date their employment ends.

## Procedures

Step 1:     Most employment-related issues can and should be resolved through dialogue between the employee and immediate supervisor. (In those cases where the issue is with the immediate supervisor, employees may begin the process at Step 2.)

Step 2:     If the problem is not resolved with the supervisor, the employee should present the issue to the next higher level of management in the

employee's business unit who was not directly involved in authorizing the action in dispute.

Step 3:    If the issue is not resolved with the next higher level of management, the employee may pursue the problem further with an appropriate representative of the Human Resources Department.

Step 4:    If the employee cannot resolve the issue with the Human Resources representative in Step 3, the employee may pursue the problem further with a senior manager/director who has responsibility over the employee's department or with the Sector or North America Region Human Resources Director.  Human Resources will identify the specific senior managers or Human Resources Directors the employee may choose from to conduct the review at this step.  This senior manager will review the issue raised and provide a response to the employee.  The individual reviewing and responding in this step should not have participated in the initial decision under review.

Step 5:    As a final step, if the issue is not resolved through review by the senior manager or Human Resources Director, the employee may request, in writing, that the issue be reviewed by the Motorola, Inc. Chief Executive Officer.  The Motorola, Inc. Chief Executive Officer or his/her designee will provide a response to the employee.  If the Motorola, Inc. Chief Executive Officer participated in the decision now under review, the Motorola, Inc. Executive Vice President and Director of Human Resources or his/her designee will conduct the review at this step of the process.  This response shall be final and ends the employee Open Door process.

## Responsibilities

Employees - Employees have the responsibility to follow the steps described in this policy. Employees also have the responsibility to put their issue in writing when required by this policy.

Human Resources - Human Resources has the responsibility to advise employees of the proper steps to follow when raising an issue under this policy.

Management - Management has the responsibility to communicate this process to employees.  Management also has the responsibility to review and provide a response to issues raised by employees through the Open Door Process.

**Cross References**

Code of Business Conduct
Diversity and Equal Employment Opportunity
Progressive Discipline
Safe and Respectful Workplace

*This policy does not constitute an employment contract or implied promise of any kind. The terms of this policy may be modified or eliminated by the Company at any time with or without notice. For more detailed information, <u>see Notice to Employees Regarding Motorola's U.S. Human Resource Policies</u>.*

| | |
|---|---|
| **Version Date:** | **08/01/2002** |
| **Original Effective Date:** | **01/01/2002** |

**EXHIBIT D**

**From:** Training Eeo-EEOTRN09 [EEOTRN09@motorola.com]
**Sent:** Monday, October 16, 2006 2:12 PM
**To:** Training Eeo-EEOTRN09
**Subject:** EEO Training-Time Sensitive
**Importance:** High

If you have completed them in the past couple of weeks you may disregard this message. Remember you must fulfill this requirement once every two years.

Thank you for your prompt attention to this matter.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NOTE: THIS MESSAGE WAS SENT BY WAY OF THE MAILLIST BROADCAST MAILING
LIST 'EOTRNE09'. THIS LIST DOES NOT ACCEPT REPLIES.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# LAST CHANCE



**Take advantage of the last couple of weeks-
Complete your required EEO training ASAP.**

Our records indicate that you must complete
Equal Employment Opportunity/Affirmative
Action (CMP1046) and/or Preventing Sexual
Harassment for Supervisors (CMP1034). This
module is available at no cost to your
department through October 31st. Effective
November 1st your department will be
charged $10.00 to complete this course.

**TO REGISTER for this online course go to the
Motorola University Web site at
http://mu.mot.com or access the link in the
chart above.**