UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
JAY S. REIN,                       )
                                   )
         Plaintiff,                )
                                   )
v.                                 )     Civil Action No. 04-12580 NG
                                   )
MOTOROLA, INC., CLYDE              )
KOFMAN, and JUERGEN STARK,         )
                                   )
         Defendants.               )
_____)
```

**PLAINTIFF'S MOTION IN LIMINE FOR THE EXCLUSION
OF EVIDENCE RELATING TO MOTOROLA LEADERSHIP
ASSESMENT MULTI-RATER FEEDBACK REPORT**

The Plaintiff, Jay S. Rein ("Rein") hereby moves that the Court exclude the following exhibit listed in Defendants' Pre-Trial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(3):

> Motorola Leadership Assessment Multi-Rater Feedback Report

In support of this Motion, Rein refers this Court to the attached Memorandum of Law.

JAY S. REIN

By his attorney,

/s/ John G. H. Coster
John G. H. Coster
(BBO #101450)
92 State Street, Suite 900
Boston, Massachusetts 02109
(617) 423-2224

CERTIFICATION PURSUANT TO LOCAL RULES 7.1 AND 37.1

Pursuant to L.R. 7.1 on November 6, 2006 I conferred with Defendants' counsel in a good faith effort to resolve or narrow the issues raised in the instant Motion. Plaintiff's and Defendants' counsel were unable to come to an agreement regarding the Plaintiff's Motion.

/s/ John G. H. Coster

Certificate of Service

I hereby certify that a true and correct copy of this document was served on the attorney of record the Defendants by ECF on November 6, 2006.

/s/ John G. H. Coster
John G. H. Coster