UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JAY S. REIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-12580 NG |
| | ) | |
| MOTOROLA, INC., CLYDE KOFMAN, and JUERGEN STARK, | ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION IN LIMINE FOR THE EXCLUSION
OF ALL EVIDENCE RELATING TO REIN'S EMPLOYMENT PRIOR TO
COMMENCING WORK AT MOTOROLA IN 2002**

The Plaintiff, Jay S. Rein ("Rein") hereby moves that the Court: (i) preclude the Defendants from questioning Rein about the circumstances of his departure from any prior employer, including but not limited to, Epsilon Data Management; and, (ii) exclude any exhibits that relate to such employment, including but not limited to the following exhibits listed in Defendants' Pre-Trial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(3):

Separation Agreement and Release from Epsilon Data Management

Letter from J. Rein to R. Hedeen

In support of this Motion, Rein refers this Court to the attached Memorandum of Law.

JAY S. REIN

By his attorney,

/s/ John G. H. Coster
John G. H. Coster
(BBO #101450)
92 State Street, Suite 900
Boston, Massachusetts 02109
(617) 423-2224

CERTIFICATION PURSUANT TO LOCAL RULES 7.1 AND 37.1

Pursuant to L.R. 7.1 on November 6, 2006 I conferred with Defendants' counsel in a good faith effort to resolve or narrow the issues raised in the instant Motion. Plaintiff's and Defendants' counsel were unable to come to an agreement regarding the Plaintiff's Motion.

/s/ John G. H. Coster

Certificate of Service

I hereby certify that a true and correct copy of this document was served on the attorney of record the Defendants by ECF on November 6, 2006.

/s/ John G. H. Coster
John G. H. Coster