UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-12580 NG |
| ) | |
| MOTOROLA, INC., CLYDE ) | |
| KOFMAN, and JUERGEN STARK, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION IN LIMINE FOR THE EXCLUSION
OF ALL EVIDENCE RELATING TO REIN'S LAPTOP COMPUTER**

The Plaintiff, Jay S. Rein ("Rein") hereby moves that the Court: (i) preclude testimony by Charles Lehwald, or any other individual, concerning the alleged destruction of data contained on the laptop computer issued to Rein by Motorola; and, (ii) exclude any exhibits that relate to the laptop computer, including but not limited to the following exhibits listed in Defendants' Pre-Trial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(3):

Standard Operating Procedure E-62

Confidential MIPS Final Report

Progressive Discipline Policy

Kroll Investigative Analysis

Standard Operating Procedure E-60

In support of this Motion, Rein refers this Court to the attached Memorandum of Law.

> JAY S. REIN
>
> By his attorney,
>
> /s/ John G. H. Coster
> John G. H. Coster
> (BBO #101450)
> 92 State Street, Suite 900
> Boston, Massachusetts 02109
> (617) 423-2224

CERTIFICATION PURSUANT TO LOCAL RULES 7.1 AND 37.1

Pursuant to L.R. 7.1 on November 6, 2006 I conferred with Defendants' counsel in a good faith effort to resolve or narrow the issues raised in the instant Motion. Plaintiff's and Defendants' counsel were unable to come to an agreement regarding the Plaintiff's Motion.

> /s/ John G. H. Coster

Certificate of Service

I hereby certify that a true and correct copy of this document was served on the attorney of record the Defendants by ECF on November 6, 2006.

> /s/ John G. H. Coster
> John G. H. Coster