UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-12580 NG |
| | ) |
| MOTOROLA, INC., CLYDE KOFMAN, and JUERGEN STARK, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR RECONSIDERATION**

The Plaintiff, Jay S. Rein, ("Rein") hereby moves that the Court reconsider and clarify its September 5, 2006 order, granting in part, Plaintiff's motion for an enlargement of time to respond to Defendants' Summary Judgment Motion.  As grounds for this Motion, Rein states the following:

1.  On August 31, 2006 Rein filed a Motion to Enlarge Time, seeking an additional two weeks to respond to Defendants' Summary Judgment Motion.  This is the first time Plaintiff's counsel has sought such an extension.

2.  On September 5, 2006 the Court issued an Order, granting Plaintiff's Motion, in part, but stipulating that Plaintiff will have until September 10, 2006 to file his Opposition.

3.  As an initial matter, Plaintiff notes that September 10th is a Sunday.

4. Counsel originally requested an enlargement of time until September 15th because this is the <u>minimum</u> amount of time he needs to prepare an adequate Opposition to Defendants' dispositive Motion.

5. Due to the press of other business, to date, counsel has made little headway in preparing Plaintiff's Opposition. In the last several weeks, counsel has, among other things, made two lengthy submission to the Massachusetts Commission Against Discrimination ("MCAD"), prepared demand letters for two different clients, prepared extensive answer's to interrogatories in two separate cases, reviewed and produced approximately a thousand pages of documents in one of these cases and dealt with the myriad other substantive and administrative responsibilities that come with being a solo practitioner.

6. In the next week and a half, counsel has a number of other commitments and obligations, including preparing an Opposition to another Motion for Summary Judgment, responding to request for production of documents, drafting an Answer and Counterclaims to a lawsuit recently filed against one of his clients, and submitting a rebuttal to the MCAD. Although counsel will clearly need an extension to respond to the other pending Summary Judgment Motion (which he has also been unable to complete an Opposition to), several of these obligations will be difficult, if not impossible, to postpone.

7. The Defendants have repeatedly sought and obtained extensions of the deadline to file dispositive motions in this case. The original deadline for filing such motions was October of last year. Despite Plaintiff's objection that many of these

extensions were sought merely for delay, the Court has granted Defendants' a total of nine additional months to file their Motion, twice rescheduling the trial date to do so.

8.     The Plaintiff's counsel is seeking a single two week extension that is motivated solely by his desire to prepare a thorough Opposition to Defendants' dispositive motions and to meet the obligations he has to his other clients.

9.     Moreover, the Plaintiff is not requesting any of the other deadlines set forth in the Amended Scheduling Order be rescheduled or postponed, including the hearing recently scheduled on Defendants' Summary Judgment Motion.

WHEREFORE, the Plaintiff requests that the Court reconsider and clarify its September 5, 2006 Order and enlarge the time within which Plaintiff must file his Opposition to Defendants' Motion for Summary Judgment to September 15, 2006.

JAY S. REIN

By his attorney,

/s/ John G. H. Coster
John G. H. Coster
(BBO #101450)
92 State Street, Suite 900
Boston, MA 02109
(617) 423-2224

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on Defendants' counsel of record on September 5, 2006 by first class mail, postage prepaid.

/s/ John G. H. Coster

# EXHIBIT A

REDACTED

-----Original Message-----
**From:** Greg Brown [mailto:newsww01@dynalist.corp.mot.com]
**Sent:** Monday, January 31, 2005 7:11 PM
**To:** All Motorola Government & Enterprise Associates Worldwide
**Subject:** Organization Announcement

A message from Greg Brown - 31 Jan 2005

Feedback

Greg Brown

## Government & Enterprise Mobility Solutions

As previously announced, we have combined the former
Commercial, Government and Industrial Solutions Sector

(CGISS) with the Automotive group and the Secure Asset Solutions (SAS) organization – both of which were formerly in the Integrated Electronic Systems Sector (IESS). Additionally, we will now be hosting (on behalf of the CEO) the Global Relations and Resources Organization.

Our new organization is called Government & Enterprise Mobility Solutions. What follows is an overview of our new organization and a reaffirmation of the roles and responsibilities within our business.

**Government & Public Safety**
To best serve our customers, we will continue to operate the public-safety businesses within their geographical regions. Additionally, the product management and marketing groups for voice, data and application solutions will be managed within their respective regions. The continued strength within the public-safety business will enable us to further accelerate our momentum in 2005. The following individuals report directly to me and are responsible for leading the regions as indicated below.

- Americas: Jim Sarallo
- Asia Pacific: John Gherghetta
- Europe, Middle East and Africa: John Doughty
- Israel: Elisha Yanay

**Automotive**

- Marios Zenios, Automotive, formerly of IESS, continues to lead this organization and also joins the senior leadership team of Government & Enterprise Mobility Solutions, reporting directly to me.
- Marios and the Automotive team will continue to pursue embedded automotive controls and architecture activities, and increase their focus on all mobile communication opportunities with major automobile manufacturers, including a new thrust around the connected auto.

**Enterprise**
Clearly the enterprise market represents a significant opportunity for Motorola; and therefore, we are elevating it to the senior leadership team level of our business. As part of our modified business strategy, we are launching a new worldwide go-to-market Enterprise organization under the interim leadership of Jeff Miller. Jeff, and the Enterprise Business Development organization, has moved into our business, reporting directly to me. In addition, the following responsibilities will fall under Jeff.

- The Special Markets Division, currently under the acting leadership of Jim Sarallo, and the Intelligent Mobility Solutions team, led by Clyde Kofman, will be combined into our new Enterprise organization, reporting to Jeff.
- Jeff will also continue to manage Motorola's executive sponsorship program.
- Product management and marketing will remain within the regions of our public-safety entities to better leverage our existing embedded resources.

**Integrated Solutions Division**

MSP0005

- Juergen Stark will continue to lead the Integrated Solutions Division, which includes CRISNET.
- In addition, Juergen will be responsible for managing the Mesh Networks product group, led by Richard Licursi, who will report directly to him.
- The Secure Asset Solutions (SAS) organization, which was established as a growth platform in September 2003, and is led by David Greer, will report to Juergen. The SAS organization develops innovations via wireless technology and web services to help address asset tracking, security and supply chain management issues globally.

### Global Relations & Resources Organization

The Global Relations & Resources Organization, led by Gene Delaney, which includes government relations and country management, continues to provide leadership for, and services to, all of Motorola's businesses and is now hosted within our business. Gene will report directly to me.

### Finance and Business Development

- The Business Development organization, led by Mark Davies, which currently reports to Juergen Stark, will now report directly to Marc Rothman, Finance and Business Development.
- Rich Galitz, Global Portfolio Management, and his team will also report directly to Marc.
- Marc will continue to operate the worldwide finance organization for the Government & Enterprise Mobility Solutions business.

### Supply Chain

- The Supply Chain organization will be responsible for all procurement activities, manufacturing operations and distribution logistics functions, and will encompass our Americas, Asia, Europe and Israel operations.
- All Supply Chain operations will report directly to Shail Godambe.
- James O'Toole and Karney Yakmalian, of the worldwide Automotive supply chain operations, will also report directly to Shail, with a dotted line into Marios Zenios.
- Shail will be responsible for directly managing the procurement authority, processes, resources and financials in all of the regions in order to leverage these activities across Motorola.
- Since our supply chain operations are so closely interdependent with customer-delivered quality, we are also announcing that Martin Swarbrick, Business Excellence and Digital Six Sigma, will now report directly to Shail.

### Engineering

- Bob Epsom will be responsible for all engineering activities for research and development. This includes all design centers (including Public Safety Software under Ted Kozlowski). The design centers within the Automotive, Biometrics and Public Service Solutions organizations will remain integrated within those businesses.

### Functional Organizations

MSP0006

Employees in each of our functional organizations will report solid line into the following leaders on my staff.

- Kathy Bryan, legal
- John DeFeo, information technology
- Marc Rothman, finance and business development
- Chris Theros, human resources (interim in conjunction with her new Corporate responsibilities)

**Government & Enterprise Mobility Solutions Senior Leadership Team**
Below is a complete list of our senior leadership team.

| | |
|---|---|
| Greg Brown | President |
| Kathy Bryan | Legal |
| John DeFeo | Information Technology |
| Gene Delaney | Worldwide Government Relations and Global Resources |
| John Doughty | Europe, Middle East and Africa |
| Bob Epsom | Engineering |
| John Gherghetta | Asia Pacific |
| Shail Godambe | Supply Chain |
| Jeff Miller | Enterprise – The Americas (interim) |
| Marc Rothman | Finance and Business Development |
| Jim Sarallo | The Americas |
| Juergen Stark | Integrated Solutions Division |
| Chris Theros | Human Resources (interim) |
| Elisha Yanay | Israel |
| Marios Zenios | Worldwide Automotive |

**Future Growth and Success**
The realignments detailed in this announcement will enable us to further delight our customers, improve customer-delivered quality and position us for superior financial results. I am extremely energized by our new opportunities and anticipate your full support of the leaders and teams affected by this announcement.



Please distribute to employees without email access.
Motorola Internal Use Only

MSP0007

# EXHIBIT B

**CONFIDENTIAL**

**2004 Motorola Incentive Plan**

Overview
The 2004 Motorola Incentive Plan (the "Plan") has been established to retain employees through competitive rewards, attract premier talent, align individual efforts with business goals, and reward employees for strong business performance. The Plan is based on successive calendar-year performance periods commencing 1 January 2004 (each a "Plan Year").

Eligibility
To be eligible to participate in this Plan, an employee must be:
- A full-time or part-time Motorola employee;
- In a Participating Organization and on the payroll of a Participating Country;
- Not a participant in any other annual group incentive or bonus plan (e.g., sales commission plans, etc.); and
- One of the following must also apply:
    - Active on a Motorola payroll as of the end of the Plan Year (countries may establish more restrictive eligibility requirements for terminating employees);
    - On a leave of absence as of the end of the Plan Year;
    - Retired from Motorola during the Plan Year while actively employed or from a leave of absence; or
    - Deceased during the Plan Year while actively employed or on a leave of absence.

Award Calculation
Awards will be calculated and paid after the close of each Plan Year on which the awards are based. The award amount will be based on Eligible Earnings, the Target Award %, and the Business and Individual Performance Factors, as follows:

$$\text{Award} = \text{Eligible Earnings} \times \text{Target Award \%} \times \text{Business Performance Factor} \times \text{Individual Performance Factor}$$

Eligible Earnings is defined below. Target Award %'s, Business Performance Factors and Individual Performance Factors for each Plan Year shall be determined by the Compensation and Leadership Committee of the Board of Directors (the "Compensation Committee"). Business Performance Factors shall be based on Operating Earnings, Operating Cash Flow, Revenue Growth, Quality and such other factors as may be determined by the Compensation Committee.

Administration
- The Compensation Committee has the responsibility for this Plan and may delegate to the MIP Plan Committee (the "MIP Committee") the authority to manage, administer, and interpret the terms of the Plan. Unless otherwise determined, the MIP Committee will consist of the Senior Human Resources Officer, a senior Compensation Officer, and a senior Finance Officer.
- Any claims for payments under the Plan or any other matter relating to the Plan must be presented in writing to the MIP Committee within 60 days after the event that is the subject of the claim. The MIP Committee will then provide a response within 60 days, which response shall be final and binding.

General Provisions
- Awards are subject to all applicable taxes and other required deductions.
- The Plan will not be available to employees subject to the laws of any jurisdiction which prohibits any provisions of this Plan or in which tax or other business considerations make participation impracticable in the judgment of the MIP Committee.
- This Plan does not constitute a guarantee of employment nor does it restrict Motorola's rights to terminate employment at any time or for any reason
- The Plan and any individual award is offered as a gratuitous award at the sole discretion of Motorola. The Plan does not create vested rights of any nature nor does it constitute a contract of employment or a contract of any other kind. The Plan does not create any customary concession or privilege to which there is any entitlement from year-to-year, except to the extent required under applicable law. Nothing in the Plan entitles an employee to any remuneration or benefits not set forth in the Plan nor does it restrict Motorola's rights to increase or decrease the compensation of any employee, except as otherwise required under applicable law.

MI000090

- The awards shall not become a part of any employment condition, regular salary, remuneration package, contract or agreement, but shall remain gratuitous in all respects. Awards are not to be taken into account for determining overtime pay, severance pay, termination pay, pay in lieu of notice, or any other form of pay or compensation.
- This Plan is provided at Motorola's sole discretion and Motorola may modify or eliminate it at any time, prospectively or retroactively, without notice or obligation. In addition, there is no obligation to extend or establish a plan in subsequent years.
- The Plan shall not be pre-funded. Motorola shall not be required to establish any special or separate fund or to make any other segregation of assets to assure the payment of awards.
- Since employee retention is an important objective of this Plan and awards do not bear a precise arithmetic relationship to time worked within the calendar year or length of service with Motorola, employees who resign or are terminated for any reason prior to the end of the Plan Year other than death or retirement shall not receive a pro rata award.
- The award for an employee who has died prior to the end of the Plan Year while actively employed or on a leave of absence will be paid to the decedent's estate.
- Awards for transferred, promoted or demoted employees will be calculated using the:
    - Target Award % applicable to the employee's country and grade at the end of the Plan Year
    - Business Performance Factor prorated for the portion of the year the participant was in different Participating Organizations during the Plan Year.

Definitions

*Eligible Earnings*: The MIP Committee will determine Eligible Earnings for each country, consistent with their respective legal and practical requirements. The MIP Committee may determine inclusions and exclusions from Eligible Earnings as it deems appropriate and may vary its determinations by country.

*Employee*: a person in an employee-employer relationship with the Company whose base wage or base salary is processed for payment by the Company's Payroll Department(s) and not by any other department of the Company (or by any other company). Exclusions include:
- Any independent contractor, consultant, or individual performing services for the Company who has entered into an independent contractor or consultant agreement;
- Any individual performing services under an independent contractor or consultant agreement, a purchase order, a supplier agreement or any other agreement that the Company enters into for services;
- Any person classified by the Company as a temporary or contract labor (such as black badges, brown badges, contractors, contract employees, job shoppers) regardless of the length of service; and
- Any "leased employee" as defined in Section 414(n) of the U.S. Internal Revenue Code of 1986, as amended.

*Retired*: This Plan utilizes the definition of "retiree" that appears in the primary retirement plan covering the employee.

*Operating Earnings:* A measure of pre-tax profits, calculated according to Motorola's financial standards and measured on an ongoing basis. In a general sense, Operating Earnings is Profit Before Tax, prior to expenses for net interest expense, foreign exchange gains or losses, and gains or losses on asset sales.

*Operating Cash Flow:* A measure of cash flow calculated according to Motorola's financial standards, and measured on an as-reported basis.

*Revenue Growth:* A measure of net sales after discounts calculated according to Motorola's financial standards, and measured on an as-reported basis.

*Quality:* A combination of measures of customer satisfaction, reliability, and cost of poor quality, as defined by Motorola senior leaders.

CHI99 4336590-1.034764.0024

# EXHIBIT C

\*\*\* MOTOROLA INTERNAL USE ONLY \*\*\*

Date:     4 February 2003

To:       All Motorola Professional Services Associates Worldwide

From:     Kevin Loosemore
          Corporate Vice President, Motorola, Inc.
          and President, Motorola Professional Services

Subject:  Business Results for 2002 Motorola Incentive Plan (MIP)

As a company, Motorola made substantial progress in 2002 as we returned to profitability, improving both our balance sheet and our competitiveness. Your dedication and creativity also made MPS' 2002 accomplishments possible. Thank you for your focused actions to drive our results.

**BUSINESS PERFORMANCE RESULTS**
The 2002 Motorola Incentive Plan (MIP) reflects our commitment to improved profit and cash flow -- two critical measures that power business growth and shareholder value. The year we collectively achieved these results:

As you will see we met our profit target, significantly exceeded our free cash flow target, but failed to meet our bookings goal:

| Motorola Professional Services Results | Factor | Wtg. | Score |
|---|---|---|---|
| Profit before tax at 100% of target | 1.00 | 60% | 0.60x |
| Free cash flow at 128% of target | 1.28 | 30% | 0.39x |
| Key initiative (bookings) was not achieved | 0.00 | 10% | 0.00x |
| **2002 Business Performance Factor** | | | **0.99x** |

For more information about the formula, or to view target percentages, please visit: http://myhr.mot.com/worklife/ipp/

**PERSONAL PERFORMANCE DRIVES PAYOUT**
The Motorola Incentive Plan's individual performance factor emphasizes Motorola's performance-differentiated rewards philosophy. During the February-March rewards planning period, your manager will determine your individual performance factor based on your achievements as measured through your Personal Commitment (PC), Relative Performance Assessment (RPA) and other results. You will receive information on your 2002 individual performance factor later in March. Motorola Incentive Plan payouts will follow in April according to local payroll practices (4 April for the U.S.).

Thank you for your dedication and contributions to our team's 2002 successes.

Regards,
Kevin

CONFIDENTIAL

# EXHIBIT D

# Personnel Action Form (PAF)

Motorola Confidential Proprietary

Print Date: 07/15/2005

HR Use Only:

Position Needed:   Y   N

Position #:

|  | Current |  | New |  |
|---|---|---|---|---|
| Company | M000 | United States | | |
| Personnel Area | N000 | CGISS-United States IL01 | | |
| Pers Subarea | STD | Standard | | |
| Emp Group | 5 | Separated | | |
| Emp Subgrp | U6 | Exempt | | |
| Payroll Actg Area | M1 | Exempt bi-weekly | | |
| Work Phone | 1-508-893-6926 | | | |
| Work Sched/PT/% | S-1-40 | PT 100.00% | | |
| Location Code | IL01 | | | |
| Mail Drop | | | | |
| Cost Center | CQ798 | | | |
| Badge Number | | | | |

Name: Jay Rein
Commerce ID: 12026815
Imed Supv:
New Imed Supv:
Manager2:
Manager3:
Emplmnt Date: 06/24/2002
Service Date: 06/24/2002
Svc Club Date: 06/24/2002

Current Range: 4
Current Compa Ratio: 0.00
Next Salary Review Date:

### Salary

| | Eff Date | Rea Son | US Sal Grp | PS Grad | Geo Diff | Inc Pct | Inc Amt | New Salary |
|---|---|---|---|---|---|---|---|---|
| Prop | | | | | | | | |
| S A L A R Y | 03/31/2003 | | S2 | E15 | 0.00 | 2.00 | 3,800.00 | 193,800.00 |
| | 06/24/2002 | | S2 | E15 | 0.00 | 0.00 | 0.00 | 190,000.00 |

### Position

| | Eff Date | Rea Son | Cost Center | Posting | Position | Title |
|---|---|---|---|---|---|---|
| Prop | | | | | | |
| P O S I T I O N | 03/20/2004 | | CQ798 | 60196443 | 60499028 | PRNCPL MOT PROF SVCS & DI |
| | 04/01/2003 | 12 | CQ798 | 60196443 | 60499028 | PRNCPL MOT PROF SVCS & DI |
| | 01/01/2003 | 12 | FW904 | 60196443 | 60499028 | PRNCPL MOT PROF SVCS & DI |
| | 08/22/2002 | 11 | FW901 | 60196443 | 60499028 | PRNCPL MOT PROF SVCS & DI |
| | 06/24/2002 | | FW901 | 60196443 | 60404009 | DIR ACCOUNT SALES NATL |

### Status

| | Eff Date | Type | Rea | Status | | | End Date |
|---|---|---|---|---|---|---|---|
| Prop | | | | | | | |
| S T A T U S | 03/20/2004 | 13 | 12 | 0 | 0 | 0 | 12/31/9999 |
| | 04/01/2003 | 02 | 12 | 0 | 3 | 1 | 03/19/2004 |
| | 03/31/2003 | 86 | 01 | 0 | 3 | 1 | 03/31/2003 |
| | 01/01/2003 | 02 | 12 | 0 | 3 | 1 | 03/30/2003 |
| | 08/22/2002 | 02 | 11 | 0 | 3 | 1 | 12/31/2002 |

### Perf

| | Eff Date | Performance |
|---|---|---|
| Prop | | |
| P E R F | 12/31/2003 | Meets Expectations |
| | 12/31/2002 | Meets all, exceeds some |

MI2-000105

### Remarks:

| Originating Name | | Signature | | Date | |
|---|---|---|---|---|---|
| Receiving Name | | Signature | | Date | |
| HR Name | | Signature | | Date | |
| Compensation Name | | Signature | | Date | |

# Personnel Action Form (PAF)

Motorola Confidential Proprietary
Print Date: 07/15/2005

HR Use Only:
Position Needed:  Y  N
Position #:

| | | Current | | | New | | | |
|---|---|---|---|---|---|---|---|---|
| Company | M000 | United States | | | | | | |
| Personnel Area | U000 | GEMS-United States  IL02 | | | | | | |
| Pers Subarea | STD | Standard | | | | | | |
| Emp Group | 1 | Active Employee | | | | | | |
| Emp Subgrp | U6 | Exempt | | | | | | |
| Payroll Actg Area | M1 | Exempt bi-weekly | | | | | | |
| Work Phone | 404-252-6652 | | | | | | | |
| Work Sched/PT/% | S-1-40 | | PT | 100.00% | | | | |
| Location Code | IL02 | | | | | | | |
| Mail Drop | | | | | | | | |
| Cost Center | CQ798 | | | | | | | |
| Badge Number | | | | | | | | |

| Name | Clay Brice |
|---|---|
| Commerce ID | 12029806 |
| Imed Supv | Clyde Kofman |
| New Imed Supv | |
| Manager2 | Jeffrey Miller |
| Manager3 | Clyde Kofman |
| Emplmnt Date | 11/18/2002 |
| Service Date | 11/18/2002 |
| Svc Club Date | 11/18/2002 |
| Current Range : | 2 |
| Current Compa Ratio: | 1.00 |
| Next Salary Review Date: | |

### SALARY

| | Eff Date | Rsn | Area | Group | Old | Inc Pct | Inc Amt | New Salary |
|---|---|---|---|---|---|---|---|---|
| Prop | | | | | | | | |
| | 03/28/2005 | | S2 | E12 | 0.00 | 4.87 | 5,500.00 | 118,400.00 |
| | 01/31/2005 | 10 | S2 | E12 | 0.00 | 8.68 | 9,020.00 | 112,900.00 |
| | 03/29/2004 | | S2 | E12 | 0.00 | 6.00 | 5,880.00 | 103,880.00 |
| | 11/18/2002 | | S2 | E12 | 0.00 | 0.00 | 0.00 | 98,000.00 |

### POSITION

| | Eff Date | Rsn | Cost Center | Route | Position Nbr | Title |
|---|---|---|---|---|---|---|
| Prop | | | | | | |
| | 05/07/2005 | | CQ798 | 60200342 | 80404028 | CONSULTANT SALES |
| | 11/26/2003 | 12 | CQ798 | 60200342 | 80404028 | CONSULTANT SALES |
| | 04/01/2003 | 12 | CQ719 | 60200342 | 80404028 | CONSULTANT SALES |
| | 11/18/2002 | | FW901 | 60200342 | 80404028 | CONSULTANT SALES |

### STATUS

| | Eff Date | Rsn | Rsn | Status | | | End Date |
|---|---|---|---|---|---|---|---|
| Prop | | | | | | | |
| | 05/07/2005 | 55 | 00 | 0 | 3 | 1 | 12/31/9999 |
| | 03/28/2005 | 86 | 01 | 0 | 3 | 1 | 05/06/2005 |
| | 01/31/2005 | 02 | 10 | 0 | 3 | 1 | 03/27/2005 |
| | 03/29/2004 | 86 | 01 | 0 | 3 | 1 | 01/30/2005 |
| | 11/26/2003 | 02 | 12 | 0 | 3 | 1 | 03/28/2004 |

### PERF

| | Eff Date | Performance |
|---|---|---|
| Prop | | |
| | 12/31/2004 | Effective |
| | 12/31/2003 | Meets Expectations |
| | 12/31/2002 | Meets Expectations |

MI2-000106

### Remarks:

| Originating Name | | Signature | | Date | |
|---|---|---|---|---|---|
| Receiving Name | | Signature | | Date | |
| HR Name | | Signature | | Date | |
| Compensation Name | | Signature | | Date | |

# Personnel Action Form (PAF)

Motorola Confidential Proprietary
Print Date: 07/15/2005

HR Use Only:
Position Needed:  Y   N
Position #:

| | | Current | | New | EffDate | | |
|---|---|---|---|---|---|---|---|
| Company | M000 | United States | | | | Name | Michael Humpleby |
| Personnel Area | U000 | GEMS-United States IL06 | | | | Commerce ID | 12029729 |
| Pers Subarea | STD | Standard | | | | Imed Supv | Clyde Kofman |
| Emp Group | 1 | Active Employee | | | | New Imed Supv | |
| Emp Subgrp | U6 | Exempt | | | | Manager2 | Jeffrey Miller |
| Payroll Actg Area | M1 | Exempt bi-weekly | | | | Manager3 | Clyde Kofman |
| Work Phone | 954-723-6396 | | | | | Emplmnt Date | 12/09/2002 |
| Work Sched/PT/% | S-1-40 | PT 100.00% | | | | Service Date | 12/09/2002 |
| Location Code | IL06 | | | | | Svc Club Date | 12/09/2002 |
| Mail Drop | | | | | | | |
| Cost Center | CQ798 | | | | | Current Range: | 2 |
| Badge Number | | | | | | Current Compa Ratio: | 1.02 |

Next Salary Review Date:

### Prop SALARY

| EffDate | | Area | Grade | | %Raise | Inc Amt | New Salary |
|---|---|---|---|---|---|---|---|
| 03/28/2005 | | S2 | E14 | 0.00 | 0.64 | 929.00 | 145,210.00 |
| 03/29/2004 | | S2 | E14 | 0.00 | 1.25 | 1,781.00 | 144,281.00 |
| 12/09/2002 | | S2 | E14 | 0.00 | 0.00 | 0.00 | 142,500.00 |

### Prop POSITION

| EffDate | Reason | Cost Center | Position | Position Abbrev | Title |
|---|---|---|---|---|---|
| 05/07/2005 | | CQ798 | 60201008 | 60499028 | PRNCPL MOT PROF SVCS & DI |
| 02/23/2004 | 12 | CQ798 | 60201008 | 60499028 | PRNCPL MOT PROF SVCS & DI |
| 04/01/2003 | 12 | CQ719 | 60201008 | 60499028 | PRNCPL MOT PROF SVCS & DI |
| 12/09/2002 | | FW901 | 60201008 | 60499028 | PRNCPL MOT PROF SVCS & DI |

### Prop STATUS

| EffDate | Event | Reason | Status | | EndDate |
|---|---|---|---|---|---|
| 05/07/2005 | 55 | 00 | 0 | 3 1 | 12/31/9999 |
| 03/28/2005 | 86 | 01 | 0 | 3 1 | 05/06/2005 |
| 03/29/2004 | 86 | 01 | 0 | 3 1 | 03/27/2005 |
| 02/23/2004 | 02 | 12 | 0 | 3 1 | 03/28/2004 |
| 04/01/2003 | 02 | 12 | 0 | 3 1 | 02/22/2004 |

### Prop PERF

| EffDate | | Performance |
|---|---|---|
| 12/31/2004 | | Effective |
| 12/31/2003 | | Meets Expectations |

MI2-000107

### Remarks:

| Originating Name | | Signature | | Date | |
|---|---|---|---|---|---|
| Receiving Name | | Signature | | Date | |
| HR Name | | Signature | | Date | |
| Compensation Name | | Signature | | Date | |

# Personnel Action Form (PAF)

Motorola Confidential Proprietary
Print Date: 07/15/2005

HR Use Only:
Position Needed:  Y  N
Position #:

| | Current | | | | New | Eff Date |
|---|---|---|---|---|---|---|
| Company | M000 | United States | | | | |
| Personnel Area | U000 | GEMS-United States IL01 | | | | |
| Pers Subarea | STD | Standard | | | | |
| Emp Group | 1 | Active Employee | | | | |
| Emp Subgrp | U6 | Exempt | | | | |
| Payroll Actg Area | M1 | Exempt bi-weekly | | | | |
| Work Phone | 314 961 5451 | | | | | |
| Work Sched/PT/% | S-1-40 | | PT | 100.00% | | |
| Location Code | IL01 | | | | | |
| Mail Drop | | | | | | |
| Cost Center | CQ798 | | | | | |
| Badge Number | | | | | | |

Name: John Gillardi
Commerce ID: 12027552
Imed Supv: Clyde Kofman
New Imed Supv:
Manager2: Jeffrey Miller
Manager3: Clyde Kofman
Emplmnt Date: 07/29/2002
Service Date: 07/29/2002
Svc Club Date: 07/29/2002

Current Range: 3
Current Compa Ratio: 1.13
Next Salary Review Date:

### Salary

| | Eff Date | Reason | PS Group | PS Grade | Inc Pct | Inc Amt | New Salary |
|---|---|---|---|---|---|---|---|
| Prop | | | | | | | |
| | 03/29/2004 | | S2 | E15 | 0.00 | 1.00 | 1,785.00 | 180,285.00 |
| | 03/31/2003 | | S2 | E15 | 0.00 | 2.00 | 3,500.00 | 178,500.00 |
| | 07/29/2002 | | S2 | E15 | 0.00 | 0.00 | 0.00 | 175,000.00 |

### Position

| | Eff Date | Reason | Cost Center | Position | Position Abbrev | Title |
|---|---|---|---|---|---|---|
| Prop | | | | | | |
| | 05/07/2005 | | CQ798 | 60197502 | 60499028 | PRNCPL MOT PROF SVCS & DI |
| | 04/01/2003 | 12 | CQ798 | 60197502 | 60499028 | PRNCPL MOT PROF SVCS & DI |
| | 01/01/2003 | 12 | FW904 | 60197502 | 60499028 | PRNCPL MOT PROF SVCS & DI |
| | 08/22/2002 | 11 | FW901 | 60197502 | 60499028 | PRNCPL MOT PROF SVCS & DI |
| | 07/29/2002 | | FW901 | 60197502 | 60404009 | DIR ACCOUNT SALES NATL |

### Status

| | Eff Date | Reason | Status | | | | End Date |
|---|---|---|---|---|---|---|---|
| Prop | | | | | | | |
| | 05/07/2005 | 55 | 00 | 0 | 3 | 1 | 12/31/9999 |
| | 03/29/2004 | 86 | 01 | 0 | 3 | 1 | 05/06/2005 |
| | 04/01/2003 | 02 | 12 | 0 | 3 | 1 | 03/28/2004 |
| | 03/31/2003 | 86 | 01 | 0 | 3 | 1 | 03/31/2003 |
| | 01/01/2003 | 02 | 12 | 0 | 3 | 1 | 03/30/2003 |

### Perf

| | Eff Date | Performance |
|---|---|---|
| Prop | | |
| PERF | 12/31/2004 | Effective |
| | 12/31/2003 | Meets Expectations |
| | 12/31/2002 | Meets all, exceeds some |

MI2-000108

Remarks:

| Originating Name | | Signature | | Date | |
| Receiving Name | | Signature | | Date | |
| HR Name | | Signature | | Date | |
| Compensation Name | | Signature | | Date | |

# Personnel Action Form (PAF)

Motorola Confidential Proprietary

Print Date: 07/15/2005

| | | | | | |
|---|---|---|---|---|---|
| Company | M000 | United States | | | |
| Personnel Area | U000 | GEMS-United States IL23 | | | |
| Pers Subarea | STD | Standard | | | |
| Emp Group | 1 | Active Employee | | | |
| Emp Subgrp | U6 | Exempt | | | |
| Payroll Actg Area | M1 | Exempt bi-weekly | | | |
| Work Phone | 847-576-4842 | | | | |
| Work Sched/PT/% | S-1-40 | | PT | 100.00% | |
| Location Code | IL23 | | | | |
| Mail Drop | | | | | |
| Cost Center | CQ798 | | | | |
| Badge Number | | | | | |

**HR Use Only:**
Position Needed: Y   N
Position #:

| | |
|---|---|
| Name | Clyde Kofman |
| Commerce ID | 12027346 |
| Imed Supv | Jeffrey Miller |
| New Imed Supv | |
| Manager2 | Jeffrey Miller |
| Manager3 | |
| Emplmnt Date | 07/15/2002 |
| Service Date | 07/15/2002 |
| Svc Club Date | 07/15/2002 |
| Current Range: | 4 |
| Current Compa Ratio: | 1.92 |
| Next Salary Review Date: | |

## Salary

| Prop | Eff Date | | | | | Amt | New Salary |
|---|---|---|---|---|---|---|---|
| S A L A R Y | 03/31/2003 | | S2 | E15 | 0.00 | 1.50 | 4,500.00 | 304,500.00 |
| | 07/15/2002 | | S2 | E15 | 0.00 | 0.00 | 0.00 | 300,000.00 |

## Position

| Prop | Eff Date | | Cost Ctr | Position | | Title |
|---|---|---|---|---|---|---|
| P O S I T I O N | 05/07/2005 | | CQ798 | 60197065 | 60499029 | MANAGING PRNCPL MOT PROF |
| | 04/01/2003 | 12 | CQ798 | 60197065 | 60499029 | MANAGING PRNCPL MOT PROF |
| | 01/01/2003 | 12 | FW904 | 60197065 | 60499029 | MANAGING PRNCPL MOT PROF |
| | 08/22/2002 | 11 | FW901 | 60197065 | 60499029 | MANAGING PRNCPL MOT PROF |
| | 07/15/2002 | | FW901 | 60197065 | 60404009 | DIR ACCOUNT SALES NATL |

## Status

| Prop | Eff Date | | | | | | End Date |
|---|---|---|---|---|---|---|---|
| S T A T U S | 05/07/2005 | 55 | 00 | 0 | 3 | 1 | 12/31/9999 |
| | 04/01/2003 | 02 | 12 | 0 | 3 | 1 | 05/06/2005 |
| | 03/31/2003 | 86 | 01 | 0 | 3 | 1 | 03/31/2003 |
| | 01/01/2003 | 02 | 12 | 0 | 3 | 1 | 03/30/2003 |
| | 08/22/2002 | 02 | 11 | 0 | 3 | 1 | 12/31/2002 |

## Perf

| Prop | Eff Date | Performance |
|---|---|---|
| P E R F | 12/31/2004 | Effective |
| | 12/31/2003 | Meets Expectations |
| | 12/31/2002 | Meets all, exceeds some |

MI2-000109

### Remarks:

| | | | |
|---|---|---|---|
| Originating Name | | Signature | Date |
| Receiving Name | | Signature | Date |
| HR Name | | Signature | Date |
| Compensation Name | | Signature | Date |

# Personnel Action Form – Terms and Codes

## Company Code
M000 = MOTOROLA

## Personnel Area
A000 = CORP   B000 = IESS   D000 = SPS   H000 = GCSO   K000 = PCS   L000 = GRRO
N000 = CGISS   P000 = BCS   Q000 = SISG   R000 = GTSS

## Personnel Subarea
STD = Standard          COMM = Commission          COOP = Co-op/Intern
SUMR = Summer          EXP = Expatriate

## Employee Group
1 = Active                         3 = Transfer Out of Country           5 = Separated
2 = Retired                        4 = LOA

## Work Sched/PT/%
Work schedule indicates shift preium eligibility and normal schedule hours. The PT indicator simply indicates that the person works part time. The % time for a person who normally works 20 hours of a 40-hour shift would be 50%. (Exception: PT exempt who works a variable schedule should continue to show 100%)

## Cost Center
This is the department number in which the individual's headcount resides.

## Salary/Position Change Reason
01 = Merit increase                     10 = Special adjustment              24 = Lump sum
02 = Hierarchy promotion                11 = Job Code/Title revision         26 = Certification
03 = Opportunity promotion              12 = Department change               35 = Shift Change
04 = Re-evaluation                      13 = Substitute assignment           37 = Part Time to Full Time
05 = Invol Downgrade/Performance        14 = Return assignment               38 = Full Time to Part Time
06 = Involuntary downgrade/Other        17 = Voluntary downgrade
07 = Lateral transfer
09 = General Salary Increase

## Separation Action and Reason

### 10 Eligible for Rehire
11 = Voluntary Force Reduction
12 = Involuntary Force Reduction
40 = New Job Competitor
41 = New Job Non-Comp
44 = Personal Reasons
46 = Relocation
47 = Returned to School
70 = Military
82 = Other Reasons
87 = Contract Expiration
88 = Term from LOA

### 13 Additional Investigation Req
11 = Vol Force Reduction/non-retiree
12 = Invol Force Reduction
15 = Sales of Business
16 = Term from LTD
17 = Layoff
40 = New Job Competitor
41 = New Job Non-Competitor
49 = No Show
82 = Other Reasons

### 14 Retirement
30 = Normal
31 = Immediate Early Retirement
32 = Deferred Early Retirement
33 = Postponed
34 = Disability
35 = Vested
36 = Early Retirement Assistance Pgm
37 = Voluntary Severance Program
38 = Sales of Business

### 16 Not Eligible for Rehire
11 = Vol Force Reduct/non-retiree
12 = Invol Force Reduction
23 = Term Clause: Class I
24 = Term Clause: Class II
25 = Term Clause: Class III
45 = Quit w/o notice
49 = No Show
82 = Other Reasons
87 = Contract Expiration

### 17 Death
80 = Death without Survivors
81 = Death with Survivors

MI2-000110

Revised 06/25/1999