# SEYFARTH SHAW LLP
ATTORNEYS

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

617-946-4800
fax 617-946-4801
www.seyfarth.com

Writer's direct phone
617-946-4858

Writer's e-mail
kmcgurn@seyfarth.com

November 13, 2006

Maryellen Molloy
Clerk of the Court
United States District Court
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Rein v. Motorola, Inc., et al.
      Civil Action No. 04-12580

Dear Ms. Molloy:

This letter responds to the Court's Electronic Order dated November 9, 2006, and is intended to report that the parties have agreed to mediation. The parties are working together to settle on the mediation logistics and schedule, as well as the identity of an appropriate mediator.

If you have any questions regarding the foregoing, please do not hesitate to contact me.

Very truly yours,

SEYFARTH SHAW LLP

Kristin G. McGurn

cc:   John Coster
      Manuel Cuevas
      Lynn Kappleman

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA