UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY S. REIN                              )<br>                                                 )<br>           Plaintiff,                      )<br>                                                 )<br>v.                                             )           CIVIL ACTION NO. 04-12580 NG<br>                                                 )<br>MOTOROLA, INC., CLYDE KOFMAN )<br>and JUERGEN STARK                 )<br>                                                 )<br>           Defendants.                  )<br>                                                 ) | |

## DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

Defendants, Motorola, Inc., Clyde Kofman and Juergen Stark (collectively, "Defendants"), hereby move for leave to file a six page supplemental brief in Opposition to Plaintiff's Motion in Limine for the Exclusion of Laptop Evidence and in Support of a Limiting Jury Instruction on Damages. As grounds for this Motion, Defendants state that a brief supplemental submission is necessary to address issues raised at the parties' pre-trial conference, which followed the filing of Plaintiff's Motion and Defendants' Opposition, and to respond to this Court's November 7, 2006 Order granting a limiting instruction on damages.

WHEREFORE, the Defendants respectfully request that this Motion be allowed and that the Defendants be granted leave to file the supplemental brief filed herewith.

Respectfully submitted,

MOTOROLA, INC., CLYDE KOFMAN,
and JUERGEN STARK,

By their attorneys,

 /s/ Kristin G McGurn
Lynn A. Kappelman (BBO # 642017)
Kristin G. McGurn (BBO# 559687)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:    (617) 946-4800

| CERTIFICATE OF SERVICE | CERTIFICATION PURSUANT TO LOCAL RULE 7.1 |
|---|---|
| I hereby certify that a true and correct copy of the above document was served upon the attorney of record for the plaintiff via ECF and by mailing a copy of same, postage prepaid, to John G. H. Coster, Attorney at Law, 92 State Street, Suite 900, Boston, MA  02109 on November 15, 2006.<br><br>/s/ Kristin G. McGurn | Pursuant to Local Rule 7.1, on November 15, 2006 counsel for Defendants conferred with Plaintiff's counsel regarding the filing of this motion.<br><br>/s/ Kristin G. McGurn |

2