## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAY S. REIN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  04-12580-NG |
| | ) | |
| MOTOROLA INC., CLYDE KOFMAN and | ) | **HEARING REQUESTED** |
| JUERGEN STARK | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' MOTION FOR COSTS

Defendants Motorola, Inc. ("Motorola" or the "Company"), Clyde Kofman ("Kofman"), and Juergen Stark ("Stark") (collectively, "Defendants") hereby request that the Court award Defendants their reasonable attorneys' fees and costs incurred in negotiating the mediator and the schedule for the parties' aborted January 2, 2007 mediation.  Defendants request this relief because Plaintiff repeatedly interposed roadblocks to picking a mediator and scheduling this mediation, and ultimately cancelled it at the eleventh hour.  Plaintiff's tactic has caused Defendants to waste significant time and resources and, as such, Defendants respectfully request this Court to order Plaintiff to pay their expenses incurred to date in scheduling the January 2, 2007 mediation.

Since Plaintiff has unnecessarily postponed the mediation, Defendants further seek an Order requiring Plaintiff to respond to all pending Motions in Limine within ten (10) days, or on or before January 12, 2007.  In support of their Motion, Defendants submit the accompanying Memorandum and will, if requested, submit an affidavit of counsel.

**Request for Hearing**

Defendants hereby request a hearing because it will assist in the resolution of this

Motion.

DATED:  January 4, 2007

Respectfully submitted,

MOTOROLA INC., CLYDE KOFMAN
AND JUERGEN STARK

By their attorneys,

<u>/s/ Lynn A. Kappelman</u>
Lynn A. Kappelman (BBO # 642017)
Kristin G. McGurn (BBO # 559687)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:     (617) 946-4800
Telecopier:     (617) 946-4801

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above document was served upon the attorney of record for the plaintiff via ECF and by mailing a copy of same, postage prepaid, to John G. H. Coster, Attorney at Law, 92 State Street, Suite 900, Boston, MA  02109 on January 4, 2007.

<u>/s/ Lynn A. Kappelman</u>

2