UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

   REIN
       Plaintiff

  V.

   MOTOROLA, INC. et al
       Defendant

CIVIL ACTION

NO.   04cv12580NG

## SETTLEMENT ORDER OF DISMISSAL

GERTNER,  D. J.

    The Court having been advised on   2/7/2007   that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                            By the Court,

  2/8/2007                        /s/ JENNIFER FILO
    Date                          Deputy Clerk

(Dismissal Settlement.wpd - 12/98)