# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAY S. REIN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOTOROLA INC., CLYDE KOFMAN and )<br>JUERGEN STARK )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.  04-12580-NG |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Jay S. Rein, and the Defendants, Motorola, Inc., Juergen Stark and Clyde Kofman, hereby stipulate to the voluntary dismissal of all of Plaintiff's claims against each of the Defendants in this action with prejudice and without costs or attorneys' fees to any party.  The Plaintiff and each Defendant hereby waives all rights of appeal from the entry of such dismissal.

| JAY REIN | MOTOROLA, INC., CLYDE KOFMAN, and JUERGEN STARK, |
|---|---|
| By his attorney, | By their attorneys, |
| /s/ John G.H. Coster<br>John G.H. Coster (BBO#101450)<br>92 State Street<br>Suite 900<br>Boston, MA 02109<br>Telephone: (617) 423-2224 | /s/ Kristin G. McGurn<br>Lynn A. Kappelman (BBO # 642017)<br>Kristin G. McGurn (BBO# 559687)<br>SEYFARTH SHAW LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>Telephone:    (617) 946-4800 |

Dated:  March 28, 2007

**So Ordered:**

_____, 2007                             Nancy Gertner,  United States District Judge